UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Prinyah Godiah M/AA Payne's Elzey

_____
Write the full name of each plaintiff.

20 CV 524
(Include case number if one has been assigned)

-against-

MTA Police Office Crocilla badge# 2477
MTA · MTA 32 Precinct @ 34 Street
Penn Station on 7th Av.

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*Constitutions. The Constitutions gave me freedoms of Rights of religion, freespeech a Right to travel. When police officer abusing their power its not right on, must put a stop onto it, yet MTA hiring racist police officers that Mentalized, Harass & abused individuals special blacks a Brown skin people lawful rights. Police Brutalities*

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Punjab Godrich_ James Elvey (Plaintiff's name) is a citizen of the State of

_Florida & New York_

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __MTA/MTA police office Crocilla Badge # 2477__, is a citizen of the State of
(Defendant's name)
__MTA 34 street police station MTA__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__MTA/MTA 34 street 7th AV precinct__

If the defendant is a corporation:

The defendant, __Officer Crocilla 2477__, is incorporated under the laws of the State of _____

and has its principal place of business in the State of __NYC__

or is incorporated under the laws of (foreign state), _____

and has its principal place of business in __MTA__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Prayed Godak M/Miss Prendays Paynis Clay__
First Name        Middle Initial        Last Name

__40 Ann Street #2BA__
Street Address

__NYC__                __NY__   __10038__
County, City           State     Zip Code

__(754)999-7318 (212)704-2688__   __prendays.mc@gmail.com__
Telephone Number                   Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: MTA Police Officer Crocilla Badge #2477
First Name / Last Name
MTA police office
Current Job Title (or other identifying information)
34 street Penn Station 34 street & 7th Av Precinct
Current Work Address (or other address where defendant may be served)
NY          NY
County, City     State          Zip Code

Defendant 2: MTA NYC transit Corporate Communicaty
First Name / Last Name
MTA NYC transit
Current Job Title (or other identifying information)
3 Stone St
Current Work Address (or other address where defendant may be served)
NY          NY
County, City     State          Zip Code

Defendant 3: MTA 34 street Police Precinct
First Name / Last Name
34st Penn Station & 7th AV 34 street Precinct
Current Job Title (or other identifying information)
34 Street & 7th AV Penn Station
Current Work Address (or other address where defendant may be served)
NY          NY   ~~10038~~
County, City     State          Zip Code

**Defendant 4:** _____  _____
First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: _34 Street Penn Station_

Date(s) of occurrence: _January 8, 2020_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I have my good friend Jenny whom work for Febcaf Cleaning the bathroom inside 34 street Penn Station between 11p-7Am. her father is dying from cancer and she's been really depress about the situation so I do my best to visit her whenever I can at work to try to give her some hope in this dark moment she's facing. Each times I go visit this one officer always harrassed me, inside the Penn Station whenever he see me the first time was attack by officer Crocilla was July 2019 he pick my wheelchair from the back lift it dropped it very hard hand up in the hospital I filed complt nothing was done. So I continue visit my friend I always look at for this Harrasser bullying bullied I have videos of him & his co workers harrassing me inside Penn Station telling me her should talk or not talk. On January 8, 2020 after spoke to Jenny on January 7, 2020 about me bringing a gift to her to give it to her father for me since he resign in PA she told me after work she was going to visit her she agree for me to bring the gift to her to give to her father for me. so on January 8, 2020 when I got off the bus I saw officer Crocilla & his co-workers smoking in front of the

I elevator I passed thru the hallway smell like old white men cigars. I made my way downstairs to the bathroom inside the Penn Station to visit Jenny me a sorry spoke I gave her the sign She was running late for work so I left her say goodbye As I turn the corner officer Crocilla used his police car turn the Headlight blinking in my eye I have history of Seizure this alone Could Caused me to go to Seizure my eyes couldn't see rights so I park my wheelchair in the corner try to turn my phone on so I could record him Officer Crocilla Passed by grab bed me on my right I pushed his hand I Start screaming for help people was looking he drove off turns back around grab my hands told him I am a muslim do not touch me he told me "I don't give a fuck about your religion" he called another officer when they hand cuff me push my head against the wall drove my wheelchair so fast had

### INJURIES:
If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

try to hold on not to fall got inside in the elevator Officer Crocilla tried to grab my purse that was wrapped around me when he couldn't he threw me out of my wheelchair kick me several times on my Right side with his left foot, put his foot on my chest cut my purse that was wrapped around me, dragged me out of the elevator on the floor outside MTA 348 entrance have his foot on my chest called 911 have me put into psych when I told the people @ Bellevue Hospital

### IV. RELIEF
State briefly what money damages or other relief you want the court to order.

what happen they send me to medical my wrist was bleeding from the Handcuff was tight & they made sure I sat on it when the ambulance 2 white men come they all was laughing at me the ambulance guys ask me how did I hand up on the floor out of the wheelchair I told him the cops me into the stretcher to tried to put me to psych, psych told them I don't belong there I don't psych history they sent me to medical to be treated then transfer me to lenox hill because I have a heart device on my chest they wants lenox hill that monitor the device to make sure they took care of it, oh yes I have to have the battery replace because I have a tech battery my PCP is working on with the insurance card. to get it done for my Religious Rights Freedom was violated I am asking over Billion

When I was going back to the ambulance for them to tried to put me to psych the seargeant came with three other office was screaming for help while all other bunch of white people passing by staring no one helps or stand up for me as a none white female. The seargeant told me to "shut the fuck up before he pull out his dick put it in my mouth to shut me up" after he said that they all where laughing like its funny or a joke I was violette my religion was violet, I was attacer by 2 white men work as police officer for MTA, while was inside the elevator the other office whom was with office Crocella told me I can rap you no one will know it will be your words against ours, officer Crocella said I know how where she resign I have her informations I can go and rape her as much as I want and I can tell her I can get away with it I have been in the force for many years now I can get away with it. office Crocella took my insurance card, passport, ss card, bank statements, a man book that I have inside of the poses is a yellow

envelop that have my access guide revaluation application that my Doctor fill out that I need for continue education for access-VR pay for classes for me, He took that along with my personal Check Book & Brook my person wheelchair

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 1/17/2020
Plaintiff's Signature: [signature]

First Name: Prizah
Middle Initial: Godiah
Last Name: Prendays / Payne's Elby

Street Address: 40 Ann Street
County, City: NYC
State: NYC
Zip Code: 10038

Telephone Number: (732) 999-7318
Email Address: Prendays.mc@yahoo.c[om]

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7