UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIMYAH GODIAL MIAA PAYNES EL BEY, <br><br>                    Plaintiff, <br><br> -against- <br><br> CROCILLO, *et al.*, <br><br>                    Defendants. | 20-CV-0524 (LLS) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued April 22, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

A copy of this judgment is to be mailed in chambers.

SO ORDERED.

Dated:  April 22, 2020
        New York, New York

                                                      _Louis L. Stanton_
                                                        Louis L. Stanton
                                                            U.S.D.J.