UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINyah GoDiah MNIAA Payne's El-Bey
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

CV 20 (CV) 0524 (LLS)
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

Crocillo, et al.,

(full name(s) of the defendant(s)/respondent(s))

RECEIVED JUN 11 2020 PRO SE OFFICE

## AMENDED APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☒ Yes   ☒ No (MNIAA PS El-Bey) (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes  ☒ No
   Monthly amount: HLA 183. Monthly for prescription Insurance losing cover.
   If I am a prisoner, see 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes  ☒ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: None
   If "no," what was your last date of employment? _____
   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment  ☐ Yes  ☒ No
   (b) Rent payments, interest, or dividends           ☐ Yes  ☒ No

SDNY Rev: 8/5/2015

cv 20CV 0524(LLS)

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts or inheritances | ☐ Yes | ☒ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☒ No |
| (g) Any other sources | ☐ Yes | ☒ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

Staying with Family "Grandma"

4. How much money do you have in cash or in a checking, savings, or inmate account?

HRA I get $175 snap & $183 a month for Prescription Insurance does not cover

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value: None

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense: None

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18): None

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable: None

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

June 3, 2020
Dated

Signature

Prinyah Godiah NMiAA Payne's El-Bey
Name (Last, First, MI)

Prison Identification # (if incarcerated)

40 Ann Street #26A NY NY 10038
Address / City / State / Zip Code

254 999 7318 7813
Telephone Number

Phendrip_mc@gmail.com
E-mail Address (if available)

IFP Application, page 2



Queen Puja Ashok TMMA Puja's Envoy
40 Ann Stall u 26A
NYC 10038

Pro Se Intake
United States District Court
Southern District of New York —
U.S. Courthouse — 500 Pearl
Street New York,
NY 10007