UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED AUG 11 2020 PRO SE OFFICE

Queen Prinjah Godiah NMIAA Payne's El-Bey

Write the full name of each plaintiff or petitioner.

Case No. 20 CV 00524

-against-

MTA Police officer Crocilla, MTA & etc... parties

Write the full name of each defendant or respondent.

NOTICE OF MOTION
To Re-open/Reconsideration

PLEASE TAKE NOTICE that I, Queen Prinjah Godiah NMIAA Payne's El-Bey, plaintiff or defendant / name of party who is making the motion

requests that the Court: to Re-open Case 20 CV 00524. I'm asking for Justice to be serve as an Individual whose Disable & was wrongfully was Attack & bitten by MTA Staff/workers MTA police officer & as a First Nation Am requesting for Justice to be served, I wasn't giving all the Requirement documents when I did found out by the times I got the paperworks Required the Case was Closed.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☒ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☒ the following additional documents:

Dated: Aug 11, 2020

Signature: Queen Prinjah Godiah NMIAA Payne's El-Bey

Name: Queen Prinjah Godiah NMIAA Payne's El-Bey

Address: 40 Ann Street #2B-A  City: NYC

Telephone Number: (718) 790 7104 or (21?) 804 8688

E-mail Address: Prumjayp.mc@gmail.com

SDNY Rev: 5/24/2016