UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Queen pringah Pashol / Mista
Payne's El-bey

Fill in above the full name of each plaintiff or petitioner.

Case No. 20 CV 00524

-against-

MTA Officer Crocilla,
MTA, Etc. Partes

Fill in above the full name of each defendant or respondent.

## DECLARATION

I wasn't given all the required documents & when I found out & by the me's was mail out to me the case was closed. I am asking for justice

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Queen pringah Pashol / Mista Payne's El-bey declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

As First Nation still believe in Corporate America Justice/system & Constitutions rights I am asking for justice & constitutions right that was/is violated from me by officer MTA worker Crocilla & his parties in crime also as a disable person whom in wheelchair disable was unlawfully attack, kick, bitten I believe in fairness & justice so am asking this Court please do not steal away justice from me.

Rev. 6/30/16

When I file the case not all the documents was giving to me that day was there. By the this find out I got the documents that was missing send to me & email/mail drop of the case was closed. I am asking for this court to grant me justice. I believe if anyone had done any one of you wrong you too would seek/ask for true justice. I am asking for justice please do not take that rights away from me especially I was violate by an officer whom work for your system whom should know the laws. Yet they used their powers to abuse & bitten someone like me whom disable in wheelchair whom just nature my constitutional rights along of my other right was violated by those officer that way so am asking this court to grant me true justice

---

Attach additional pages and documents if necessary.

Aug 11 2020
Executed on (date)                     Signature

Duell Puyah Godiah
Name                                   Prison Identification # (if incarcerated)

40 Ann Street  23-A  NYC  10038
Address              City        State    Zip Code

(718) 290 7104                         Puyahgodiah@gmail.com
Telephone Number (if available)        E-mail Address (if available)

(212) 804 8688

Page 2