Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED

AUG 1 1 2020

PRO SE OFFICE

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

_____  )   Case No. 20CV 00524
                                                                                        )   *(to be filled in by the Clerk's Office)*
*Plaintiff(s)*                                                                      )
*(Write the full name of each plaintiff who is filing this complaint.*  )   Jury Trial: *(check one)*  ☒ Yes   ☐ No
*If the names of all the plaintiffs cannot fit in the space above,*          )
*please write "see attached" in the space and attach an additional*    )
*page with the full list of names.)*                                              )
                                                -v-                                      )
                                                                                         )
_____  )
*Defendant(s)*                                                                   )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page*   )
*with the full list of names.)*                                              )

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

   **A.     The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address

   **B.     The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Case # 20CV-0524

Queen Rimzah Godiah TMMA Paynes Elley

( Plaintiff(s) )

- v -

Office Crocilla, MTA & etc...

 Defendant(s)

Dear Judge Stanton & Federal Court
I will like to ask for reconsideration to have this case Re open do to the facts that not all the documents was siving to me that day when I was filling out the application to have this case to be heard. When I did found out I requested the court to send me the documents. By the time I received via mail the case was closed. I am asking to have the case to be Re-open, I was told to write a letter so I did from the email, yet proses office told they never got my E-mail yet I have confirmations then I also was told the Managers whom have acces to the Email not there. I am requesting for this case to be Re-open because I want Justice. I Strongly Believe in America Justice & Constitutions, I believe in Fairness & Justice so Judge Stanton I am asking you please grant me Justice in the Law Systems since I am Native American & a Brown skins disable people.

-------- Original Message --------
On Jul 29, 2020, 6:14 PM, Hosein, Derek < DHOSEIN@mtapd.org> wrote:

> I will call you tomorrow to discuss.
>
> **From:** Premdays.Inc <Premdays.Inc@protonmail.com>
> **Sent:** Wednesday, July 29, 2020 6:02 PM
> **To:** Hosein, Derek <DHOSEIN@mtapd.org>
> **Subject:** Re: My cell it's acting up call me 7549997318
>
> Also how do I get compensate for the items they destroyed you suppose to let me know ...? Then the virus hits
>
> Sent from ProtonMail mobile
>
> -------- Original Message --------
> On Jul 29, 2020, 5:52 PM, Hosein, Derek < DHOSEIN@mtapd.org> wrote:
>
>> I will let you know as soon as I find out what their final penalties will be. Once everything is completed, you can make a foil request for the information.
>>
>> **From:** Premdays.Inc <Premdays.Inc@protonmail.com>
>> **Sent:** Wednesday, July 29, 2020 5:39 PM
>> **To:** Hosein, Derek <DHOSEIN@mtapd.org>
>> **Subject:** Re: My cell it's acting up call me 7549997318
>>
>> So what next and how do I get copy of such evidence.
>>
>> Sent from ProtonMail mobile
>>
>> -------- Original Message --------
>> On Jul 29, 2020, 3:31 PM, Hosein, Derek < DHOSEIN@mtapd.org> wrote:
>>
>>> Hello Ms. El-Bey,
>>>
>>> Hope all is well. My investigation determined that your complaint against the Officers was Substantiated. As a result, they were all Administratively charged. They are currently awaiting their disciplinary penalties.
>>>
>>> **From:** Premdays.Inc <Premdays.Inc@protonmail.com>
>>> **Sent:** Wednesday, July 29, 2020 12:16 PM
>>> **To:** Hosein, Derek <DHOSEIN@mtapd.org>
>>> **Subject:** Re: My cell it's acting up call me 7549997318
>>>
>>> GI
>>> Any news on the case?
>>>
>>> Sent from ProtonMail mobile

there for fedcap he kept harassing me. I filed complaint after complaint but it mta nothing was done the office and his other officers push my wheelchair got me in the elevator beat me up cut my purse that's around my wrist threw me on the ground kick me several times over and over again and dragged me out of the elevator to the front of the Penn. Station 7 St the office had touch me on my tight I remove his hand am a Muslim then he told me I should not remove my hands whenever an officer touch me wherever he wants me to touch he also took some of my personal properties he told me he know where I live he can come rape me or murder me and there is nothing I can do about it. I am afraid for my life an I want just and help! While handcuffs inside the ambulance the office put his hands on my breath told me back in the day white male can rape whom he choices including negroes and nothing they could do about it, now and days every mother fucker wants white privilege. I am trying to reach out to a lawyer or anyone that can help me out. They stole my personal property and broke my wheelchair

