UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMYAH GODIAL MIAA PAYNES EL BEY,

                Plaintiff,

      -against-

CROCILLO, *et al.*,

                Defendants.

20-CV-0524 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

    Plaintiff filed this action *pro se*. When she initiated the action, she did not pay the filing fees or submit an application to proceed *in forma pauperis* (IFP). Thus, on February 11, 2020, the Court directed her to pay the filing fees, or submit an IFP application. (*See* ECF No. 4.) Because Plaintiff failed to comply with that order, on April 22, 2020, the Court dismissed the complaint without prejudice. (*See* ECF No. 5.)

    On August 11, 2020, Plaintiff filed a motion for reconsideration asking the Court to reopen the case because she had filed an IFP application. (*See* ECF Nos. 7-9.) The Court grants Plaintiff's motion. By separate order, the Court will address the IFP application.

## CONCLUSION

    Accordingly, Plaintiff's motion for reconsideration (ECF No. 10) is granted. The Court vacates its April 22. 2020 order of dismissal and civil judgment. The Clerk of Court is directed to reopen this matter. Plaintiff has consented to electronic service. (ECF No. 3.)

SO ORDERED.

Dated:  October 21, 2020
          New York, New York

                                                *Louis L. Stanton*
                                                 Louis L. Stanton
                                                      U.S.D.J.