UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIMYAH GODIAL MIAA PAYNES EL BEY,<br><br>                    Plaintiff,<br><br>           -against-<br><br>CROCILLO, *et al.*,<br><br>                    Choose an item.. | 20-CV-0524 (LLS)<br><br>ORDER GRANTING IFP APPLICATION |

LOUIS L. STANTON, United States District Judge:

   Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:   November 2, 2020
         New York, New York

                                        _____*Louis L. Stanton*_____
                                             Louis L. Stanton
                                             U.S.D.J.