# Southern District of New York

**Prinyah Godiah MIAA Payne's El-Bey**

                                                         case:20 Civ.521(MKV) (GWG)

**Plaintiff (s)**

------------------------------

**Crocillo, MTA, et al.,**

**Defendant(s)**

-----------------------------------------------------------------------------------------------------------

Dear, Hon. Mary Kay Vyskocil.

How are you?

Hope your New Year is bless and Happy so-far.

I will like to take the time the time for the late reply the postal service systms suck's got those mail to me on Monday January 2021. I read what the other parties Attorneys have stated about MTA's. According to those I contact at 2 Broadway after I was threaten to have the police called on me for me trying to served them the documents that I

was told to do so in person and the running around also Mr. Felix Williams whom had done some research and informed me whom i needed to sue since the office was hired and is still employed by MTA's, you can reach Mr. Felix Williams at (718)8504218 and (718)6943998. Also there is a case with the District Attorney that is being handle against the attack of wrong doing going on that I am not allowed to have the information on such case the D.A that is working on the the criminal part of the case is  Edward Johnson (917)960-1178. since the criminal part is being under investigation the personal injury and personal property part need to be addressed and that is one of millions of reason why I brought the case to the court.

MTA's or any Compay(ies) that hired anyone whom caused damages or body harms to the public(s)/ anyone both the Defendant(s) and the company(ies) shall/should be responsible/liable for such act(s). MTA's is not God and even God him/her (self) know his/her own rules/laws know where to draw the lines.

 Attacking someone like myself whom disable in wheelchair that is a First Nation Young Lady that cannot defended self  is total wrong and MTA's hired such criminals to served the public(s) MTA's is responsible.

 Any intenties whether is any part of or associate with/to the Government(s) or Businesses shall not have enmenties/get away from such act(s) against anyone/Public.

On the day question January 8, 2020 I was simply using the bathroom and visiting my friend at that time whom is a  cleaner under the fedcap program whom I enjoyed her conversations and felt for her father whom at that time was fighting health issued. I went to used the public bathroom on  34 street 7th avnue penn station, I will like this attorney to please example to me when was it became illegal to used

public bathroom and to speak to people?... are we back to slavery times?... are we back where none white individual(s)whom are not" white" could not used bathrooms and other public(s) places?... because its sound like that is what the attorney for MTA's is trying to says, is MTA's Attorney is trying to say that its okay that individual(s)/the Public(s)can be attack by whom MTA's hired and paid public(s) salaries too and that its okay that they can get away for such attacked and force someone to psychward without their consent while bleeding/screaming for medical help?... because according to what I read from MTA's attorney MTA's sound like a slave master back during slave times can kill its slaves and its okay because the laws say so....? I was not destroying properties(I 'am not Antifa's) nor Burning down Business(es)/the Station(s) I got off the A trained after shopping, some of my meds caused me to used the bathroom a lot and went to used the bathroom also talked to my friend whom worked as a cleaner inside the bathroom while was using the toilet  if the attorney for MTA's whom claiming this fakes-laws this and that is B's.I did not sign nor agreed to be touch nor to be attack by MTA's policy workers whom MTA's Hired to enforced their policy(ies) laws, and even if I did/done something worng my lawful legal rights was not read to me and as i requested to have a female officers to dealt/deal with whatever they were doing to me because of my Constitutions Religions Laws Rights my request was denied. Those MTA's workers not only violate my admendment rights, my Religions rights but my Constitutionals laws Rights, Please tell me is MTA's is greatest then the Constitutions?.... Is MTA's is the Constitutions?... since MTA's Attorney fake-laws  is B's when it come to the Constitutions of we the people/...  Hon. Mary Kay Vyskocil  if you were in my shoe being attack just because without being told why your being attack and your disable in wheelchair would you want/seek justice if you were violated/humiliated the way i was on Jauary 8, 2020?... As those offices kicking me, cuted off my purse that was around my hips, being punch and dragged out of the elevator like a piece of trash would you want compensations and justice Hon. Mary

Kay Vyskocil for wrong doing that's done to you because you were not doing anything wrong except using the public bathroom and talking to the cleaning lady whom clean the bathroom?... would you want and seek justice so you could have peace and justice in your mind Hon. Mary Kay Vyskocil?... I am not an Attorney I do not know all the legalist/eticq/fakes laws all I know is The Constitutions that I was raised in Reservations as Indigenous First Nations inside my Ancestors lands that was stole from us. So what I am understanding from this MTA's Attorney its telling me first they murder, raped, stole our lands, then force us to reservations camps now its okay in the 21th centuries they can continued done wrong to we the people/to us and their fakes-laws cover them to get away with such acts... I deserved justice and I am asking for justice I will not stop nor give up until this court/ until i get justice. I am not an attorney nor do I know the laws, everyday i have to fight my ptsd because of such act that my pcp had claimed I have i am so affriad to go to Penn station nor near anyway around that, I had move out NYC because of fears of what they told me inside the eleveator that if I telled anyone they know where i resign and my families if am no more no one can proved that they did it. whenever i goes out I have fears/ fears of the publics and fears of safety am always looking over my shoulders while was in NYC, I love NYC and I missed NYC but fears because of this MTA's Officer brought me, i could not handle it anymore so I relocated to safety, that is not a life i wants too/ a life of fears and always watching arounds me becaused those officers have connections and access to the systems/informations so they can used it and my life and my safety is extremely important to me and its pains me deeply to say bye to NYC because of this case/because of what MTA's police officers have done and said to me inside the eleveator. How i was threatening, attacked, punch, thrown out of my wheelchair into the floor, how my personal items, informations was taking by them and my wheelchair was destroy and my personals items stolen and destroyed by them, yet MTA's Attorneys its telling me that the laws say its okay to get away

with such acts/such behaviors?... MTA's attorney its telling me its okay i can be treated less then humans/being dragged on the floor like am a dirty trash bagged so the laws give them/cover them to get away with such because?... I was attack by parties that MTA's hired and sign their paychecks.  I am human being whom disable in wheelchair keep that mind, I am not an object.

I have to stop typing now I am in tears as I type those words and flash back that i also am dealing with depression eah times i remembered how people was looking at me, pointing at me and laughing at me when they were dragging me out of the elevator and handcuffs me made me sate on top of the handcuff while they have their feet on my chest, while I suffered heart condition I have a heart device AIC where they had their feet on my chest i was being shock because of the device and bleeding, if this court  have no love nor compassions for what was done to me and what i had faced and the nghtmare that i am forced to rememebered over and over again every darn days for the rest of my life then this court is telling the world/globe they allow MTA's and MTA"s police's officers its okay to do wrong and its okay to get away with murder if this court allow such then you might as well sign my death certificate for injustice.