**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Primyah Godial Miaa Paynes El Bey | 20cv524 |
| DEFENDANT | TYPE OF PROCESS |
| Crocillo et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Crocillo MTA Police Officer Badge 2477
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MTA Police District 4, 1 Pennsylvania Plaza New York, NY 10001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Primyah Godial Miaa Paynes El Bey
40 Ann Street
#2BA
New York, NY 10038

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 11/17/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: P2
District of Origin No. 054
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk
Date: NOV 18 2020

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 2/25/2021  Time: 1300  ☒ pm

Signature of U.S. Marshal or Deputy
James R Ditavsh 31728

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $75.00 | $3.92 | | $76.92 | | |

REMARKS
NOV 18 2020
JAN 14 2021

Set up for mail service
Set up for PLS

2/25/2021 - Attempted to serve @ 1 Pennsylvania Plaza MTA station but individual identified is no longer employed by MTA

MAR 09 2021

20-524-1

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE