**United States District Court**
**Southern District Of New York**

Prinyah Goduah NMIAA Payne's El-Bey

**Plaintiff(s)**

case # 20-Cv-524 (MKV)

____Against____  **Affidavit where to mail to Officer Crocillo**

Crocillo/Crocilla: MTA & MTA 34 Precint,

**Defendant(S)**

Dear Judge MARY KAY VYSKOVIL,

I hope your this year 2021 is been nothing but Bless for you and Happiness's.

After emailing and calling around I got an email also an address where Southern District of New York can serve officer Crocillo/Crocilla because I do want this case to move forward also I had requested for a Pro-Bono Attorney to assign to me by the Court each week whenever I called I was told no Attorney have assigned to this case yet. But anyway I will attach the email that I have conversations with the detectives also another emailed that I had got sooner I reached out to the Detective where can I have the Court send Documents out to serve the officer, with everything still shut-down its hard trying to get what I needed since most people are still working from home. Please have the sheriff to service the office at this address:

Good Afternoon Ms. EL-Bey,

Hope all is well. All documents can be mailed to the following address:

**MTA Police Department**
**Internal Affairs Bureau**
420 Lexington Ave., Suite 630
New York, NY 10170

Once received, I will forward them to the recipients.

Regards,

**Derek Hosein**
Lieutenant
Internal Affairs Bureau

RECEIVED SDNY PRO SE OFFICE 2021 JUN -8 AM 10:59

420 Lexington Avenue,
Suite 630
New York, NY 10170
Tel: 212-878-1182
Fax: 212-878-1195
Email: dhosein@mtapd.org

**From:** Premdays.Inc <Premdays.Inc@protonmail.com>
**Sent:** Thursday, May 27, 2021 12:23 PM
**To:** Hosein, Derek <DHOSEIN@mtapd.org>
**Subject:** Southern District Court Of New York and I need your help

Good Morning,

I need your help the Southern District Of New York Court been trying to send documents to officer Crocillo and they have no luck I just got off the phone with the Pro se office and they are trying to serve the officer and his party. The United States District Court Southern District Of New York Can you please reach out to them and give them the information or can I mail you the documents out then you can passed it on to them the phone number for the court is (212)805-0136 and the case number is 20-CV-0524 (LLS) or (MKV) (GWG).

Please feel free to contact the court and give them the information's that they needed to serve the officer or send me a letter with the information so I can upload it to the temporary prose email address or if you want that email address please let me and I can email it to you.

Queen Prinyah Godiah Nefertiti Ma'at Imin Amon Amun Payne El-Bey

CEO & Founder of

Premdays.Inc

Sent with ProtonMail Secure Email.

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Primyah Godial Miaa Paynes El Bey | 20cv524 |
| DEFENDANT | TYPE OF PROCESS |
| Crocillo et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Crocillo MTA Police Officer Badge 2477
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MTA Police District 4. 1 Pennsylvania Plaza New York, NY 10001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Primyah Godial Miaa Paynes El Bey
40 Ann Street
#2BA
New York, NY 10038

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE 11/17/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: P2
District of Origin No. 054
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk
Date: NOV 1 8 2020

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 2/25/2021  Time: 1300  ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
James R Ditkosh 31728

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $73.00 | $3.92 | | $76.92 | | |

REMARKS

NOV 1 8 2020 — Set up for mail service
JAN 14 2021 — Set up for PLS
2/25/2021 — Attempted to serve @ 1 Pennsylvania Plaza MTA station but individual identified is no longer employed by MTA

20-524-1

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Primyah Godial Miaa Paynes El Bey | 20cv524 |
| DEFENDANT | TYPE OF PROCESS |
| Crocillo et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Crocillo MTA Police Officer Badge 2477
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MTA Police District 4. 1 Pennsylvania Plaza New York, NY 10001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Primyah Godial Miaa Paynes El Bey
40 Ann Street
#2BA
New York, NY 10038

