United States District Court

Southern District Of New York

                                                                                                    20cv0524(MKV)

                                                                                                             Request

                                                                                                            Conference

Prinyah Godiah NMIAA Payne's El-Bey

                                                                   Plaintiff,

     -Agianst-

Crocillo; MTA & MTA 34 Precint,

                                                                   Defendants

---

Dear, Judge and the Court

I will like to have a Telephone Conference schedule please e-mail at premdays@tutanota.com a day and time when can have a phone conference since I do not really understanding what the heck the other party(ies) attorney trying to do by forcing out their ways out of my assaulted that was carrying out against me after all I' am not an attorney.

                                                                            Thank you,
                                                                            Sincerely,
Queen'Prinyah Godiah NMIAA Payne's El-Bey