USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMYAH GODIAL MIAA PAYNES EL BEY,

                     Plaintiff,

-against-

CROCILLO et al.,

                     Defendants.

20-cv-524 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of the parties' letters requesting conferences with the Court about the City's anticipated motion to dismiss and Plaintiff's request that the Court appoint *pro brono* counsel [ECF #25, 26, 27, 28, 29, 30]. IT IS HEREBY ORDERED that the parties shall appear for a telephone conference on August 19, 2021 at 10:00 AM. To join, dial 888-278-0296 and enter access code 5195844.

    The Clerk of Court is respectfully directed to terminate the letter motions pending at docket entries 25 and 26.

**SO ORDERED.**

Date: July 6, 2021
New York, NY

                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**