

PO Box 35
Pueblo, CO 81002

866-390-7404 (Toll Free)
719-542-2564 (FAX)
www.verisma.com

**Date:**   7/12/2021

**Fax:**

**To:**   Yan Fu, Esq.
**THE FU FIRM PLLC**
43 WEST 43RD STREET
SUITE 205
NEW YORK, NY 10036
Phone: 212-584-0581

**Re:**   **Elbey, Prinyah**        **Records**
DOB: 04/18/1993        **From:**        **Bellevue**
VSI ID: 7167-64171            462 1st Ave
Case #:
                New York, NY 10016

**Pages in this distribution (including this cover sheet): 32**

*Please call Customer Service at **866-390-7404** if you experience problems with the receipt of this information.*

**Requestor Satisfaction Survey**
Thank you for requesting medical records. To better serve you in the future, please take a brief survey of your experience at: https://www.surveymonkey.com/r/verismasurvey1

<u>STATEMENT OF CONFIDENTIALITY</u>

The information contained is intended for the exclusive use of the addressee and contains confidential or privileged information. If you are not the intended recipient, you are hereby notified that any retention, dissemination, or use of this communication is strictly prohibited. If this information was sent in error, please notify us by phone at the number listed above.



# IMPORTANT NOTICE

Verisma Systems, Inc., works with the facility from which you have requested medical records in connection with the review and processing of such requests. Please read the important notice below, which refers to specific legal rules that may apply to the attached copies of records.

If the information now being disclosed to you came from records whose confidentiality is protected by specific federal or state laws and regulations independent of the Health Insurance Portability and Accountability Act ("HIPAA"), those specific laws and regulations may prohibit you from making any further disclosure of such information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is otherwise permitted by applicable laws or regulations.

These laws include the federal re-disclosure restrictions contained in Title 42, Part 2 of the Code of Federal Regulations, which relates to federally-assisted alcohol or drug abuse programs.  A general authorization for the release of confidential information that is covered by Title 42, Part 2 is <u>not</u> sufficient for this purpose.  The federal rules referred to in the preceding sentence restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient who has been in a program covered by the rules.

Applicable New York State laws include prohibitions on the disclosure of confidential HIV-related information. New York State law prohibits you from making any further disclosure of such information without the specific written consent of the person to whom it pertains or as otherwise permitted by law.  Any unauthorized further disclosure in violation of New York State law may result in a fine or jail sentence or both. A general authorization for the release of confidential information is <u>not</u>, except as specifically authorized by law, sufficient authorization for further disclosure of HIV-related information.  Disclosure of confidential HIV-related information that occurs as the result of a general authorization for the release of medical or other information will be in violation of state law and may result in a fine or a jail sentence or both.



Did you know you could get records quicker by electronic delivery?

Go Green with Verisma!

Want records via email?
Want to save money on postage?
Need one central location for record delivery?

We have quick and easy solutions for you!

### Electronic Delivery Options

| | |
|---|---|
| **Email Download**<br><br>*Low Volume Requesters/Patients* | Simply add an email address to your request letter and we will do the rest! An initial email from customerservice@verisma.com will be sent to confirm your email address. Once confirmed, another email will be sent as your records become available for download. Follow the link to securely open/download the records right to your computer. |
| **Verisma eTransfer**<br><br>*Bulk Requesters/Commercial Health Plans* | Verisma can send requested records directly to a requestor's server via the eTransfer option. This option does require a conversation between Verisma IT and the Requestors IT. Please visit www.verisma.com and click Requestor Support Center. Then select the link to complete the Secure File Transfer form.  Once the form has been received, one of our qualified representatives will reach out directly to begin set up! |
| **Verisma Tracking App**<br><br>*High Volume Requesters/Attorneys/Third Party Vendors* | *For Payment Only*<br>The Verisma Tracking App can be used to track and pay all in one convenient location!  Please visit https://track.verisma.com/ and provide the requested information. |

By going green with Verisma and signing up for one of our electronic delivery options, you would save an average of $5.00 in postage on every request.

Contact us today!
866.390.7404
customerservice@verisma.com

Invoice
Verisma Systems, Inc.
PO Box 35
Pueblo, CO 81002



THE FU FIRM PLLC
Attn: Yan Fu, Esq.
43 WEST 43RD STREET
SUITE 205
NEW YORK, NY 10036

| | |
|---|---|
| Date | 7/8/2021 |
| Invoice # | 7167-64171 |
| Due Date | 7/23/2021 |
| Facility | Bellevue |

## Information from Bellevue

462 1st Ave , New York, NY 10016

| Item | Qty | Description | Amount |
|---|---|---|---|
| | 27 | Patient Name: Prinyah Elbey   Tx#64171 | |
| Paper/EMR copies | 27 | | 20.25 |

| | |
|---|---|
| **You Owe:** | 20.25 |

verisma ©

*Payment Options*
**Pay by Credit Card Or Check**

To pay by credit card call:

1.866.390.7404

*Make checks payable to:*

**Verisma Systems**

P.O. Box 558
Pueblo, CO 81002

Pay online and download records immediately!
Go to https://track.recordjacket.com/Infotrak/TrackARequest.aspx and enter access
code HB9qdNyP

| Phone# | E-mail | DUNS Number |
|---|---|---|
| 866-390-7404 | customerservice@verisma.com | 830756610 |
| Fax# | Federal Tax ID Number | |
| 719-542-2564 | 03-0438772 | |



### THE FU FIRM PLLC
43 West 43rd Street, Suite 205
New York, NY 10036
(212) 584-0581
www.thefufirm.com

June 23, 2021

NYC Health + Hospitals/Bellevue
ATTN: Health Information Management
462 First Avenue
New York, New York 10016

Dear Health Information Management:

I am an attorney and I write to request the medical records of my client, Prinyah El-Bey a/k/a Clermontine El-Bey, from January 8, 2020 until the present day.  With regard to care that she received on or around January 8, 2020 and January 9, 2020, Ms. El-Bey was provided a medical record number of 4040258

Enclosed please find the signed original Request for Access to Health Information.

I request that the documents be sent via email/electronically (to the extent possible) to my attention at yfu@thefufirm.com.

Sincerely,

*Yan Fu*

Yan Fu, Esq.



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Prinyah El-Bey** | **4/18/1993** | **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** |

| Patient Address |
|---|
| **40 Ann St. #2BA, New York, NY 10038** |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
**NYC Health + Hospitals/Bellevue, 462 First Ave., New York, NY 10016**

8. Name and address of person(s) or category of person to whom this information will be sent:
**The Fu Firm, 43 West 43rd Street, Suite 205, New York, NY 10036 ATTN: YAN FU**

9(a). Specific information to be released:
- ☑ Medical Record from (insert date) **1/8/2020** to (insert date) **Present**
- ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: _____

Include: (*Indicate by Initialing*)
**Alcohol/Drug Treatment**
**Mental Health Information**
**HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☑ By initialing here _____ I authorize **NYC Health + Hospitals** _____
       Initials                         Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
**The Fu Firm** _____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☑ At request of individual <br> ☐ Other: | 11. Date or event on which this authorization will expire: <br> **Conclusion of Litigation of El-Bey v. MTA, 20CV524** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_Prinyah El-Bey_             Date: **7/7/21**
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

## THE FU FIRM PLLC

43 West 43rd Street, Suite 205
New York, NY 10036
(212) 584-0581
www.thefufirm.com

June 23, 2021

NYC Health + Hospitals/Bellevue
ATTN: Health Information Management
462 First Avenue
New York, New York 10016

Dear Health Information Management:

I am an attorney and I write to request the medical records of my client, Prinyah El-Bey a/k/a Clermontine El-Bey, from January 8, 2020 until the present day. With regard to care that she received on or around January 8, 2020 and January 9, 2020, Ms. El-Bey was provided a medical record number of 4040258.

Enclosed please find the signed original Request for Access to Health Information.

I request that the documents be sent via email/electronically (to the extent possible) to my attention at yfu@thefufirm.com.

Sincerely,

Yan Fu, Esq.

**NYC HEALTH + HOSPITALS**

**Request for Access to Health Information**

Patient Name: _Queen Prayer Sodaq_
DOB: _04/18/1993_  _Pomer O/g_
Medical Record Number: _4040258_
Telephone Number: _313/2011-0318_

NYC Health + Hospitals will use this form to document your request for access to your health information.

**Access Requested:** ☒ Copies ☐ Onsite Inspection

**Format Requested:** ☐ Paper ☐ CD ☒ Email ☐ Other: _____

**Method of Release:**
☐ Pickup/In Person   ☒ E-mail to: _yfu@thefufirm.com_
☐ Mail to: _____

INFORMATION BELOW IS REQUIRED FOR ALL REQUESTS

**Information to be Accessed:** _1/8/2020 —_
☒ Health Information (date(s)) _1/4/2020_
☒ Laboratory Test Results (date(s)) _1/8/2020 —_
☒ Billing Records (date(s)): _1/8/2020 —_
☒ Radiology Reports (date(s)) _1/8/2020 —_
☒ Progress Notes (date(s)) _1/8/2020 —_
☐ My complete medical record
☐ Other (please specify): _____

*The following information will not be released unless you specifically select each applicable type below:*

☐ Substance Use Disorder Information   ☒ Mental Health Information
☐ Genetic Testing Information   ☐ HIV-Related Information

I understand that I have the right to access my health information in the form and format requested if readily producible in such form and format, and that if NYC Health + Hospitals cannot readily produce such health information in the form and format requested, I will be provided a readable hard copy form or such other form and format as mutually agreed upon.