Intaker: - Before I start evaluating your case, may I ask your name?

Client: - Prinyah Godiah NMIAA

Intaker: - May I also have a phone number in case we need to speak with you?

Client: - 2128048688

Intaker: - And an email address?

Client: - premdays.inc@gmail.com

Intaker: - When did the abuse happen?

Client: - Wed Jan 08 2020

Intaker: - Were you under arrest at the time of the abuse?

Client: - No

Intaker: - What agency was it with?

Client: - Local Police/Sheriff

Intaker: - Was someone injured because of the abuse?

Client: - Yes, I was

Intaker: - Was the injury serious enough to go see a doctor?

Client: - Emergency room

Intaker: - How much do you estimate the medical bills are?

Client: - Skipped

Intaker: - Did the abuse cause any property damage?

Client: - Yes

Intaker: - How much damage do you estimate was done?

Client: - 100000

Intaker: - Are there any other details that you'd like me to know about the situation?

Client: - Skipped

Intaker: - Thank you. We are already reviewing your case and someone from our office will be in touch with you very soon.

-------- Original Message --------
On Jan 17, 2020, 1:50 AM, Premdays.Inc <
Premdays.Inc@protonmail.com> wrote:

https://www.instagram.com/p/B5VwsbrgiTm/?igshid=byg1o8xaldit

Sent from ProtonMail Mobile

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

## Fwd: Harrass by mta police office then attack

Premdays. Inc <premdays.inc@gmail.com>
Fri 8/7/2020 1:43 PM
To: The UPS Store #5138 <store5138@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

---------- Forwarded message ---------
From: **Premdays. Inc** <premdays.inc@gmail.com>
Date: Thu, Jan 9, 2020, 5:23 PM
Subject: Harrass by mta police office then attack
To: <KTRK-TV.CaptionHelp@abc.com>


Hi,
My name is prinyah Godiah NMIAA Payne's El-Bey. I was attack by mta police officer here in NYC whom threaten me rapes me and kill me they force me into the hospital tried to put me in psych when spych clear me after I told me this office touch me on my tight when I remove his have he grabbed me put handcuffs on me dragged me my wheel chair into the elevator e thrown m into the ground out of my wheelchair start kicking me in the elevator then dragged me face down on the floor while laughing he claimed his partner whom treated to raped me then kill me then when I got outside three more white police officer join in one was a sergeant an the sergeant said back in Texas day he could rapped a nigger like me and no one would said or do anything no one wants to helps me. Each time I go the penns station to visit my friend Jenny who works ofr fepcap clean bathroom father sick dying from cancer I went there to give her a gift to give to her father for when I left Jenny at the female bathroom the same office who. Harrass me each time and I filed complain put his hand on my tight when I scream move your hand get away from me that's where. He call his partners over n the verbal abusive start no on went to help me I don't know what to do. That guy took my I'd, ss# card a blank check and one trcredit card said if I tell anyone no one will believe me he ware Texas uniform been working doing his over 21 yr and he can get Away with it he can rape me and kill me no one will know or cares. I am honestly truly afraid for my life



Queen, Prince Godiva M.A.A
Paris Elray
Jo Ann Street
2 213A NYC 10038

Atlantic
Judge Stanton

Atlantic Pro Se Godiva M.A.A
Judge Stanton for
File & forward to

RECEIVED
AUG 11 2020
PRO SE OFFICE
SDNY

20 CV 00524