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE 11/17/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process P2 | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date NOV 1 8 2020 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 2/25/2021 | Time 1300 | ☐ am ☒ pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
James R. Ditarsh
31728

| Service Fee $73.00 | Total Mileage Charges (including endeavors) $3.92 | Forwarding Fee | Total Charges $76.92 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS
NOV 1 8 2020 - Set up for mail service
JAN 1 4 2021 - Set up for PLS
2/25/2021 - Attempted to serve @ 1 Pennsylvania Plaza MTA station but individual identified is no longer employed by MTA

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

20-524-1

Form USM-285
Rev. 11/18

# RE: MTA Case

Received: ↩↪ **Friday, May 28, 2021 10:40 AM**

From: **Minogue, Stephanie MinogueS@dany.nyc.gov**

To: **'Premdays.Inc' Premdays.Inc@protonmail.com**

CC: **Johnson, Edward johnsone@dany.nyc.gov**

---

Good morning Ms. El-Bey,

I hope that you have been doing well and staying safe and healthy. I'm writing to update you on the investigation of the encounter you had with two MTA police officers at Penn Station in January 2020. We were able to review surveillance video and speak to a number of witnesses, and bring the officers in for questioning as well. Unfortunately, we simply could not find enough evidence to establish beyond a reasonable doubt -- the standard we are required to meet in a criminal case -- that either of the officers committed a crime. One obstacle in particular was that several of the surveillance cameras at Penn Station were not working that night, including the camera in the elevator where the incident took place. We also were unable to find any eyewitnesses to the incident itself.

I do want to let you know that both officers are still going to face disciplinary charges because of the work that Lieutenant Hosein with the MTA's Internal Affairs Bureau did in investigating your case. The fact that we can't go forward with criminal charges is not going to change that.

If you have any questions about the outcome of our investigation, please do not hesitate to reach out. You can either email me at this email address, or contact me at 212 335 9099.

Best regards,

Stephanie Minogue

Deputy Chief

Police Accountability Unit

New York County District Attorney's Office

1 Hogan Place, Room 755

New York, NY 10013

O: 212.335.9099

C: 646.954.2750

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are neither the intended recipient, nor the employee or agent responsible for delivering the message to the intended recipient,

you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by e-mail, and destroy all copies of the transmission. Thank you.

**From:** Minogue, Stephanie
**Sent:** Wednesday, December 9, 2020 3:21 PM
**To:** 'Premdays.Inc' <Premdays.Inc@protonmail.com>
**Cc:** Johnson, Edward <johnsone@dany.nyc.gov>
**Subject:** RE: MTA Case

Good afternoon Ms. El-Bey,

I'm sorry that you are having issues filing your claims against the MTA. But again, unfortunately we can't help you with your lawsuit. Our office is only working on the criminal investigation related to your case, which is totally separate from your lawsuit. Also, as I mentioned before, the laws about grand jury investigations being confidential means we are not allowed to share information about your case with anyone while the case is ongoing, except people like Lieutenant Hosein who are helping us with the investigation.

I know you are understandably very concerned about being reimbursed for all the property that was lost, so I sent your email to our Witness Aid Services Unit. They have a lot more information on things the government can do to help reimburse the victims of crime that don't depend on you filing a lawsuit. They also have a list of pro bono agencies that you may be able to talk to about your claim against the MTA even though our office can't help you with the lawsuit. Someone from the Witness Aid Services Unit will send you an email over the next few days to talk to you about your case and what options you might have.

Best,

Stephanie Minogue

Assistant District Attorney

Public Corruption Unit

New York County District Attorney's Office

1 Hogan Place, Room 755

New York, NY 10013

O: 212.335.9099

C: 646.954.2750

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are neither the intended recipient, nor the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by e-mail, and destroy all copies of the transmission. Thank you.