I understand that if I request an electronic copy of my health information, it will be provided to me if readily producible in such form and format, or if not, in a readable electronic form and format as mutually agreed upon.

I understand that if I request on-site inspection of my health information that the respective Health Information Management Department is responsible for coordinating such inspection in a reasonable and timely fashion.

I understand that if I request copies of my health information, I may be charged a reasonable cost-based fee for such request and that any fee estimates will be provided to me prior to being charged.  I also understand that my inability to pay may not be used as the sole reason to deny a request to access my health information.

SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE: _____   DATE/TIME: _June 22, 20__

IF NOT PATIENT, PRINT NAME, ADDRESS AND PHONE NUMBER OF PERSONAL REPRESENTATIVE: _____

RELATIONSHIP/AUTHORITY TO ACT ON BEHALF OF PATIENT: _____

NAME OF EMPLOYEE PROCESSING REQUEST: _____

EMPLOYEE SIGNATURE: _____   DATE/TIME: _____

HHC Form  2413  (English) (R April 20)



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **Bellevue** | 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| | New York NY 10041 | Acct #: 201306226 |
| | | Admit: 1/9/2020, Discharge: 1/9/2020 |

**ED Triage note by Shawnmarie Jackson, NP at 01/09/20 0315**

| Author: Shawnmarie Jackson, NP | Service: Adult Psych | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 01/09/20 0318 | Date of Service: 01/09/20 0315 | Creation Time: 01/09/20 0315 |
| Status: Addendum | Editor: Shawnmarie Jackson, NP (Nurse Practitioner) | |
| Related Notes: Original Note by Shawnmarie Jackson, NP (Nurse Practitioner) filed at 01/09/20 0318 | | |

Pt is AOA x 3 follows commands answers questions appropriately breathing room air without distress yelling screaming threatening to kill and beat up NYPD and EMS Pt refused Vital Signs stating "Don't fucking touch me" Pt refused to give any medical information as well

*"Electronically signed by Shawnmarie Jackson, NP at 01/09/20 0318"*

**Patient Care Conference by Jessica Bonnie Poster, MD at 01/09/20 0332**

| Author: Jessica Bonnie Poster, MD | Service: Psychiatric Emergency Dept | Author Type: Physician |
|---|---|---|
| Filed: 01/09/20 0402 | Date of Service: 01/09/20 0332 | Creation Time: 01/09/20 0332 |
| Status: Addendum | Editor: Jessica Bonnie Poster, MD (Physician) | |
| Related Notes: Original Note by Jessica Bonnie Poster, MD (Physician) filed at 01/09/20 0335 | | |

Attempted to call AES but could not reach attending. *Alternate MRN 1704574* Patient arrived here by EMS because she refused to leave Penn Station. Here she has no psychiatric complaints. She is complaining of wrist pain and numbness in her hand after being handcuffed. She is also complaining that she was kicked in the side by PD. She has a PMH of WPW s/p unsuccessful ablations, asthma, paraplegic since age 15 and wheelchair bound, All of her complaints are medical and she will be sent to AES for further workup. Psych note to follow. She is discharged from CPEP and does not need to return.

*"Electronically signed by Jessica Bonnie Poster, MD at 01/09/20 0402"*

**ED Notes by Audia Williams, RN at 01/09/20 0335**

| Author: Audia Williams, RN | Service: Psychiatric Emergency Dept | Author Type: Registered Nurse |
|---|---|---|
| Filed: 01/09/20 0339 | Date of Service: 01/09/20 0335 | Creation Time: 01/09/20 0335 |
| Status: Signed | Editor: Audia Williams, RN (Registered Nurse) | |

Patient refused to leave penn station, states she was visiting a friend in penn station. Patient Denies SI/HI//AVH/ PMH/PPH

*"Electronically signed by Audia Williams, RN at 01/09/20 0339"*

**ED Dispo Note by Jessica Bonnie Poster, MD at 01/09/20 0344**

| Author: Jessica Bonnie Poster, MD | Service: Psychiatric Emergency Dept | Author Type: Physician |
|---|---|---|
| Filed: 01/09/20 0347 | Date of Service: 01/09/20 0344 | Creation Time: 01/09/20 0344 |
| Status: Signed | Editor: Jessica Bonnie Poster, MD (Physician) | |

Note Initiated: 01/09/2020 at 3:44 AM

**ED Disposition Note:**

Diagnosis
The encounter diagnosis was Adjustment disorder with disturbance of conduct.

Disposition



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **Bellevue** | 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| | New York NY 10041 | Acct #: 201306226 |
| | | Admit: 1/9/2020, Discharge: 1/9/2020 |

**ED Dispo Note by Jessica Bonnie Poster, MD at 01/09/20 0344 (continued)**

**ED Disposition**

| ED Disposition | Comment |
|---|---|
| **Send to Adult ED** | El-Bey Clermontine discharge to home/self care. Sent to AES |
| | Condition at discharge: Stable |

Patient seen in CPEP for evaluation and is psychiatrically stable for discharge.

**ASSESSMENT**
Formulation: See PES note

Discharge Diagnosis:
1.    **Adjustment disorder with disturbance of conduct**

Safety Risk Assessment: See SAFE-T and PES note

Discharge Medical Evaluation: I have reviewed the patient's physical and psychiatric needs before discharge, including laboratory and imaging studies obtained during this visit. Patient was in no acute medical distress at the time of my evaluation. Review of systems was completed, with no significant findings. No labs were collected during this visit. Patient is complaining of wrist pain and numbness after being hancuffed and will be sent to AES for workup.

**DISCHARGE PLAN**
1. Psychiatric
Medications: See Discharge Med Rec
Follow-up: See AVS
Safety plan completed? No, not indicated as patient not identified as high or moderate risk for suicide
Patient is psychiatrically stable for discharge. Please see PES note and AVS for details of discharge plan.
Discharge plan reviewed with patient, including to call 911 or return to nearest ED or CPEP in case of worsening symptoms.

2. Medical
Medications: See Discharge Med Rec
Follow-up: See AVS
Patient is medically stable for discharge. Please see AVS and Discharge Medical Evaluation above for details.

**Patient/Collateral Involvement**
Patient is in agreement with discharge plan: Yes
Collateral was involved in discharge planning: No

"Electronically signed by Jessica Bonnie Poster, MD at 01/09/20 0347"

**PES Physician Note by Jessica Bonnie Poster, MD at 01/09/20 0351**

| Author: Jessica Bonnie Poster, MD | Service: **Psychiatric Emergency Dept** | Author Type: **Physician** |
|---|---|---|
| Filed: 01/09/20 0420 | Date of Service: 01/09/20 0351 | Creation Time: 01/09/20 0351 |
| Status: Signed | Editor: Jessica Bonnie Poster, MD (Physician) | |

**PSYCHIATRIC EMERGENCY SERVICES ASSESSMENT**



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **Bellevue** | 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| | New York NY 10041 | Acct #: 201306226 |
| | | Admit: 1/9/2020, Discharge: 1/9/2020 |

**PES Physician Note by Jessica Bonnie Poster, MD at 01/09/20 0351 (continued)**

**Encounter Time:** Face-to-face evaluation with patient conducted at (date, time): 1/9/2020 330 am

**Encounter Location:** Bellevue Hospital Center - CPEP

| |
|---|
| Information/Referral Source |
| • Source of Referral: EMS/NYPD |
| • History obtained from: chart review and the patient |
| • Records from Previous Admissions/Provider(s) Reviewed? Yes, the following records were reviewed: Epic, Quadramed |
| • Barriers to Assessment: None |
| Language & Interpretation Needs/Services |
| • Preferred Language: English |
| • Patient is not hard of hearing, deaf, or mute |
| • Patient preferred to speak English for this assessment. |
| • Interpretation used: None required; clinician is authorized to speak in the patient's preferred language |

**CHIEF COMPLAINT / REFERRAL REASON:**
**Chief Complaint**
Patient presents with
• EDP
   *Pt was BIBA aided by NYPD from Pen Station where she was agitated fighting and combative*

**HISTORY OF PRESENT ILLNESS**
El-Bey Clermontine is a 26 y.o. female with alternate **MRN 1704574 name Prinyah Godiah Elbey,** with history of borderline personality disorder, malingering, somatization disorder, with prior hosptializations most recent was at NCB in August after she made a suicidal gesture in order to not return to her nursing home, PMH of HTN, pseudozeisures, DVT, mild anemia, asthma, paraplegia (wheelchair bound since age 15), vertigo, constipation, gastritis, syncope, Wolf Parkinson White Syndrome who was BIB EMS/NYPD handcuffed when she refused to leave Penn Station. Notably police and EMS reported that she was aggressive with them and that they did not believe that she was paralyzed and that she is lying. Patient has well documented chart history of paralysis.