**From:** Premdays.Inc [mailto:Premdays.Inc@protonmail.com]
**Sent:** Wednesday, December 9, 2020 2:45 PM
**To:** Minogue, Stephanie <MinogueS@dany.nyc.gov>
**Cc:** Johnson, Edward <johnsone@dany.nyc.gov>
**Subject:** Re: MTA Case

Well mta refused to allow me to file claims foe my personal properties bills they are asking for information yet I cannot case number to give to Mr. Felix Williams then you guys need to call him at 7188504218 or 7186943998 my question is whom ia going to reimburse me for my properties that wad damage MTA/asking for info so am left to file a sue in court that is mean hired an attorney if I csn find one that can take the case pro Bono or else I will have to cuff of upfront monies for court and court cases that is money I do not have

Sent from ProtonMail mobile

-------- Original Message --------
On Dec 9, 2020, 11:41 AM, Minogue, Stephanie < MinogueS@dany.nyc.gov> wrote:

Good morning Ms. El-Bey,

Investigator Johnson told me that you were asking for the case number for our investigation. Unfortunately, that's not something we can give out. It's an internal tracking number that we're not allowed to share since it relates to a pending investigation. We've got what's called a "grand jury investigation" opened for your case, but those are by law completely secret and confidential. That means that legally we can't share information about your case with anyone, except for Lieutenant Hosein because he is helping us with the investigation. So, because we can't help you with your lawsuit, you may want to hire your own attorney to help with that.

However, there is something we might be able to help you with. In New York there is an agency called the Office of Victim Services. They have a program where you can file a claim for compensation for different things if you are a victim of a crime. There is a part of our office called the Witness Aid Services Unit, which helps victims of crimes file those claims all the time. If it's ok with you, I can give them your email and/or phone number. Then, they can reach out to you, talk to you about your options and help you file a claim with the Office of Victim Services. Let me know what contact info I can give them and I will do that right away.

Best,

Stephanie Minogue

Assistant District Attorney

Public Corruption Unit

New York County District Attorney's Office

1 Hogan Place, Room 755

New York, NY 10013

O: 212.335.9099

C: 646.954.2750

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are neither the intended recipient, nor the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by e-mail, and destroy all copies of the transmission. Thank you.

This email communication and any files transmitted with it contain privileged and confidential information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

 **Gmail**     Queen Prinyah Godiah NMAA Paynes El Bey <premdays.inc13@gmail.com>

# Fw: RE: MTA Case
1 message

**Premdays.Inc** <Premdays.Inc@protonmail.com>                           Fri, May 28, 2021 at 11:44 AM
Reply-To: "Premdays.Inc" <Premdays.Inc@protonmail.com>
To: "Premdays.inc13" <Premdays.inc13@gmail.com>, payneselbey <payneselbey@gmail.com>, "Ppaynes@protonmail.com" <Ppaynes@protonmail.com>, "premdays.inc" <premdays.inc@gmail.com>, "premdays.inc" <premdays.inc@safeswiss.com>, "premdays.inc" <premdays.inc@tutanota.com>

Queen Prinyah Godiah Nefertiti Ma'at Imin Amon Amun Payne El-Bey

CEO & Founder of

Premdays.Inc

Sent with ProtonMail Secure Email.

-------- Original Message --------
On Friday, May 28, 2021 10:40 AM, Minogue, Stephanie <MinogueS@dany.nyc.gov> wrote:

> Good morning Ms. El-Bey,
>
> I hope that you have been doing well and staying safe and healthy. I'm writing to update you on the investigation of the encounter you had with two MTA police officers at Penn Station in January 2020. We were able to review surveillance video and speak to a number of witnesses, and bring the officers in for questioning as well. Unfortunately, we simply could not find enough evidence to establish beyond a reasonable doubt – the standard we are required to meet in a criminal case – that either of the officers committed a crime. One obstacle in particular was that several of the surveillance cameras at Penn Station were not working that night, including the camera in the elevator where the incident took place. We also were unable to find any eyewitnesses to the incident itself.
>
> I do want to let you know that both officers are still going to face disciplinary charges because of the work that Lieutenant Hosein with the MTA's Internal Affairs Bureau did in investigating your case. The fact that we can't go forward with criminal charges is not going to change that.
>
> If you have any questions about the outcome of our investigation, please do not hesitate to reach out. You can either email me at this email address, or contact me at 212 335 9099.
>
> Best regards,
>
> Stephanie Minogue

Deputy Chief

Police Accountability Unit

New York County District Attorney's Office

1 Hogan Place, Room 755

New York, NY 10013

O: 212.335.9099

C: 646.954.2750

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are neither the intended recipient, nor the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by e-mail, and destroy all copies of the transmission. Thank you.