On arrival patient was very upset that she was handcuffed and was very focused on the pain in her hands. The cuffs were removed and she was calm once PD left. She was angry that they brought her to the hospital but while in CPEP was not verbally or physically aggressive with them. She stated that she was in Penn Station tonight meeting a friend who works there and one of the police vehicles asked her to leave. She stated that she did not understand why she had to leave since she was doing nothing and Penn Station is open all night. She stated that police then cuffed her and dragged her to the ground and kicked her in the side. She is upset about this interaction. She denied any mood symptoms, denied psychotic sx. She stated that she does not take or need any psych meds. She denies SI and HI. Denies AVH. She denied any substance use.

**Past Psychiatric History**
• Prior diagnoses: borderline personality disorder, somatization disorder, malingering, pseudoseizures
• Hospitalizations: Many beginning at a younge age, last was after a suicidal gesture while in the hospital
• Outpatient treatment: Denies



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
| Bellevue | 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| | New York NY 10041 | Acct #: 201306226 |
| | | Admit: 1/9/2020, Discharge: 1/9/2020 |

**PES Physician Note by Jessica Bonnie Poster, MD at 01/09/20 0351 (continued)**
- <u>Medication trials</u>: Zyprexa
- <u>Suicide attempts/Self-harm</u>: Many gestures but unclear if any actual attemtps. patient denies today
- <u>Violence</u>: Denies
- <u>Trauma/Abuse</u>: Did not assess today but per chart patietn with trauma history

## HIGH-RISK PSYCHIATRIC HISTORY
High risk psychiatric history reviewed and updated in field above

**Substance Abuse History**
- Nicotine: Denies
- Alcohol: Denies
- Illicit drugs: Denies
- Prescription drugs: Denies
- Prior treatment: Denies

**Past Medical/Surgical History**
 has no past medical history on file.
 has no past surgical history on file.

**Medications**: No current facility-administered medications for this encounter.
No current outpatient medications on file.

Allergies not on file

**Family History (mental illness, substance use, suicide, other)**: Not assessed

**Social History**

Socioeconomic History
- Marital status:               Unknown
-    Spouse name:             Not on file
- Number of children:         Not on file
- Years of education:         Not on file
- Highest education level:    Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:  Not on file
- Food insecurity:
     Worry:                   Not on file
     Inability:               Not on file
- Transportation needs:
     Medical:                 Not on file
     Non-medical:             Not on file

Tobacco Use
- Smoking status:             Not on file

Substance and Sexual Activity
- Alcohol use:                Not on file
- Drug use:                   Not on file
- Sexual activity:            Not on file

Lifestyle



| | | |
|---|---|---|
| **NYC HEALTH+ HOSPITALS** | **Bellevue** | HHC HEALTH INFO MGMT<br>160 Water St<br>New York NY 10041 | Patient:Elbey, Prinyah Godiah<br>MRN: 3726120, DOB: 4/18/1993, Sex: F<br>Acct #: 201306226<br>Admit: 1/9/2020, Discharge: 1/9/2020 |

**PES Physician Note by Jessica Bonnie Poster, MD at 01/09/20 0351 (continued)**

- Physical activity:
    - Days per week:                    Not on file
    - Minutes per session:              Not on file
- Stress:                               Not on file

Relationships

- Social connections:
    - Talks on phone:                   Not on file
    - Gets together:                    Not on file
    - Attends religious service:        Not on file
    - Active member of club or          Not on file
      organization:
    - Attends meetings of clubs         Not on file
      or organizations:
    - Relationship status:              Not on file
- Intimate partner violence:
    - Fear of current or ex             Not on file
      partner:
    - Emotionally abused:               Not on file
    - Physically abused:                Not on file
    - Forced sexual activity:           Not on file

Other Topics                           Concern

- Not on file

Social History Narrative

- Not on file

**Was PSYCKES reviewed**? No: patient declined

**MENTAL STATUS EXAM**
Malodorous female dressed in many layers, laying on stretcher. She is calm once PD leave, she is cooperative and well related. No abnormal movements. Her speech is normal rate, volume and tone. Her TP is linear and logical. No SI or HI. Future oriented. No AVH. Not IP. No e/o delusions or paranoia. Her mood is "in pain" and her affect is labile. Her insight and jdugment are fair and IC is intact.

SAFE-T Risk Level: Low Suicide Risk

**FORMULATION**
El-Bey Clermontine is a 26 y.o. female with BPD who was brought in by EMS/NYPD after she refused to leave Penn Station (though unclear why she needed to leave she was not sleeping there and they accused her of feigning her paraplegia) and was brought here for a psych eval after she was aggressive with PD. Patient has no psychiatric complaints, denies SI and HI. She is asking to leave, does not wish for any psych resources and wants to have her wrist evaluated. Her presentation is most consistent with an adjustment disorder on this presentation.

**Risk Assessment:**
Patient is not at acutely elevated risk for harm to self. She denies SI and is future oriented. She is not acutely manic, depressed, psychotic, intoxicated or withdrawing. Chronic risk factors include but are not limited to her homelessness, multiple medical issues, history of trauma/abuse, cluster B personatliy pathology with prior



| HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|
| 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| New York NY 10041 | Acct #: 201306226 |
| | Admit: 1/9/2020, Discharge: 1/9/2020 |

**PES Physician Note by Jessica Bonnie Poster, MD at 01/09/20 0351 (continued)**

suicidal gestures and acting out when her needs are not met.

Patient is not at acute risk for violence. She denies HI. She has been calm and in good behavioral control while here. She is not acutely psychotic, no CAH. She is not paranoid. She is not intoxicated or withdrawing. Chronic risk factors include but are not limited to prior hosptializations, cluster B personality traits.

**Working Diagnosis:** adjustment disorder with disturbance of conduct

**PLAN**
-Discharge to AES for medical work up
-Patient was instructed to call 1-888-NYC-WELL, call 911, or return to CPEP if she develops suicidal or homicidal ideation, or any other new or worsening symptoms
-patient declined other MH or housing resources

"Electronically signed by Jessica Bonnie Poster, MD at 01/09/20 0420"

**ED Triage note by Shawnmarie Jackson, NP at 01/09/20 0354**

| Author: Shawnmarie Jackson, NP | Service: Adult Psych | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 01/09/20 0355 | Date of Service: 01/09/20 0354 | Creation Time: 01/09/20 0354 |
| Status: Signed | Editor: Shawnmarie Jackson, NP (Nurse Practitioner) | |

Pt is AAO x 3 follows commands answers questions appropriately breathing room air without distress respirations regular and unlabored MOE x 4 irritable refusing to answer questions other than to state she is in pain and yelling at this examiner

"Electronically signed by Shawnmarie Jackson, NP at 01/09/20 0355"

**ED Progress Note by William Plowe, MD at 01/09/20 0637**

| Author: William Plowe, MD | Service: Emergency Dept | Author Type: Resident |
|---|---|---|
| Filed: 01/09/20 0739 | Date of Service: 01/09/20 0637 | Creation Time: 01/09/20 0637 |
| Status: Signed | Editor: William Plowe, MD (Resident) | |
| Cosigner: Allon Mordel, MD at 01/09/20 0851 | | |

[ED Progress Note:](#)
XR wnl. Pt re-examined after tylenol, pain improved. Remains w/ paresthesias b/l hands worst in radial nerve distribution. Weakness improving, fires all fibers but remains w/ marked weakness globally in hands. Overall c/w handcuff neuropathy. Dispo complicated by fact that pt is wheelchair bound for paraplegia and needs her hands for mobility. Will continue to observe for improvement.

"Electronically signed by Allon Mordel, MD at 01/09/20 0851"

**ED Notes by Marina Dela Rosa Gabaya, RN at 01/09/20 0720**

| Author: Marina Dela Rosa Gabaya, RN | Service: Emergency Dept | Author Type: Registered Nurse |
|---|---|---|
| Filed: 01/09/20 1156 | Date of Service: 01/09/20 0720 | Creation Time: 01/09/20 1156 |
| Status: Signed | Editor: Marina Dela Rosa Gabaya, RN (Registered Nurse) | |

Received pt. Asleep but arousable, no acute distress noted, awaits dispo.

"Electronically signed by Marina Dela Rosa Gabaya, RN at 01/09/20 1156"



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **Bellevue** | 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| | New York NY 10041 | Acct #: 201306244 |
| | | Admit: 1/9/2020, Discharge: 1/9/2020 |

**ED Supervisory Note by Aiden Rose Shapiro, MD at 01/09/20 0844**

| Author: Aiden Rose Shapiro, MD | Service: Emergency Dept | Author Type: Resident |
|---|---|---|
| Filed: 01/09/20 0847 | Date of Service: 01/09/20 0844 | Creation Time: 01/09/20 0844 |
| Status: Signed | Editor: Aiden Rose Shapiro, MD (Resident) | |
| Cosigner: Allon Mordel, MD at 01/09/20 0854 | | |

26yo F pmh asthma, wpw, paraplegia from sailing accident, now here w wrist pain/numbness. Pt was an EDP BIBNYPD after being dragged from her wheelchair by police, thrown against wall, pinned on top of her arms in cuffs for over an hour. Subsequently she had severe pain in her hands/wrists, numbness/tingling, and weakness in blt hands. On exam pt very tender throughout hands. Diminished sensation in radial/medial distribution, better in ulnar. Minimal grip strength, although limited 2/2 pain. Will get xrs, pain control. Concern is for most likely neuropraxia, but given that pt ambulates via wheelchair, will be difficult to discharge without full function of her hands.