**From:** Minogue, Stephanie
**Sent:** Wednesday, December 9, 2020 3:21 PM
**To:** 'Premdays.Inc' <Premdays.Inc@protonmail.com>
**Cc:** Johnson, Edward <johnsone@dany.nyc.gov>
**Subject:** RE: MTA Case

Good afternoon Ms. El-Bey,

I'm sorry that you are having issues filing your claims against the MTA. But again, unfortunately we can't help you with your lawsuit. Our office is only working on the criminal investigation related to your case, which is totally separate from your lawsuit. Also, as I mentioned before, the laws about grand jury investigations being confidential means we are not allowed to share information about your case with anyone while the case is ongoing, except people like Lieutenant Hosein who are helping us with the investigation.

I know you are understandably very concerned about being reimbursed for all the property that was lost, so I sent your email to our Witness Aid Services Unit. They have a lot more information on things the government can do to help reimburse the victims of crime that don't depend on you filing a lawsuit. They also have a list of pro bono agencies that you may be able to talk to about your claim against the MTA even though our office can't help you with the lawsuit. Someone from the Witness Aid Services Unit will send you an email over the next few days to talk to you about your case and what options you might have.

Best,



Stephanie Minogue

Assistant District Attorney

Public Corruption Unit

New York County District Attorney's Office

1 Hogan Place, Room 755

New York, NY 10013

O: 212.335.9099

C: 646.954.2750


This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are neither the intended recipient, nor the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by e-mail, and destroy all copies of the transmission. Thank you.



**From:** Premdays.Inc [mailto:Premdays.Inc@protonmail.com]
**Sent:** Wednesday, December 9, 2020 2:45 PM
**To:** Minogue, Stephanie <MinogueS@dany.nyc.gov>
**Cc:** Johnson, Edward <johnsone@dany.nyc.gov>
**Subject:** Re: MTA Case


Well mta refused to allow me to file claims foe my personal properties bills they are asking for information yet I cannot case number to give to Mr. Felix Williams then you guys need to call him at 7188504218 or 7186943998 my question is whom ia going to reimburse me for my properties that wad damage MTA/asking for info so am left to file a sue in court that is mean hired an attorney if I csn find one that can take the case pro Bono or else I will have to cuff of upfront monies for court and court cases that is money I do not have


Sent from ProtonMail mobile


-------- Original Message --------
On Dec 9, 2020, 11:41 AM, Minogue, Stephanie < MinogueS@dany.nyc.gov> wrote:


    Good morning Ms. El-Bey,

Investigator Johnson told me that you were asking for the case number for our investigation. Unfortunately, that's not something we can give out. It's an internal tracking number that we're not allowed to share since it relates to a pending investigation. We've got what's called a "grand jury investigation" opened for your case, but those are by law completely secret and confidential. That means that legally we can't share information about your case with anyone, except for Lieutenant Hosein because he is helping us with the investigation. So, because we can't help you with your lawsuit, you may want to hire your own attorney to help with that.

However, there is something we might be able to help you with. In New York there is an agency called the Office of Victim Services. They have a program where you can file a claim for compensation for different things if you are a victim of a crime. There is a part of our office called the Witness Aid Services Unit, which helps victims of crimes file those claims all the time. If it's ok with you, I can give them your email and/or phone number. Then, they can reach out to you, talk to you about your options and help you file a claim with the Office of Victim Services. Let me know what contact info I can give them and I will do that right away.

Best,

Stephanie Minogue

Assistant District Attorney

Public Corruption Unit

New York County District Attorney's Office

1 Hogan Place, Room 755

New York, NY 10013

O: 212.335.9099

C: 646.954.2750

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are neither the intended recipient, nor the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by e-mail, and destroy all copies of the transmission. Thank you.

This email communication and any files transmitted with it contain privileged and

confidential information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

Bryan Puryear Sochet Mikel pages 81 Bag
40 John Street #28A
NYC 10038

United States Southern District
Court of New York
Attention Pro-Se Unit intake
500 Pearl Street
NY NY 10007