"Electronically signed by Allon Mordel, MD at 01/09/20 0854"

**ED Dispo Note by Kyle Pasternac, MD at 01/09/20 1003**

| Author: Kyle Pasternac, MD | Service: Emergency Dept | Author Type: Resident |
|---|---|---|
| Filed: 01/09/20 1003 | Date of Service: 01/09/20 1003 | Creation Time: 01/09/20 1003 |
| Status: Signed | Editor: Kyle Pasternac, MD (Resident) | |
| Cosigner: Jessica Harris Leifer, MD at 01/09/20 1035 | | |

Note Initiated: 01/09/2020 at 10:03 AM

**ED Disposition Note:**

Diagnosis
The encounter diagnosis was Pain in both wrists.

Disposition

**ED Disposition**

| ED Disposition | Comment |
|---|---|
| **Discharge** | |
| | El-Bey Clermontine discharge to home/self care. |
| | Condition at discharge: Good |

Follow-Up With
No follow-up provider specified.
Home Medications No Changes
There are no discharge medications for this patient.

Home Medication Changes
**Modified Medications**
No medications on file

**Discontinued Medications**
No medications on file



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **Bellevue** | 160 Water St<br>New York NY 10041 | MRN: 3726120, DOB: 4/18/1993, Sex: F<br>Acct #: 201306244<br>Admit: 1/9/2020, Discharge: 1/9/2020 |

**ED Dispo Note by Kyle Pasternac, MD at 01/09/20 1003 (continued)**

Prescriptions Given This Visit
There are no discharge medications for this patient.


Consults
None

Final Assessment and Plan
NV intact b/l, still with pain but neuropraxia resolved.


"Electronically signed by Jessica Harris Leifer, MD at 01/09/20 1035"


**ED Notes by Marina Dela Rosa Gabaya, RN at 01/09/20 1156**

| Author: Marina Dela Rosa Gabaya, RN | Service: Emergency Dept | Author Type: Registered Nurse |
|---|---|---|
| Filed: 01/09/20 1157<br>Status: Signed | Date of Service: 01/09/20 1156<br>Editor: Marina Dela Rosa Gabaya, RN (Registered Nurse) | Creation Time: 01/09/20 1157 |

Pt. Transferred to D/C center, awake and responsive.

"Electronically signed by Marina Dela Rosa Gabaya, RN at 01/09/20 1157"


**Progress Notes by Amy Acosta, LMSW at 01/09/20 1232**

| Author: Amy Acosta, LMSW | Service: — | Author Type: Social Worker |
|---|---|---|
| Filed: 01/09/20 1303<br>Status: Signed | Date of Service: 01/09/20 1232<br>Editor: Amy Acosta, LMSW (Social Worker) | Creation Time: 01/09/20 1232 |

VICTIM SERVICES PROGRAM

Victim Services Program (VSP) Social Worker (SW) was referred cas3e by ED SW Laura Ramkisson, LMSW x4730. Patient is a 26-year-old woman who was BIBEMS to Bellevue Hospital s/p assault. Patient was reportedly assaulted by NYPD and MTA officers at Penn Station. VSP SW met with patient in the Discharge Center. VSP SW identified patient via name and wristband. Patient felt comfortable disclosing her story to this VSP SW. VSP SW provided patient with emotional support as needed throughout this conversation. VSP SW shared with patient services available via the VSP, such as advocacy with law enforcement, trauma therapy services and medical bill compensation via the NYS Office of Victim Services. VSP SW provided patient with information on how to report her assault to the Civilian Complaint Review Board (CCRB). Patient expressed that she felt unsafe returning to her home (she currently lives with her grandmother) as she believes these officers will attempt to find her in her home. VSP SW provided patient with information on going into a shelter. Patient expressed an interest in a DV shelter with Safe Horizon and this VSP SW explained the difficulty to obtain a shelter under non-DV circumstances. Patient was adamant about calling SH and this VSP SW supported her decision and provided her with their contact information. VSP SW allowed patient time to contact SH and followed-up again with patient in the DC. Patient wass on-hold to speak with her insurance company. Patient contacted SH, though was told by them to contact another "national organization", per patient. VSP SW also provided patient with information to Barrier Free Living and shelters for single women in NYC (Help Women's Shelter and Franklin Street Shelter).

VSP SW will remain available to the patient as needed.

Amy Acosta, LMSW x4739

"Electronically signed by Amy Acosta, LMSW at 01/09/20 1303"



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **Bellevue** | 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| | New York NY 10041 | Acct #: 201306244 |
| | | Admit: 1/9/2020, Discharge: 1/9/2020 |

---

**ED Notes by Dawa Lhamo Dadak, RN at 01/09/20 1530**

| Author: Dawa Lhamo Dadak, RN | Service: Emergency Dept | Author Type: Registered Nurse |
|---|---|---|
| Filed: 01/09/20 1709 | Date of Service: 01/09/20 1530 | Creation Time: 01/09/20 1709 |
| Status: Signed | Editor: Dawa Lhamo Dadak, RN (Registered Nurse) | |

Patient called her own insurance for transportation, cab service.

*"Electronically signed by Dawa Lhamo Dadak, RN at 01/09/20 1709"*

**ED Notes by Dawa Lhamo Dadak, RN at 01/09/20 1615**

| Author: Dawa Lhamo Dadak, RN | Service: Emergency Dept | Author Type: Registered Nurse |
|---|---|---|
| Filed: 01/09/20 1711 | Date of Service: 01/09/20 1615 | Creation Time: 01/09/20 1711 |
| Status: Signed | Editor: Dawa Lhamo Dadak, RN (Registered Nurse) | |

PCT  Wheeled her to main entrance for her cab ride to her PCP as per patient . Patient refused  Discharge instructions and sign discharge papers.

*"Electronically signed by Dawa Lhamo Dadak, RN at 01/09/20 1711"*

---

## Patient Information

Patient Name: **Elbey, Prinyah Godiah**
Date of Birth: **04/18/1993**       MRN: **3726120**       Sex: **Female**

## Medication                                    acetaminophen (TYLENOL) tablet 650 mg

### Order Information

| Date | Department |
|---|---|
| 1/9/2020 | Bellevue ED ADULT |

### Order Providers

| Authorizing | Billing |
|---|---|
| William Plowe | William Plowe |

### Hospital Medication Detail

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **acetaminophen (TYLENOL) tablet 650 mg** Route: Oral | 650 mg | Once | 1/9/2020 | 1/9/2020 |

### END OF REPORT

---

## Patient Information

Patient Name: **Elbey, Prinyah Godiah**
Date of Birth: **04/18/1993**       MRN: **3726120**       Sex: **Female**

## Medication                                    ibuprofen (ADVIL, MOTRIN) tablet 800 mg

### Order Information

| Date | Department |
|---|---|
| 1/9/2020 | Bellevue ED ADULT |

### Order Providers

---



| HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|
| 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| New York NY 10041 | Acct #: 201306244 |
| | Admit: 1/9/2020, Discharge: 1/9/2020 |

**Bellevue**

### Order Providers (continued)

| Authorizing | Billing |
|---|---|
| Aiden Rose Shapiro | Aiden Rose Shapiro |

### Hospital Medication Detail

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **ibuprofen (ADVIL, MOTRIN) tablet 800 mg** | 800 mg | Once | 1/9/2020 | 1/9/2020 |
| Route: Oral | | | | |

## END OF REPORT

### Patient Information

| | Patient Name: **Elbey, Prinyah Godiah** | |
|---|---|---|
| | Date of Birth: **04/18/1993** | MRN: **3726120** |
| | | Sex: **Female** |

### Medication                                      ketorolac (TORADOL) injection 15 mg

#### Order Information

| Date | Department |
|---|---|
| 1/9/2020 | Bellevue ED ADULT |

#### Order Providers

| Authorizing | Billing |
|---|---|
| Kyle Pasternac | Kyle Pasternac |

#### Hospital Medication Detail

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **ketorolac (TORADOL) injection 15 mg** | 15 mg | Once | 1/9/2020 | 1/9/2020 |
| Route: Intramuscular | | | | |

## END OF REPORT

### Patient Information

| | Patient Name: **Elbey, Prinyah Godiah** | |
|---|---|---|
| | Date of Birth: **04/18/1993** | MRN: **3726120** |
| | | Sex: **Female** |

### Medication                          HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet

#### Order Information

| Date | Department |
|---|---|
| 1/9/2020 | Bellevue ED ADULT |

#### Order Providers

| Authorizing | Billing |
|---|---|
| Kyle Pasternac | Kyle Pasternac |

#### Hospital Medication Detail

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | 1 tablet | Once | 1/9/2020 | 1/9/2020 |
| Admin Instructions: ** HIGH ALERT ** | | | | |



| NYC HEALTH+ HOSPITALS | Bellevue | HHC HEALTH INFO MGMT<br>160 Water St<br>New York NY 10041 | Patient:Elbey, Prinyah Godiah<br>MRN: 3726120, DOB: 4/18/1993, Sex: F<br>Acct #: 201306244<br>Admit: 1/9/2020, Discharge: 1/9/2020 |
|---|---|---|---|

## Hospital Medication Detail (continued)

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Route: Oral | | | | |

## END OF REPORT

## Patient Information

| | Patient Name: **Elbey, Prinyah Godiah** | |
|---|---|---|
| | Date of Birth: **04/18/1993** | MRN: **3726120** |
| | | Sex: **Female** |

## Medication

**ibuprofen (ADVIL, MOTRIN) 400 MG tablet**

### Order Information

| Date | Department |
|---|---|
| 1/9/2020 | Bellevue ED ADULT |

### Order Providers

| Authorizing |
|---|
| Kyle Pasternac |

### Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ibuprofen (ADVIL, MOTRIN) 400 MG tablet** | 30 tablet | 0 | 1/9/2020 | 1/16/2020 |

Sig - Route: Take 1 tablet (400 mg total) by mouth every 6 (six) hours as needed for pain for up to 7 days.
Take with food. - Oral
Sent to pharmacy as: ibuprofen (ADVIL, MOTRIN) 400 MG tablet
E-Prescribing Status: **Receipt confirmed by pharmacy** (1/9/2020 10:07 AM EST)

## END OF REPORT

## Order

**DX Wrist Comp Left [IMG102] (Order 134479545)**

### DX Wrist Comp Left [134479543]

| Electronically signed by: **William Plowe, MD on 01/09/20 0451** | Status: **Completed** |
|---|---|
| Ordering user: William Plowe, MD 01/09/20 0451 | Ordering provider: William Plowe, MD |

Authorized by: William Plowe, MD
Frequency: Once 01/09/20 0451 - 1  occurrence

Questionnaire

| Question | Answer |
|---|---|
| Reason for Exam | Point tenderness |
| Is the patient pregnant? | No |
| Would you like this exam to be performed portably? | No |

## Result

**DX Wrist Comp Left (Order 134479545)**

### RESULTS

| | Resulted: 01/09/20 0557, Result status: Final result |
|---|---|
| DX Wrist Comp Left [134479545] | |
| Ordering provider: William Plowe, MD  01/09/20 0451 | Resulted by:<br>Jessica Hu, MD<br>Phillip Guichet, MD |



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **Bellevue** | 160 Water St<br>New York NY 10041 | MRN: 3726120, DOB: 4/18/1993, Sex: F<br>Acct #: 201306244<br>Admit: 1/9/2020, Discharge: 1/9/2020 |

## RESULTS (continued)

Performed: 01/09/20 0530 - 01/09/20 0550          Accession number: BEDX2606195
Resulting lab: EMC RAD                                            Result details
Narrative:
History: Bilateral wrist pain after handcuffs

Technique: DX WRIST COMP RIGHT, DX WRIST COMP LEFT

Comparison: None available.

Impression:
Findings/Impression:

No acute fracture or dislocation. Alignment at both wrists is anatomic, joint spaces are preserved, and articular surfaces are unremarkable. No soft tissue abnormality.

Final report dictated by Phillip Guichet and signed by Jessica Hu, MD,  1/9/2020 5:57 AM

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - EMCRad** | EMC RAD | Model Lab<br>Director | 5301 Tokay Blvd.<br>Madison WI 53711 | 01/24/07 1752 - Present |

## Order

**DX Wrist Comp Right [IMG103] (Order 134479546)**

### DX Wrist Comp Right [134479544]

Electronically signed by: **William Plowe, MD on 01/09/20 0451**          Status: **Completed**
Ordering user: William Plowe, MD 01/09/20 0451          Ordering provider: William Plowe, MD
Authorized by: William Plowe, MD
Frequency: Once 01/09/20 0451 - 1  occurrence

Questionnaire

| Question | Answer |
|---|---|
| Reason for Exam | Point tenderness |
| Is the patient pregnant? | No |
| Would you like this exam to be performed portably? | No |

## Result

**DX Wrist Comp Right (Order 134479546)**

### RESULTS

Resulted: 01/09/20 0557, Result status: Final result

DX Wrist Comp Right [134479546]

Ordering provider: William Plowe, MD  01/09/20 0451          Resulted by:
                                                                                            Jessica Hu, MD
                                                                                            Phillip Guichet, MD
Performed: 01/09/20 0530 - 01/09/20 0550          Accession number: BEDX2606193
Resulting lab: EMC RAD                                            Result details
Narrative:
History: Bilateral wrist pain after handcuffs

Technique: DX WRIST COMP RIGHT, DX WRIST COMP LEFT

Comparison: None available.



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **Bellevue** | 160 Water St<br>New York NY 10041 | MRN: 3726120, DOB: 4/18/1993, Sex: F<br>Acct #: 201306244<br>Admit: 1/9/2020, Discharge: 1/9/2020 |

**RESULTS (continued)**

Impression:
Findings/Impression:

No acute fracture or dislocation. Alignment at both wrists is anatomic, joint spaces are preserved, and articular surfaces are unremarkable. No soft tissue abnormality.

Final report dictated by Phillip Guichet and signed by Jessica Hu, MD,  1/9/2020 5:57 AM

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - EMCRad** | EMC RAD | Model Lab Director | 5301 Tokay Blvd.<br>Madison WI 53711 | 01/24/07 1752 - Present |

## Order

ECG 12 Lead [ECG1] (Order 134479548)

**ECG 12 Lead [134479547]**

Electronically signed by: **William Plowe, MD on 01/09/20 0532**                                   Status: **Completed**
Ordering user: William Plowe, MD 01/09/20 0532          Ordering provider: William Plowe, MD
Authorized by: William Plowe, MD
Frequency: **Once 01/09/20 0533 - 1  occurrence**
Questionnaire

| Question | Answer |
|---|---|
| Reason for exam? | Tachycardia |

## Result

ECG 12 Lead (Order 134479548)

**RESULTS**

Resulted: 01/13/20 1244, Result status: Final result

ECG 12 Lead [134479548]
Ordering provider: William Plowe, MD  01/09/20 0532          Resulted by: Pedro de Armas, MD
Resulting lab: EMC RAD          Result details
Narrative:
Normal sinus rhythm
Normal ECG
No previous ECGs available

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | — | — | 01/09/20 1059 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Heart Rate | 77 | BPM | — | EMCRad |
| PR Interval | 180 | ms | — | EMCRad |
| QRSD Interval | 64 | ms | — | EMCRad |
| QT Interval | 394 | ms | — | EMCRad |
| QTcB Interval | 445 | ms | — | EMCRad |
| P-Axis Horizontal | 68 | degrees | — | EMCRad |
| QRS Axis | 47 | degrees | — | EMCRad |
| T Wave Axis | 59 | degrees | — | EMCRad |



| HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|
| 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| New York NY 10041 | Acct #: 201306244 |
| | Admit: 1/9/2020, Discharge: 1/9/2020 |

**RESULTS (continued)**

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - EMCRad** | EMC RAD | Model Lab Director | 5301 Tokay Blvd. Madison WI 53711 | 01/24/07 1752 - Present |

| **Order** | **Ambulatory Referral to Med Primary Care (MPC) [REF40] (Order 134479553)** |
|---|---|

**Ambulatory Referral to Med Primary Care (MPC) [134479553]**

Electronically signed by: **Kyle Pasternac, MD on 01/09/20 1005**          Status: **Active**
Ordering user: Kyle Pasternac, MD 01/09/20 1005          Ordering provider: Kyle Pasternac, MD
Authorized by: Kyle Pasternac, MD
Frequency:  01/09/20 -
Order comments: Reason for Referral: primary care

| **Result** | **Ambulatory Referral to Med Primary Care (MPC) (Order 134479553)** |
|---|---|

**RESULTS**

Ambulatory Referral to Med Primary Care (MPC) [134479553]          Result status: No result
     Ordering provider: Kyle Pasternac, MD  01/09/20 1005          Result details


Scan on 1/9/2020 0345 by Sophia Ianthea Porter: PSYCH OPT OUT (below)



**NYC HEALTH+ HOSPITALS** | **Bellevue**

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

ADULT AND C&A PSYCHIATRY HOSPITAL DIRECTORY
CHOICE AND VISITOR RESTRICTION FORM

FAX OR DELIVER TO: Admitting (Fax #4672, Ext. 4353, RM GD 59)

CLERMONTINE, EL-BEY
CSN: 33246869
DOB: 4/18/1993 (26 yrs) F
MRN: 4040258
Adm Date: 1/9/2020

1. ✓ _____ **CHOOSE NOT TO BE LISTED IN HOSPITAL DIRECTORY**: No information will be given to any caller, and no visitors will be allowed (BHC DEFAULT FOR PSYCHIATRY).

   1A. _____ **OPTION TO ALLOW VISITORS**: If patient/legal guardian chooses to Opt Out, only these individuals **MAY** visit and receive directory information.

   _____     _____

   _____     _____

   _____     _____

2. _____ **CHOOSE TO BE LISTED IN HOSPITAL DIRECTORY**: Information will be given to any caller who inquires, and there will be no restrictions on visitation
NOT AN OPTION FOR C&A PSYCHIATRY.

   2A. _____ **OPTION TO RESTRICT VISITORS**: ADULT: If patient chooses to be listed, these individuals **MAY NOT** visit and no information will be given to them.
C&A PSYCHIATRY: List additional specific visiting restrictions below.

   _____     _____

   _____     _____

   _____     _____

**SIGNATURES**

_Staff Signature_ _____   CA _____ _Title_        1|9|2020 _Date_

Pt Unable
_Patient/Legal Guardian Signature_                          1|9|2020 _Date_

Patient/Legal Guardian Unable _____ Refused _____ to complete information. Opt out until completed.

**CLINICAL/ADMINISTRATIVE RESTRICTIONS**

3. _____ **RESTRICTION ON ALL VISITORS**: At request of the clinical or administrative team, visitation is restricted.
RESTRICTION AUTHORIZED BY _____   TITLE _____

No Visitors From _____ to _____   or   NO VISITORS UNTIL
_Date_          _Date_                                    FURTHER NOTICE

   3A. _____ RESTRICTION LIFTED _____
                                              _Date_

4. _____ **EXCEPTIONS**: Visitors allowed at other than regular visiting hours.

Name _____ From _____ To _____
                      _Time_        _Time_

EXCEPTION AUTHORIZED BY _____   TITLE _____

DRAFT: Revision Date 03.22.10

Scan on 1/9/2020 0345 by Sophia Ianthea Porter: PSYCKES UNABLE (below)



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **Bellevue** | 160 Water St<br>New York NY 10041 | MRN: 3726120, DOB: 4/18/1993, Sex: F<br>Acct #: 201306244<br>Admit: 1/9/2020, Discharge: 1/9/2020 |

**Details about patient information in PSYCKES and the consent process:**

**1. How Your Information Can be Used.** Your electronic health information can only be used by your treatment provider to:

- Provide you with medical treatment and related services
- Evaluate and improve the quality of medical care provided to all patients
- Notify your treatment providers if you have an emergency (e.g., go to an emergency room)

**2. What Types of Information About You Are Included?**

If you give consent NYC-HHC BELLEVUE HOSPITAL CENTER can access ALL of your electronic health information available through PSYCKES. This includes information created before and after the date of this Consent Form. The information in PSYCKES may include information from your health records, such as a history of illnesses or injuries you have had (like diabetes or a broken bone), test results (like X-rays, blood tests, or screenings), assessment results, and lists of medicines you have taken. Care plans, safety plans, and psychiatric advanced directives you and your treatment provider may have developed may also be included. This information may relate to sensitive health conditions, including but not limited to:

- Mental health conditions
- Alcohol or drug use problems
- Birth control and abortion (family planning)

- Genetic (inherited) diseases or tests
- HIV/AIDS
- Sexually transmitted diseases

**3. Where Health Information About You in PSYCKES Comes From.**

If you received health related services that were paid for by Medicaid, information about those services will be in PSYCKES. If you received services from a State operated psychiatric center, health related information taken from your clinical records will also be in PSYCKES. However, although the information contained in PSYCKES may come from your clinical record, your PSYCKES record is not the same thing as your complete clinical record. PSYCKES information can also be entered by you or your treatment provider. Health information from other databases maintained by NYS is also included in PSYCKES. New health databases may be added to PSYCKES as available. For an updated list and more information about the data available in PSYCKES, visit the PSYCKES website at www.psyckes.org and see "About PSYCKES" or ask your treatment provider to print the list for you.

**4. Who May Access Information About You, If You Give Consent.**

Only these people may access information about you: NYC-HHC BELLEVUE HOSPITAL CENTER's doctors and other providers who are involved in your care; health care providers who are covering or on call for NYC-HHC BELLEVUE HOSPITAL CENTER's ; and staff members who carry out activities permitted by this Consent Form as described above in paragraph one.

**5. Penalties for Improper Access to or Use of Your Information.**

There are penalties for inappropriate access to or use of your electronic health information. If at any time you suspect that someone who should not have seen or gotten access to information about you has done so, call _____ at _____ ext.____; or call the NYS Office of Mental Health Customer Relations at 800-597-8481.

**6. Re-disclosure of Information.**

Any electronic health information about you may be re-disclosed by NYC-HHC BELLEVUE HOSPITAL CENTER's to others only to the extent permitted by state and federal laws and regulations. This is also true for health information about you that exists in a paper form. Some state and federal laws provide special protections for some kinds of sensitive health information, including HIV/AIDS and drug and alcohol treatment. Their special requirements must be followed whenever people receive these kinds of sensitive health information.

**7. Effective Period.**

This Consent Form will remain in effect until 3 years after the last date you received any services from NYC-HHC BELLEVUE HOSPITAL CENTER's , or until the day you withdraw your consent, whichever comes first.

**8. Withdrawing Your Consent.**

You can withdraw your consent at any time by signing a Withdrawal of Consent Form and giving it to _____'s . You can also change your consent choices by signing a new Consent Form at any time. You can get these forms from this provider or from the PSYCKES website at www.psyckes.com, or by calling _____'s at _____ext.____. Note: Organizations that access your health information through NYC-HHC BELLEVUE HOSPITAL CENTER's while your consent is in effect may copy or include your information in their own medical records. Even if you later decide to withdraw your consent, they are not required to return it or remove it from their records.

**9. Copy of Form.** You are entitled to receive a copy of this Consent Form after you sign it.

Revised 10.11.2016



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **Bellevue** | 160 Water St<br>New York NY 10041 | MRN: 3726120, DOB: 4/18/1993, Sex: F<br>Acct #: 201306244<br>Admit: 1/9/2020, Discharge: 1/9/2020 |

## PSYCKES CONSENT FORM

### NYC-HHC BELLEVUE HOSPITAL CENTER

The Psychiatric Services and Clinical Enhancement System (PSYCKES) is web-based application maintained by the New York State (NYS) Office of Mental Health (OMH). It contains health information from the NYS Medicaid database, health information from clinical records, and information from other NYS health databases. For an updated list and more information about the NYS health databases in PSYCKES, visit www.psyckes.org and see "About PSYCKES."

PSYCKES data includes identifying information (such as your name and date of birth), information about health services that have been paid for by Medicaid, information about your health care history (such as treatment for illnesses or injuries, test results, lists of medication you have taken), and information entered by you or your treatment provider into the PSYCKES application (such as a Safety Plan).

The health information in PSYCKES can help your provider care. In this Consent Form, you can choose whether or not to give your provider electronic access to your health information that is in PSYCKES. You can give consent or deny consent, and this form may be filled out now or at a later date. **Your choice will not affect your ability to get medical care or health insurance coverage. Your choice to give or to deny consent will not be the basis for denial of health services.**

If you check the **"I GIVE CONSENT"** box below, you are saying "Yes, this provider's staff involved in my care may get access to all of my medical information that is in PSYCKES."

If you check the **"I DENY CONSENT"** box below, you are saying "No, this provider may not see or be given access to my medical information through PSYCKES." THIS DOES NOT MEAN YOUR PROVIDER IS COMPLETELY BARRED FROM ACCESSING YOUR MEDICAL INFORMATION IN ANY WAY. FOR EXAMPLE, IF THE MEDICAID PROGRAM HAS A QUALITY CONCERN ABOUT YOUR HEALTHCARE, THEN UNDER FEDERAL AND STATE REGULATIONS YOUR PROVIDER MAY BE GIVEN ACCESS TO YOUR DATA TO ADDRESS THE QUALITY CONCERN. QUALITY CONCERNS HELP HEALTHCARE PROFESSIONALS DETERMINE WHETHER THE RIGHT SERVICES ARE BEING DELIEVERED AT THE RIGHT TIME TO THE RIGHT PEOPLE. THERE ARE ALSO EXCEPTIONS TO THE CONFIDENTIALITY LAWS THAT MAY PERMIT YOUR PROVIDER TO OBTAIN NECESSARY INFORMATION DIRECTLY FROM ANOTHER PROVIDER FOR TREATMENT PURPOSES UNDER STATE AND FEDERAL LAWS AND REGULATIONS.

**Please carefully read the information on the back of this form before making your decision.**

**Your Consent Choices.** You can fill out this form now or in the future. You have two choices:

☐ **I GIVE CONSENT** for this provider to access ALL of my electronic health information that is in PSYCKES in connection with providing me any health care services.

☐ **I DENY CONSENT** for this provider to access my electronic health information that is in PSYCKES; however, I understand that my provider may be able to obtain my information even without my consent for certain limited purposes if specifically authorized by state and federal laws and regulations

CLERMONTINE, EL-BEY
CSN: 33246869
DOB:4/18/1993 (26 yrs) F
MRN: 4040258
Adm Date: 1/9/2020

_____     _____
Print Name of Patient          Date of Birth of Patient

*Pt unable*                     *1/9/2020*
_____     _____
Signature of Patient or Patient's Legal     Date
Representative

_____     _____
Print Name of Legal Representative (if     Relationship of Legal Representative
applicable)                                to Patient (if applicable)

                                *Sophia Porter*
_____     _____
Signature of Witness            Print Name of Witness

Scan on 1/9/2020 0422 by June Bennett (below)



**HHC HEALTH INFO MGMT**
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

1/9/2020  2:35 AM  FROM: Physio-Control          TO: +12125625138     P. 1

## Prehospital Care Report Summary
### FDNY

**Date:**01/09/2020 **Call #:**0301   **Booklet:**86169737 **Branch:** STA07   **Time Zone:**America/New_York

| Call Information: | | # Patients Transported | |
|---|---|---|---|
| | | In My Unit: | 1 |
| **Disposition:** | Treated/Transported (10-82) | # Patients at Scene: | 1 |
| **Initial Patient Acuity:** Stable | | | |
| **Unit #:** | 07C1 - 07C Tour 1: 2300-0700 , Ground-Ambulance - BLS   **Trip Type:** Initial Trip | **Call Received:** | 02:42:44 |
| **Run Type to Scene:** | Emergent (Immediate Response) | **Dispatched:** | 02:43:12 |
| **Incident Facility:** | | **En Route:** | 02:43:16 |
| **Incident Location:** | W 34 ST/7 AVE - Manhattan, NY 10120 (New York County) | **On Scene:** | 02:48:58 |
| **Incident Location Type:** | Public Building | **Patient Contact:** | 02:48:58 |
| | | **Left Scene:** | 02:58:59 |
| **Receiving Facility:** | 2 - Bellevue (Hospital) - 472 1 Avenue - NY, NY 10016 | **At Destination:** | 03:06:21 |
| **Facility Address:** | 472 1 Avenue - NY, NY 10016 | **Transfer of Care:** | 03:17:12 |
| **Destination Type:** | Hospital Emergency Dept | **In Service:** | 03:31:58 |
| **Dest. Reason:** | Nearest/Most Accessible Facility | | |
| **Hospital Capability:** Hospital (General) | | | |
| **Condition of Patient At Destination:** Unchanged | | **Time On Scene:** | 10 Min |
| **Registration #** | N/A | **Time to Destination:** | 23 Min |
| <u>**Online Medical Control**</u> | | **Total Time of Run:** | 49 Min |
| **Authorization Type:** Protocol | | | |

**Loaded Mileage:**   1.4 (Total Mileage: 1.4)
**Crew Members:**    James Ward #2396, EMT Basic*(DS)(DH)*; James Acevedo, EMT Basic*(DOC)*

**Moved to Amb By:** Stretcher   **Transport Position:** Semi/Full Fowlers   **From Amb By:** Stretcher

**Call Origin:** N/A    **Lights/Siren:** Scene - No Lights and Sirens, Destination - No Lights and Sirens

### Patient Information:

| | | |
|---|---|---|
| **Name:** | el-bey clermontine | **DOB:** 04/18/1993 |
| **Address:** | 40 ann st #2ba - ny, NY 10038 | **Gender:**Female |
| **Phone:** | | **Age:** 26 Years |
| **Email:** | | **Weight:** 150 lbs. 68.04 kg |
| **SSN:** | .. | **Broselow:** |
| **Driver License:** | | |

<u>**Other Contact Info**</u>
**Name:**                              **Phone:**                     **Cell Phone:**
**Relationship:**

**Current Meds:** * NO KNOWN MEDICATION          **Comments:**
**Env Allergies:** NKA                                   **Comments:**
**Med Allergies:** * NO KNOWN ALLERGIES (NKA)      **Comments:**
**Patient Physician:**
**Advanced Directives:**
**PMH:**          None
**Comment:**
**Patient Physical Limitations:**
**Comment:**
**Pregnancy:**    No

### Payer Information:

| Work Related: No | | | | | |
|---|---|---|---|---|---|
| **Priority:**     **Name:** Self Pay | | **Type:** Self Pay | **Policy #:** | | **Group #:** |
| **Policy Holder:** , Apt | | | **Phone:** | | **DOB:** |
| **Relationship of Patient to Insured:** | | | | | |
| | 40 ann st , Apt 2ba - ny, NY 10038 | | | | |

<u>**Advance Beneficiary Notice**</u>
**Not a Medical Necessity:** No                      **Non Covered Service:**    No



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **Bellevue** | 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| | New York NY 10041 | Acct #: 201306244 |
| | | Admit: 1/9/2020, Discharge: 1/9/2020 |

1/9/2020  2:35 AM  FROM: Physio-Control          TO: +12125625138    P. 2

Mileage Beyond Closest Appropriate Facility:  No            Preferred Physician:    No
Requested Service:
Representative Relation:
.............................................................................................................................

**Clinical:**

**Onset Date/Time:** 01/09/20  02:45:35
**Last Known Well Date/Time:** 01/09/20 02:43:36
**Dispatch Reason (EMD):**  EDP   EDP - Psychiatric Patient
**Medical Need:**

**Chief Complaint (Primary):** behavioral disorder   **Duration:** 1   Minutes
**Anatomic Location:** Head
**Provider Impression:** Not Listed (Specify in Narrative)
**Was this event weather related?:** No
**Mechanism of Injury:**
**Protocol 1:**                                    **Protocol 2:**

**Assessments:**

| Time | Employee | Type | Summary |
|---|---|---|---|
| 03:01:23 | Acevedo, James | ABC | Pertinent Negatives: <br> **Airway: General:** Patent <br> **Breathing: Rate:** Normal **Quality:** Unlabored **Lung Sounds: Left:** Clear **Lung Sounds: Right:** Clear <br> **Circulation: General:** Normal **Skin Color:** Normal **Skin Temperature:** Normal **Skin Condition:** Normal <br> **Skin Capillary Refill:** Normal |
| 03:01:33 | Acevedo, James | Neurological | **Mental Status:** Normal <br> **Neurological:** All Neuro Normal <br> **AVPU:** Alert |
| 03:02:27 | Acevedo, James | Head To Toe | **Head and Neck:** Normal <br> **Left Eye:** PERRL <br> **Right Eye:** PERRL <br> **Neck:** Normal |

**Vitals:**

| Time | Employee | Summary |
|---|---|---|
| 02:49:27 | Acevedo, James | **BP:** Systolic Refused/ Diastolic Refused <br> **Pulse:** Refused <br> **Resp:** 18 **Effort:** Normal <br> **Glasgow Coma Score:** E (Unable to complete) + V (Unable to complete) + M (Unable to complete) = **N/A** - Adult |
| 03:01:27 | Acevedo, James | **BP:** Systolic Refused/ Diastolic Refused <br> **Pulse:** Refused <br> **Resp:** 18 **Effort:** Normal <br> **Glasgow Coma Score:** E (Unable to complete) + V (Unable to complete) + M (Unable to complete) = **N/A** - Adult |

**Treatments/Medications:**

| Time | Employee | Summary |
|---|---|---|
| 03:01:40 | Acevedo, James | Treatment - 1 - BLS Assessment <br> **Attempts:** 1 **Success:** Yes <br> **Response:** Unchanged **Complication:** None  **Authorization Type:** Protocol <br> **Level:** BLS |

Supply

Qty  Supply



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
| **Bellevue** | 160 Water St<br>New York NY 10041 | MRN: 3726120, DOB: 4/18/1993, Sex: F<br>Acct #: 201306244<br>Admit: 1/9/2020, Discharge: 1/9/2020 |

1/9/2020  2:35 AM  FROM: Physio-Control        TO: +12125625138    P. 3

ECG Device Incident Number:

PowerFields:

| PowerField | Value |
| --- | --- |
| CC / PI / MOi - Provider Impression - Primary impression - Did call type match presenting problem? | Yes |

Narrative History Text:
PT  26 year old female found handcuffed in police custody after a she bagan kicking police while in elevator being ejected from train station. pt. refused all vitals transport to hosp. # 02 for evaluation monitor enroute.
Unable to Sign:
Unable to Sign Reason: Physically Incapable
Authorized Representative: No authorized representative is available or willing
Authorized Representative Signature:  No
Secondary Documentation: Unable to obtain secondary documentation
Secondary Documentation Signature:  No
Comment:

Auth Signature: No    Privacy Sig: No    Unable to Sign: Yes  Refused to Sign:No

Signature Image(s):
Authorization Signature                                              Privacy Notice Signature

|  |
| --- |
|  |

Receiving RN / MD Signature - Jesica poster - 01/09/2020 03:17          Technician Signature - Acevedo, James - 01/09/2020 03:28
***"RN" or "Nurse" is an UNACCEPTABLE entry. Crew members MUST document the
RN or Nurse's FULL NAME***

Scan on 1/9/2020 0343 by Sophia Ianthea Porter: UNABLE (below)



HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

**ACKNOWLEDGMENT OF ADVANCE DIRECTIVES**

NYC HEALTH+ HOSPITALS | **Bellevue**

**ADVANCE DIRECTIVES**

Advance directives are defined as written or oral instructions concerning the provision of health care when a patient no longer has the capacity to make such decisions.

**There are four (4) types of Advance Directives:**

1. **Health Care Proxy**  Appointing a person who would make health care decisions for the patient when the patient cannot make decisions for him/herself.

2. **Psychiatric Advance Directive** Advance instructions on how you want to be treated when you have a mental health crisis or are hospitalized.

3. **Living Will**  Advance instructions provided by the patient about their future course of medical treatment when they no longer have the capacity to make such decisions.

4. **DNR (Do Not Resuscitate)**  Advance instructions by the patient stating that he/she refuses to be brought back to life in the case that their vital organ system fails.

Medical Health Care Proxy forms are available in the Patient Advocacy Office, GD-90 or on the internet at:

http://www.health.state.ny.us/home.html

Click 'Info for Consumers' and then select 'Health Care Proxy' from the list.

More information and forms concerning Planning for your Mental and Physical Health Care and Treatment can be found on the internet at:  www.nyaprs.org



| HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|
| 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| New York NY 10041 | Acct #: 201306244 |
| | Admit: 1/9/2020, Discharge: 1/9/2020 |

## ACKNOWLEDGMENT OF ADVANCE DIRECTIVES

**NYC HEALTH+ HOSPITALS** | **Bellevue**

CLERMONTINE, EL-BEY
CSN: 33246869
DOB: 4/18/1993 (26 yrs) F
MRN: 4040258
Adm Date: 1/9/2020

*We are required by law to ask you the following questions:*

Do you need an interpreter?   ☐ YES   ☑ NO
*If YES, Interpreter sign below*

Interpreter _____ ID Number _____   Language Used   Eng

1. Have you completed a Medical Health Care Proxy?  (Designated someone who can make health care decisions if you are not able) if:   ☐ Yes   ☐ No

Name of Health Care Proxy/Agent _____   Telephone Number _____

2. Have you completed a Psychiatric Advance Care Directive? (It states your choice on how you want to be treated when you have a mental health crisis or hospitalization) IF:   ☐ YES, GO *TO #3*   ☐ NO, GO *TO #4*

3. Do you have a copy of this form with you?   ☐ YES *(Copy for Chart)*   ☐ NO, GO *TO #4*   ☐ Copies in Chart

4. If you have not completed your Medical or Psychiatric Advance Directive, or you do not have a copy, would you like to complete one?
a) Medical Health Care Proxy ☐ YES *(fax to 3366)*   ☐ NO   b) Psychiatric Advance Directive  ☐ Yes (Receive Information)  ☐ No

5. Would you like to have a discussion to learn more about Medical Health Care Proxy?
☐ YES *(fax to 3366)*   ☐ NO

6. Would you like to have a discussion to learn more about Psychiatric Advance Directives?
☐ Yes *(Direct to CPEP social worker)*   ☐ No

*"I acknowledge receipt of the booklet Your Rights as a Hospital Patient in New York State prepared by the New York State Department of Health, and of ADVANCE DIRECTIVES education."*

Patient's Signature   Pt unable   Date 1/9/2020
**OR**
Signature of Patient's Representative _____   Relationship to Patient _____

Hospital Staff Representative _____   Date 1/9/2020   * Patient unable to sign ☑
* Patient refuses to sign ☐

* STATE REASON   Pt unable / Agitated

REFERRED TO PATIENT ADVOCACY FOR THE FOLLOWING:   Date _____   Time _____
*fax to 3366*

☐ Patient wants additional information   ☐ Patient wishes to complete Health Care Proxy

☐ Education not possible (Patient unresponsive, Trauma, OR)   ☐ Living Will

Advocate's Signature _____

*Revised 3/14*



HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

Document on 1/9/2020 1534 by Dawa Lhamo Dadak, RN: Visit Summary - Emergency Department (below)

## AFTER VISIT SUMMARY



**El-Bey Clermontine**   MRN: 4040258

📅 1/9/2020  📍 Bellevue ED ADULT 212-562-4141

### Instructions



**Your medications have changed**

➤ **START taking:**
  ibuprofen (ADVIL, MOTRIN)

**Review your updated medication list below.**



**Pick up these medications at Bellevue Hospital Center Pharmacy - New York, NY - 462 1st Ave.**

ibuprofen

Address:  462 1st Ave., New York NY 10016
Phone:    212-562-2289

**Ambulatory Referral to Med Primary Care (MPC)**
Scheduled for 1/30/2020
Expires: 7/7/2020 (requested)

### What's Next

**JAN 30 2020**   **Follow Up Visit**
Thursday January 30 1:20 PM
Ambulatory Care Building: 2nd Floor

Bellevue Primary Care
462 1st Ave
New York NY 10016
844-692-4692
Arrive at: AMB Care:
Area 2C

### General Emergency Department Discharge Instructions

We appreciate that you chose us as your healthcare provider.

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department.  If you have further questions concerning this visit please call us at the included phone number above on this form.  Please keep this form and bring it with you should you need additional treatment.  If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately.  We are available 24 hours a day.

### Today's Visit

You were seen by Allon Mordel, MD and WILLIAM PLOWE, MD

Reason for Visit
Bilateral wrist pain

Diagnosis
Pain in both wrists

### Imaging Tests

DX Wrist Comp Left
DX Wrist Comp Right
ECG 12 Lead

### Medications Given

acetaminophen (TYLENOL) last given at 4:55 AM

HYDROcodone-acetaminophen (NORCO) last given at 10:00 AM

ibuprofen (ADVIL, MOTRIN) last given at 6:27 AM

ketorolac (TORADOL) last given at 10:00 AM

**MYCHART**

With MyChart, you can... Message your doctor... Request refills... See test results... See your visit summaries and upcoming appointments and much much more...

To sign up go to **http://mychart.nychealthandhospitals.org**, click "**Sign Up Now**", and enter personal activation code: **XX2SJ-97ZSJ**
**Expires: 4/8/2020  3:34 PM**.

Additional Information:
If you have questions, you can go to **https://epicmychart.nychhc.org/help** to contact our MyChart staff. Remember, for emergencies, always call 911 - do not use MyChart.



**Bellevue**

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

## General Emergency Department Discharge Instructions (continued)

*It is important that you keep appointments that may have been scheduled. If you are unable to make an appointment, please call the corresponding clinic to reschedule your appointment.*

## Instructions



Your medications have changed
➡ START taking:
ibuprofen (ADVIL, MOTRIN)

**Review your updated medication list below.**

## Home Medication Information

The list of your home medications is based on the information provided by you (or your representative) during your Emergency Department visit, and/or the information contained in your medical record.  In addition, some of your home medications **may have been changed** by the Emergency Department provider who evaluated you. These changes **may** include:

• New medications
• Changes to the amount or how often you take a medication
• Discontinuation of a medication

Please review the information below carefully.  **Continue all your current medications as you are presently taking, with the exception of the following changes below.  If you have questions about any of the medications or the changes, please contact your Primary Care Physician, the Provider who prescribed the medication, or your Pharmacist.**



**Bellevue**

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

## Changes to Your Medication List

### START taking these medications



**ibuprofen** 400 MG tablet
Commonly known as: ADVIL, MOTRIN

Take 1 tablet (400 mg total) by mouth every 6 (six) hours as needed for pain for up to 7 days. Take with food.

## Your Treatment Plan

The treatment you have received during your visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. The information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper treatment of your condition.

Thank you for being a patient at BELLEVUE ED ADULT today. If your prescription was sent to the internal hospital pharmacy, please keep this paper for your records and provide to the pharmacist when you arrive. Thank you again!

**Patient EMPI: 100464818 - For Internal Pharmacy Use Only**



100464818

10100464818

El-Bey Clermontine (MRN: 4040258) • Printed at 1/9/20  3:34 PM          Page 3 of 4    *Epic*



| HHC HEALTH INFO MGMT<br>160 Water St<br>New York NY 10041 | Patient:Elbey, Prinyah Godiah<br>MRN: 3726120, DOB: 4/18/1993, Sex: F<br>Acct #: 201306244<br>Admit: 1/9/2020, Discharge: 1/9/2020 |
|---|---|

## Acknowledgement of Discharge Instructions

- I understand the treatment received during this visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. I also understand the information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper ongoing treatment of my complaint/diagnosis.

- A member of the Emergency Department staff has reviewed the discharge instructions provided to me and has answered any questions I may have had regarding these instructions.

_____

*Patient/Representative Signature*

_____

*Relationship to Patient*

_____

*Date*                                    *Time*

_____

*Witness*

_____

*Date*                                    *Time*

**El-Bey Clermontine**
**CSN:** 33247024
**DOB:** 4/18/1993
female
**MRN:** 4040258
**Adm Date:** 1/9/2020





**Bellevue**

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

**END OF REPORT**