# United State Southern District Court Of New York

-----------------------------------------------------------------------X


**RE: Queen'Prinyah Godiah NMIAA Payne's El-Bey**


Plaintiff

**v.**

**Crocilla, (et al.)**                                    **20-cv-0524 (MKV)**


Defendant(s)

----------------------------------------------------------------X

Date: July 14, 2021

Hon. Mary Kay Vyskocil

U.S. District Court
Southern District of New York


**Letter re: Amending Defendants and the Issuance of New Summons**

Dear Judge Mary Kay Vyskocil:

     In light of the recent order regarding the upcoming conference scheduled for August 19, 2021, I write to respectfully make three requests.

     First, I write to request that the court permit me to amend the complaint to add the following new defendants: Officer Michels, PD Shield Number 4012; Sergeant Vollas, PD Shield Number 414; and, Lieutenant Cona, PD Shield Number 63. All three of these officers were present at the incident on January 9, 2020, which I learned

from a review of the incident report. Leave to amend should be freely granted. Here, there is no prejudice to these additional defendants because discovery has not yet started. The three-year limitations period on the section 1983 claims alleged in the complaint has not yet run against these new defendants.

Second, I request a nunc pro tunc extension of time from the original due date of February 15, 2021, to a new deadline of August 12, 2021, to effect service on Defendant Officer Leyland Crocilla, PD Shield Number 2477, as well as a new summons for him. I ask for this extension because the marshals were unsuccessful on February 25, 2021, in trying to serve Defendant Crocilla, and his original summons has expired, as has the time to serve him. I believe service may have gone unexecuted because Defendant Crocilla's name is at times misspelled in the record. Also have several people to served them & MTA while was there in present by wet we were threatened to be arrested eventually I hand up served the MTA via United States Postal Services with Certified Signatures to several of the MTA's Buildings about 110 of them in the hope that I would get the right MTA Department/ Buildings because I refused to give up on getting true and fair justice for the wrongs those 8 police officers done to me, and I am still trying to get every single of those officers names into this case but so far I have only the report as I waited for Mr. Derek and the DA to finished whatever they need to do and to relist the names of all of the rest of the officers whom names I do not have and are not in the report.

In reissuing service on Defendant Crocilla, I please ask that his name be corrected in the record.

Third, I respectfully request that given the Motion for Reconsideration by the City of New York, initially dated December 1, 2020, and the City's subsequent

Motion to Dismiss filed February 18, 2021, that if the court deems the MTA to be the proper defendant here, that the court order that a new summons be issued for the MTA. In Addition, I would like to request for the Court to please have the correct spelling of my name that is Quee'Prinyah Godiah NMIAA Payne's El-Bey, if the Court deemed fits or request I.D's with my correct name spelling for their record I will be please to provided such I. D's

Also, I found out that on August 11, 2020, I had file for Amended Complaint, and I was told by Pro Se office I need to ask the Judge to granted me the second Amendment Complaint so I can added other Defendants to this case and Change names. I am asking for you Judge to grant me such requested.

I thank the Court in advance for its consideration.

      Respectfully submitted,

      Sincerely,

      Queen'Prinyah Godiah NMIAA Payne's El-Bey_____

Plaintiff

Judge: MARy Fay
Vyshocil

# Incident Report
# M.T.A. POLICE DEPARTMENT

**20-595**

Supplement No
ORIG

420 LEXINGTON AVENUE

SUITE 425

NEW YORK, NY 10170

(212)878-1000

Reported Date
01/09/2020
Nature of Call
AIEDPN
Officer
CROCILLA,LEYLAND

## Administrative Information

| Agency | | | Case No | | Supplement No | Reported Date | | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | | | 20-595 | | ORIG | 01/09/2020 | | 03:33 | 200090056 |

| Status | | Nature of Call | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AIDED REMOVED TO HOSPITAL | | AIDED-EDP-N | | | | | | |

| Location | | | | | City | | Rep Dist | County |
|---|---|---|---|---|---|---|---|---|
| W 34TH ST/7TH AV | | | | | MANHATTAN | | MPST02 | MANHATTAN |

| Beat | From Date | | From Time | To Date | | To Time | |
|---|---|---|---|---|---|---|---|
| NA | 01/09/2020 | | 02:41 | 01/09/2020 | | 02:41 | |

| Officer | | | Assignment | | 2nd Officer | |
|---|---|---|---|---|---|---|
| C86673/CROCILLA,LEYLAND | | | PATROL OFFICER | | MICHELS,DOUGLAS | |

| Entered by | Assignment | | RMS Transfer | Property? | Transit ID | Org Nature of Call | |
|---|---|---|---|---|---|---|---|
| C86673 | PATROL OFFICER | | Successful | None | NONE | AIEDPN | |

| CTV | | Approving Officer | | Approval Date | Approval Time | |
|---|---|---|---|---|---|---|
| County of New York | | C86614 | | 01/11/2020 | 19:38:07 | |

## Person Summary

| Invl | Invl No | Type | Name | | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|---|
| AID | 1 | I | EL BEY,PRINYAH GODIAH | | 844508 | B | F | 04/18/1993 |
| EMS | 1 | G | WARD | | 844509 | Race | Sex | DOB |
| MED | 1 | I | DR PORTER | | 844510 | Race | Sex | DOB |
| MOS | 1 | G | PO MICHELS | | MNI | Race | Sex | DOB |
| MOS | 2 | G | PO CROCILLA | | MNI | Race | Sex | DOB |
| PSV | 1 | G | SGT VOLLAS | | MNI | Race | Sex | DOB |
| PSV | 2 | G | LT CONA | | MNI | Race | Sex | DOB |

## Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|---|
| AMB | 0 | 7C | NY | 2020 | 2020 | *AMB | | | |

## Summary Narrative

Patrol pick up of a female/EDP in front of the ticket windows. One violent female EDP removed to Bellevue
Hospital along with a police escort.

| Report Officer | Printed At | |
|---|---|---|
| C86673/CROCILLA,LEYLAND | 10/14/2020 11:30 | Page 1 of 3 |
| Supervisor Signature | | |

MTA-000007

# Incident Report
# M.T.A. POLICE DEPARTMENT

**20-595**

Supplement No
ORIG

## AIDED 1: EL BEY,PRINYAH GODIAH

| Involvement | Seq | Type | | Name | | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|---|---|
| AIDED | 1 | INDIVIDUAL | | EL BEY,PRINYAH GODIAH | | | 844508 | BLACK | FEMALE |

| DOB | Age | Juvenile? | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/18/1993 | 26 | No | | | | | | | |

| Type | Address | | | | City | |
|---|---|---|---|---|---|---|
| HOME ADDRESS | 40 ANN ST | | | | NEW YORK | |

| State | ZIP Code | |
|---|---|---|
| NEW YORK | 10038 | |

| Type | ID No |
|---|---|
| OPERATOR LICENSE/STATE ID CARD | 16240839045608 |

| Employer/School |
|---|
| NONE |

### Medical

| Nature of Illness |
|---|
| VIOLENT EDP |

| Treatment |
|---|
| REMOVED TO BELLEVUE HOSPITAL BY FDNY EMS/POLICE ESCORT |

## EMPLOYEE-SIRTOA 1: WARD

| Involvement | Seq | Type | Name | | MNI |
|---|---|---|---|---|---|
| EMPLOYEE-SIRTOA | 1 | GOVERNMENT | WARD | | 844509 |

| Type | ID No |
|---|---|
| EMS/FIRE ID NUMBER (SHIELD-ETC) | 2396 |

| Employer/School | Position/Grade |
|---|---|
| FDNY | EMT |

## MEDICAL PERSONNEL/DOCTOR 1: DR PORTER

| Involvement | Seq | Type | Name |
|---|---|---|---|
| MEDICAL PERSONNEL/DOCTOR | 1 | INDIVIDUAL | DR PORTER |

| MNI |
|---|
| 844510 |

| Employer/School | Position/Grade |
|---|---|
| BELLEVUE HOSPITAL | DOCTOR |

## MEMBER OF SERVICE-MTA 1: PO MICHELS

| Involvement | Seq | Type | Name |
|---|---|---|---|
| MEMBER OF SERVICE-MTA | 1 | GOVERNMENT | PO MICHELS |

| Type | ID No |
|---|---|
| PD SHIELD | 4012 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | P.O. |

## MEMBER OF SERVICE-MTA 2: PO CROCILLA

| Involvement | Seq | Type | Name |
|---|---|---|---|
| MEMBER OF SERVICE-MTA | 2 | GOVERNMENT | PO CROCILLA |

| Type | ID No |
|---|---|
| PD SHIELD | 2477 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | P.O. |

## PATROL SUPERVISOR 1: SGT VOLLAS

| Involvement | Seq | Type | Name |
|---|---|---|---|
| PATROL SUPERVISOR | 1 | GOVERNMENT | SGT VOLLAS |

| Type | ID No |
|---|---|
| PD SHIELD | 414 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | SERGEANT |

## PATROL SUPERVISOR 2: LT CONA

| Involvement | Seq | Type | Name |
|---|---|---|---|
| PATROL SUPERVISOR | 2 | GOVERNMENT | LT CONA |

| Type | ID No |
|---|---|
| PD SHIELD | 63 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | LIEUTENANT |

| Report Officer | Printed At | |
|---|---|---|
| C86673/CROCILLA,LEYLAND | 10/14/2020 11:30 | Page 2 of 3 |

| Supervisor Signature |
|---|
| |

# Incident Report
# M.T.A. POLICE DEPARTMENT

**20-595**

Supplement No
ORIG

## Vehicle: 7C

| Involvement | Type | License No | State | Lic Year | Lic Type | Year |
|---|---|---|---|---|---|---|
| AMBULANCE - GENERAL | AMBULANCE | 7C | NEW YORK | 2020 | AMBULANCE | 2020 |

| Make |
|---|
| AMBULANCE - GENERAL |

## Narrative

On January 9,2019 at approximately 0241 hours, undersigned officers observed a black female in a wheelchair yelling and screaming for no apparent reason. The female/EDP stated " you white red neck cops are harassing me, I pray to Allah that you get killed with a rifle, I'm gonna come back and kill you fags and I want an ambulance".
   Upon escorting the female/EDP up to the 34 Street entrance, the female EDP did pick up a cone and attempt to throw it at undersigned officers. The female EDP did attemtp to scratch undersigned officers and did attempt to strike us with both her hands. The female/EDP was rear cuffed and escorted into the ambulance for transport along with all of her property. The female/EDP was lodged at CPEP located at Bellevue Hospital for a psychiatric evaluation.

| Report Officer | Printed At | |
|---|---|---|
| C86673/CROCILLA,LEYLAND | 10/14/2020 11:30 | Page 3 of 3 |
| Supervisor Signature | | |



PO Box 35
Pueblo, CO 81002

866-390-7404 (Toll Free)
719-542-2564 (FAX)
www.verisma.com

**Date:**    7/12/2021

**Fax:**

**To:**    Yan Fu, Esq.
**THE FU FIRM PLLC**
43 WEST 43RD STREET
SUITE 205
NEW YORK, NY 10036
Phone: 212-584-0581

**Re:**    **Elbey, Prinyah**          **Records**
DOB: 04/18/1993         **From:**    **Bellevue**
VSI ID: 7167-64171                462 1st Ave
Case #:
New York, NY 10016

**Pages in this distribution (including this cover sheet): 32**

*Please call Customer Service at **866-390-7404** if you experience problems with the receipt of this information.*

**Requestor Satisfaction Survey**
Thank you for requesting medical records. To better serve you in the future, please take a brief survey of your experience at: https://www.surveymonkey.com/r/verismasurvey1

## STATEMENT OF CONFIDENTIALITY

The information contained is intended for the exclusive use of the addressee and contains confidential or privileged information. If you are not the intended recipient, you are hereby notified that any retention, dissemination, or use of this communication is strictly prohibited. If this information was sent in error, please notify us by phone at the number listed above.



# **IMPORTANT NOTICE**

Verisma Systems, Inc., works with the facility from which you have requested medical records in connection with the review and processing of such requests. Please read the important notice below, which refers to specific legal rules that may apply to the attached copies of records.

If the information now being disclosed to you came from records whose confidentiality is protected by specific federal or state laws and regulations independent of the Health Insurance Portability and Accountability Act ("HIPAA"), those specific laws and regulations may prohibit you from making any further disclosure of such information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is otherwise permitted by applicable laws or regulations.

These laws include the federal re-disclosure restrictions contained in Title 42, Part 2 of the Code of Federal Regulations, which relates to federally-assisted alcohol or drug abuse programs. A general authorization for the release of confidential information that is covered by Title 42, Part 2 is not sufficient for this purpose. The federal rules referred to in the preceding sentence restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient who has been in a program covered by the rules.

Applicable New York State laws include prohibitions on the disclosure of confidential HIV-related information. New York State law prohibits you from making any further disclosure of such information without the specific written consent of the person to whom it pertains or as otherwise permitted by law. Any unauthorized further disclosure in violation of New York State law may result in a fine or jail sentence or both. A general authorization for the release of confidential information is not, except as specifically authorized by law, sufficient authorization for further disclosure of HIV-related information. Disclosure of confidential HIV-related information that occurs as the result of a general authorization for the release of medical or other information will be in violation of state law and may result in a fine or a jail sentence or both.



Did you know you could get records quicker by electronic delivery?

## Go Green with Verisma!

Want records via email?
Want to save money on postage?
Need one central location for record delivery?

We have quick and easy solutions for you!

## Electronic Delivery Options

| | |
|---|---|
| **Email Download**<br><br>*Low Volume<br>Requesters/Patients* | Simply add an email address to your request letter and we will do the rest! An initial email from customerservice@verisma.com will be sent to confirm your email address. Once confirmed, another email will be sent as your records become available for download. Follow the link to securely open/download the records right to your computer. |
| **Verisma eTransfer**<br><br>*Bulk Requesters/Commercial<br>Health Plans* | Verisma can send requested records directly to a requestor's server via the eTransfer option. This option does require a conversation between Verisma IT and the Requestors IT. Please visit www.verisma.com and click Requestor Support Center. Then select the link to complete the Secure File Transfer form.  Once the form has been received, one of our qualified representatives will reach out directly to begin set up! |
| **Verisma Tracking App**<br><br>*High Volume<br>Requesters/Attorneys/Third<br>Party Vendors* | *For Payment Only*<br>The Verisma Tracking App can be used to track and pay all in one convenient location! Please visit https://track.verisma.com/ and provide the requested information. |

By going green with Verisma and signing up for one of our electronic delivery options, you would save an average of $5.00 in postage on every request.

Contact us today!
866.390.7404
customerservice@verisma.com

**Invoice**
Verisma Systems, Inc.
PO Box 35
Pueblo, CO 81002


NYC
**HEALTH+
HOSPITALS**

**THE FU FIRM PLLC**
Attn: Yan Fu, Esq.
43 WEST 43RD 5TREET
SUITE 205
NEW YORK, NY 10036

| | |
|---|---|
| **Date** | 7/8/2021 |
| **Invoice #** | 7167-64171 |
| **Due Date** | 7/23/2021 |
| **Facility** | Bellevue |

## Information from Bellevue

462 1st Ave , New York, NY 10016

| **Item** | **Qty** | **Description** | **Amount** |
|---|---|---|---|
| | 27 | Patient Name: Prinyah Elbey   Tx#64171 | |
| Paper/EMR copies | 27 | | 20.25 |

**You Owe:** 20.25

verisma©

*Payment Options*
**Pay by Credit Card Or Check**

To pay by credit card call:

1.866.390.7404

*Make checks payable to:*

Verisma Systems
P.O. Box 558
Pueblo, CO 81002

**Pay online and download records immediately!**
**Go to https://track.recordjacket.com/Infotrak/TrackARequest.aspx and enter access
code HB9qdNyP**

| **Phone#** | **E-mail** | **DUNS Number** |
|---|---|---|
| 866-390-7404 | customerservice@verisma.com | 830756610 |
| **Fax#** | **Federal Tax ID Number** | |
| 719-542-2564 | 03-0438772 | |



THE FU FIRM PLLC
43 West 43rd Street, Suite 205
New York, NY 10036
(212) 584-0581
www.thefufirm.com

June 23, 2021

NYC Health + Hospitals/Bellevue
ATTN: Health Information Management
462 First Avenue
New York, New York 10016

Dear Health Information Management:

I am an attorney and I write to request the medical records of my client, Prinyah El-Bey a/k/a Clermontine El-Bey, from January 8, 2020 until the present day. With regard to care that she received on or around January 8, 2020 and January 9, 2020, Ms. El-Bey was provided a medical record number of 4040258

Enclosed please find the signed original Request for Access to Health Information.

I request that the documents be sent via email/electronically (to the extent possible) to my attention at yfu@thefufirm.com.

Sincerely,

*Yan Fu*

Yan Fu, Esq.



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| **Prinyah El-Bey** | **4/18/1993** | **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** |

| Patient Address |
|---|
| **40 Ann St. #2BA, New York, NY 10038** |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
**NYC Health + Hospitals/Bellevue, 462 First Ave., New York, NY 10016**

8. Name and address of person(s) or category of person to whom this information will be sent:
**The Fu Firm, 43 West 43rd Street, Suite 205, New York, NY 10036 ATTN: YAN FU**

9(a). Specific information to be released:
☑ Medical Record from (insert date) **1/8/2020** to (insert date) **Present**
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

Include (*Indicate by Initialing*)
**Alcohol/Drug Treatment**
**Mental Health Information**
**HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☑ By initialing here _____ I authorize   **NYC Health + Hospitals**
    Initials                                   Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
**The Fu Firm**
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☑ At request of individual<br>☐ Other: | **Conclusion of Litigation of El-Bey v. MTA, 20CV524** |

| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |
|---|---|
| | |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: **7/7/21**

Signature of patient or representative authorized by law.

\*  Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

THE FU FIRM PLLC
43 West 43rd Street, Suite 205
New York, NY 10036
(212) 584-0581
www.thefufirm.com

June 23, 2021

NYC Health + Hospitals/Bellevue
ATTN: Health Information Management
462 First Avenue
New York, New York 10016

Dear Health Information Management:

I am an attorney and I write to request the medical records of my client, Prinyah El-Bey a/k/a Clermontine El-Bey, from January 8, 2020 until the present day. With regard to care that she received on or around January 8, 2020 and January 9, 2020, Ms. El-Bey was provided a medical record number of 4040258.

Enclosed please find the signed original Request for Access to Health Information.

I request that the documents be sent via email/electronically (to the extent possible) to my attention at yfu@thefufirm.com.

Sincerely,

Yan Fu, Esq.

| | |
|---|---|
| NYC **HEALTH+ HOSPITALS** <br><br> **Request for Access to Health Information** | **Patient Name:** _(handwritten)_ <br> **DOB:** 04/10/199_ <br> **Medical Record Number:** 4040258 <br> **Telephone Number** _(handwritten)_ -0318 |

**NYC Health + Hospitals will use this form to document your request for access to your health information.**

**Access Requested:** ☒ Copies   ☐ Onsite Inspection

**Format Requested:** ☐ Paper  ☐ CD  ☒ Email  ☐ Other: _____

**Method of Release:**
☐ Pickup/In Person   ☒ E-mail to: Yfu@thefufirm.com
☐ Mail to: _____

**INFORMATION BELOW IS REQUIRED FOR ALL REQUESTS**

**Information to be Accessed:** 1/8/2020 —
☒ Health Information (date(s)) 4/2020
☑ Laboratory Test Results (date(s)) 1/8/2020
☒ Billing Records (date(s)): 1/8/2020 —
☐ Other (please specify): _____

☑ Radiology Reports (date(s)) 1/8/2020 —
☒ Progress Notes (date(s)) 1/8/2020 —
☐ My complete medical record

*The following information will not be released unless you specifically select each applicable type below:*

☐ Substance Use Disorder Information      ☒ Mental Health Information
☐ Genetic Testing Information      ☐ HIV-Related Information

I understand that I have the right to access my health information in the form and format requested if readily producible in such form and format, and that if NYC Health + Hospitals cannot readily produce such health information in the form and format requested, I will be provided a readable hard copy form or such other form and format as mutually agreed upon.

I understand that if I request an electronic copy of my health information, it will be provided to me if readily producible in such form and format, or if not, in a readable electronic form and format as mutually agreed upon.

I understand that if I request on-site inspection of my health information that the respective Health Information Management Department is responsible for coordinating such inspection in a reasonable and timely fashion.

I understand that if I request copies of my health information, I may be charged a reasonable cost-based fee for such request and that any fee estimates will be provided to me prior to being charged.  I also understand that my inability to pay may not be used as the sole reason to deny a request to access my health information.

SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE: _____   DATE/TIME: _____

IF NOT PATIENT, PRINT NAME, ADDRESS AND PHONE NUMBER OF PERSONAL REPRESENTATIVE: _____

RELATIONSHIP/AUTHORITY TO ACT ON BEHALF OF PATIENT: _____

NAME OF EMPLOYEE PROCESSING REQUEST: _____

EMPLOYEE SIGNATURE: _____   DATE/TIME: _____

HHC Form 2413 (English) (R April 20)

NYC
**HEALTH+**
**HOSPITALS** | **Bellevue** | HHC HEALTH INFO MGMT
160 Water St
New York NY 10041 | Patient: Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306226
Admit: 1/9/2020, Discharge: 1/9/2020

### ED Triage note by Shawnmarie Jackson, NP at 01/09/20 0315

Author: Shawnmarie Jackson, NP
Filed: 01/09/20 0318
Status: Addendum

Service: Adult Psych
Date of Service: 01/09/20 0315
Editor: Shawnmarie Jackson, NP (Nurse Practitioner)

Author Type: Nurse Practitioner
Creation Time: 01/09/20 0315

Related Notes: Original Note by Shawnmarie Jackson, NP (Nurse Practitioner) filed at 01/09/20 0318

Pt is AOA x 3 follows commands answers questions appropriately breathing room air without distress yelling screaming threatening to kill and beat up NYPD and EMS Pt refused Vital Signs stating "Don't fucking touch me" Pt refused to give any medical information as well

"Electronically signed by Shawnmarie Jackson, NP at 01/09/20 0318"

### Patient Care Conference by Jessica Bonnie Poster, MD at 01/09/20 0332

Author: Jessica Bonnie Poster, MD
Filed: 01/09/20 0402
Status: Addendum

Service: Psychiatric Emergency Dept
Date of Service: 01/09/20 0332
Editor: Jessica Bonnie Poster, MD (Physician)

Author Type: Physician
Creation Time: 01/09/20 0332

Related Notes: Original Note by Jessica Bonnie Poster, MD (Physician) filed at 01/09/20 0335

Attempted to call AES but could not reach attending. *Alternate MRN 1704574* Patient arrived here by EMS because she refused to leave Penn Station. Here she has no psychiatric complaints. She is complaining of wrist pain and numbness in her hand after being handcuffed. She is also complaining that she was kicked in the side by PD. She has a PMH of WPW s/p unsuccessful ablations, asthma, paraplegic since age 15 and wheelchair bound, All of her complaints are medical and she will be sent to AES for further workup. Psych note to follow. She is discharged from CPEP and does not need to return.

"Electronically signed by Jessica Bonnie Poster, MD at 01/09/20 0402"

### ED Notes by Audia Williams, RN at 01/09/20 0335

Author: Audia Williams, RN
Filed: 01/09/20 0339
Status: Signed

Service: Psychiatric Emergency Dept
Date of Service: 01/09/20 0335
Editor: Audia Williams, RN (Registered Nurse)

Author Type: Registered Nurse
Creation Time: 01/09/20 0335

Patient refused to leave penn station, states she was visiting a friend in penn station. Patient Denies SI/HI//AVH/ PMH/PPH

"Electronically signed by Audia Williams, RN at 01/09/20 0339"

### ED Dispo Note by Jessica Bonnie Poster, MD at 01/09/20 0344

Author: Jessica Bonnie Poster, MD
Filed: 01/09/20 0347
Status: Signed

Service: Psychiatric Emergency Dept
Date of Service: 01/09/20 0344
Editor: Jessica Bonnie Poster, MD (Physician)

Author Type: Physician
Creation Time: 01/09/20 0344

Note Initiated: 01/09/2020 at 3:44 AM

### ED Disposition Note:

Diagnosis
The encounter diagnosis was Adjustment disorder with disturbance of conduct.

Disposition

| NYC **HEALTH+ HOSPITALS** $Bellevue$ | HHC HEALTH INFO MGMT<br>160 Water St<br>New York NY 10041 | Patient:Elbey, Prinyah Godiah<br>MRN: 3726120, DOB: 4/18/1993, Sex: F<br>Acct #: 201306226<br>Admit: 1/9/2020, Discharge: 1/9/2020 |

**ED Dispo Note by Jessica Bonnie Poster, MD at 01/09/20 0344 (continued)**

### ED Disposition

| ED Disposition | Comment |
| --- | --- |
| **Send to Adult ED** | El-Bey Clermontine discharge to home/self care. Sent to AES |

Condition at discharge: Stable

Patient seen in CPEP for evaluation and is psychiatrically stable for discharge.

### ASSESSMENT
Formulation: See PES note

Discharge Diagnosis:
**1.   Adjustment disorder with disturbance of conduct**

Safety Risk Assessment: See SAFE-T and PES note

Discharge Medical Evaluation: I have reviewed the patient's physical and psychiatric needs before discharge, including laboratory and imaging studies obtained during this visit. Patient was in no acute medical distress at the time of my evaluation. Review of systems was completed, with no significant findings. No labs were collected during this visit. Patient is complaining of wrist pain and numbness after being hancuffed and will be sent to AES for workup.

### DISCHARGE PLAN
1. Psychiatric
Medications: See Discharge Med Rec
Follow-up: See AVS
Safety plan completed? No, not indicated as patient not identified as high or moderate risk for suicide
Patient is psychiatrically stable for discharge. Please see PES note and AVS for details of discharge plan.
Discharge plan reviewed with patient, including to call 911 or return to nearest ED or CPEP in case of worsening symptoms.

2. Medical
Medications: See Discharge Med Rec
Follow-up: See AVS
Patient is medically stable for discharge. Please see AVS and Discharge Medical Evaluation above for details.

### Patient/Collateral Involvement
Patient is in agreement with discharge plan: Yes
Collateral was involved in discharge planning: No

"Electronically signed by Jessica Bonnie Poster, MD at 01/09/20 0347"

**PES Physician Note by Jessica Bonnie Poster, MD at 01/09/20 0351**

| Author: Jessica Bonnie Poster, MD | Service: Psychiatric Emergency Dept | Author Type: Physician |
| --- | --- | --- |
| Filed: 01/09/20 0420 | Date of Service: 01/09/20 0351 | Creation Time: 01/09/20 0351 |
| Status: Signed | Editor: Jessica Bonnie Poster, MD (Physician) | |

### PSYCHIATRIC EMERGENCY SERVICES ASSESSMENT

NYC
**HEALTH+**
**HOSPITALS** | **Bellevue** HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306226
Admit: 1/9/2020, Discharge: 1/9/2020

**PES Physician Note by Jessica Bonnie Poster, MD at 01/09/20 0351 (continued)**

**Encounter Time:** Face-to-face evaluation with patient conducted at (date, time): 1/9/2020 330 am

**Encounter Location:** Bellevue Hospital Center - CPEP

Information/Referral Source
- Source of Referral: EMS/NYPD
- History obtained from: chart review and the patient
- Records from Previous Admissions/Provider(s) Reviewed? Yes, the following records were reviewed: Epic, Quadramed
- Barriers to Assessment: None

Language & Interpretation Needs/Services
- Preferred Language: English
- Patient is not hard of hearing, deaf, or mute
- Patient preferred to speak English for this assessment.
- Interpretation used: None required; clinician is authorized to speak in the patient's preferred language

## CHIEF COMPLAINT / REFERRAL REASON:
**Chief Complaint**
Patient presents with
• EDP
> *Pt was BIBA aided by NYPD from Pen Station where she was agitated fighting and combative*

## HISTORY OF PRESENT ILLNESS
El-Bey Clermontine is a 26 y.o. female with alternate **MRN 1704574 name Prinyah Godiah Elbey,** with history of borderline personality disorder, malingering, somatization disorder, with prior hosptializations most recent was at NCB in August after she made a suicidal gesture in order to not return to her nursing home, PMH of HTN, pseudozeisures, DVT, mild anemia, asthma, paraplegia (wheelchair bound since age 15), vertigo, constipation, gastritis, syncope, Wolf Parkinson White Syndrome who was BIB EMS/NYPD handcuffed when she refused to leave Penn Station. Notably police and EMS reported that she was aggressive with them and that they did not believe that she was paralyzed and that she is lying. Patient has well documented chart history of paralysis.

On arrival patient was very upset that she was handcuffed and was very focused on the pain in her hands. The cuffs were removed and she was calm once PD left. She was angry that they brought her to the hospital but while in CPEP was not verbally or physically aggressive with them. She stated that she was in Penn Station tonight meeting a friend who works there and one of the police vehicles asked her to leave. She stated that she did not understand why she had to leave since she was doing nothing and Penn Station is open all night. She stated that police then cuffed her and dragged her to the ground and kicked her in the side. She is upset about this interaction. She denied any mood symptoms, denied psychotic sx. She stated that she does not take or need any psych meds. She denies SI and HI. Denies AVH. She denied any substance use.

## Past Psychiatric History
- Prior diagnoses: borderline personality disorder, somatization disorder, malingering, pseudoseizures
- Hospitalizations: Many beginning at a younge age, last was after a suicidal gesture while in the hospital
- Outpatient treatment: Denies

NYC
**HEALTH+**
**HOSPITALS**  **Bellevue**  HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient: Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306226
Admit: 1/9/2020, Discharge: 1/9/2020

**PES Physician Note by Jessica Bonnie Poster, MD at 01/09/20 0351 (continued)**

- Medication trials: Zyprexa
- Suicide attempts/Self-harm: Many gestures but unclear if any actual attemtps. patient denies today
- Violence: Denies
- Trauma/Abuse: Did not assess today but per chart patietn with trauma history

## HIGH-RISK PSYCHIATRIC HISTORY
High risk psychiatric history reviewed and updated in field above

### Substance Abuse History
- Nicotine: Denies
- Alcohol: Denies
- Illicit drugs: Denies
- Prescription drugs: Denies
- Prior treatment: Denies

### Past Medical/Surgical History
has no past medical history on file.
has no past surgical history on file.

**Medications**: No current facility-administered medications for this encounter.
No current outpatient medications on file.


Allergies not on file

### Family History (mental illness, substance use, suicide, other): Not assessed

### Social History

Socioeconomic History
- Marital status:                    Unknown
        Spouse name:            Not on file
- Number of children:          Not on file
- Years of education:          Not on file
- Highest education level:    Not on file
Occupational History
- Not on file
Social Needs
- Financial resource strain:    Not on file
- Food insecurity:
        Worry:                        Not on file
        Inability:                     Not on file
- Transportation needs:
        Medical:                      Not on file
        Non-medical:               Not on file
Tobacco Use
- Smoking status:                Not on file
Substance and Sexual Activity
- Alcohol use:                      Not on file
- Drug use:                          Not on file
- Sexual activity:                  Not on file
Lifestyle

HHC HEALTH INFO MGMT
**Bellevue** 160 Water St
New York NY 10041

NYC
**HEALTH+**
**HOSPITALS**

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306226
Admit: 1/9/2020, Discharge: 1/9/2020

PES Physician Note by Jessica Bonnie Poster, MD at 01/09/20 0351 (continued)

- Physical activity:
  - Days per week:           Not on file
  - Minutes per session:     Not on file
- Stress:                    Not on file

Relationships
- Social connections:
  - Talks on phone:          Not on file
  - Gets together:           Not on file
  - Attends religious service:  Not on file
  - Active member of club or   Not on file
    organization:
  - Attends meetings of clubs  Not on file
    or organizations:
  - Relationship status:     Not on file
- Intimate partner violence:
  - Fear of current or ex    Not on file
    partner:
  - Emotionally abused:      Not on file
  - Physically abused:       Not on file
  - Forced sexual activity:  Not on file

Other Topics                 Concern
- Not on file

Social History Narrative
- Not on file

**Was PSYCKES reviewed**? No: patient declined

**MENTAL STATUS EXAM**
Malodorous female dressed in many layers, laying on stretcher. She is calm once PD leave, she is cooperative and well related. No abnormal movements. Her speech is normal rate, volume and tone. Her TP is linear and logical. No SI or HI. Future oriented. No AVH. Not IP. No e/o delusions or paranoia. Her mood is "in pain" and her affect is labile. Her insight and jdugment are fair and IC is intact.

SAFE-T Risk Level: Low Suicide Risk

**FORMULATION**
El-Bey Clermontine is a 26 y.o. female with BPD who was brought in by EMS/NYPD after she refused to leave Penn Station (though unclear why she needed to leave she was not sleeping there and they accused her of feigning her paraplegia) and was brought here for a psych eval after she was aggressive with PD. Patient has no psychiatric complaints, denies SI and HI. She is asking to leave, does not wish for any psych resources and wants to have her wrist evaluated. Her presentation is most consistent with an adjustment disorder on this presentation.

**Risk Assessment:**
Patient is not at acutely elevated risk for harm to self. She denies SI and is future oriented. She is not acutely manic, depressed, psychotic, intoxicated or withdrawing. Chronic risk factors include but are not limited to her homelessness, multiple medical issues, history of trauma/abuse, cluster B personatliy pathology with prior

NYC
**HEALTH+**
**HOSPITALS** | $Bellevue$ | HHC HEALTH INFO MGMT
160 Water St
New York NY 10041 | Patient: Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306226
Admit: 1/9/2020, Discharge: 1/9/2020

**PES Physician Note by Jessica Bonnie Poster, MD at 01/09/20 0351 (continued)**

suicidal gestures and acting out when her needs are not met.
Patient is not at acute risk for violence. She denies HI. She has been calm and in good behavioral control while
here. She is not acutely psychotic, no CAH. She is not paranoid. She is not intoxicated or withdrawing. Chronic
risk factors include but are not limited to prior hosptializations, cluster B personality traits.

**Working Diagnosis:** adjustment disorder with disturbance of conduct

## PLAN
-Discharge to AES for medical work up
-Patient was instructed to call 1-888-NYC-WELL, call 911, or return to CPEP if she develops suicidal or
homicidal ideation, or any other new or worsening symptoms
-patient declined other MH or housing resources

"Electronically signed by Jessica Bonnie Poster, MD at 01/09/20 0420"

### ED Triage note by Shawnmarie Jackson, NP at 01/09/20 0354

| | | |
|---|---|---|
| Author: Shawnmarie Jackson, NP | Service: Adult Psych | Author Type: Nurse Practitioner |
| Filed: 01/09/20 0355 | Date of Service: 01/09/20 0354 | Creation Time: 01/09/20 0354 |
| Status: Signed | Editor: Shawnmarie Jackson, NP (Nurse Practitioner) | |

Pt is AAO x 3 follows commands answers questions appropriately breathing room air without distress
respirations regular and unlabored MOE x 4 irritable refusing to answer questions other than to state she is
in pain and yelling at this examiner

"Electronically signed by Shawnmarie Jackson, NP at 01/09/20 0355"

### ED Progress Note by William Plowe, MD at 01/09/20 0637

| | | |
|---|---|---|
| Author: William Plowe, MD | Service: Emergency Dept | Author Type: Resident |
| Filed: 01/09/20 0739 | Date of Service: 01/09/20 0637 | Creation Time: 01/09/20 0637 |
| Status: Signed | Editor: William Plowe, MD (Resident) | |
| Cosigner: Allon Mordel, MD at 01/09/20 0851 | | |

ED Progress Note:
XR wnl. Pt re-examined after tylenol, pain improved. Remains w/ paresthesias b/l hands worst in radial
nerve distribution. Weakness improving, fires all fibers but remains w/ marked weakness globally in hands.
Overall c/w handcuff neuropathy. Dispo complicated by fact that pt is wheelchair bound for paraplegia and
needs her hands for mobility. Will continue to observe for improvement.

"Electronically signed by Allon Mordel, MD at 01/09/20 0851"

### ED Notes by Marina Dela Rosa Gabaya, RN at 01/09/20 0720

| | | |
|---|---|---|
| Author: Marina Dela Rosa Gabaya, RN | Service: Emergency Dept | Author Type: Registered Nurse |
| Filed: 01/09/20 1156 | Date of Service: 01/09/20 0720 | Creation Time: 01/09/20 1156 |
| Status: Signed | Editor: Marina Dela Rosa Gabaya, RN (Registered Nurse) | |

Received pt. Asleep but arousable, no acute distress noted, awaits dispo.

"Electronically signed by Marina Dela Rosa Gabaya, RN at 01/09/20 1156"

NYC
**HEALTH+**
**HOSPITALS** | $\text{Bellevue}$ | HHC HEALTH INFO MGMT
160 Water St
New York NY 10041 | Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

### ED Supervisory Note by Aiden Rose Shapiro, MD at 01/09/20 0844

Author: Aiden Rose Shapiro, MD | Service: Emergency Dept | Author Type: Resident
Filed: 01/09/20 0847 | Date of Service: 01/09/20 0844 | Creation Time: 01/09/20 0844
Status: Signed | Editor: Aiden Rose Shapiro, MD (Resident) |
Cosigner: Allon Mordel, MD at 01/09/20 0854

26yo F pmh asthma, wpw, paraplegia from sailing accident, now here w wrist pain/numbness. Pt was an EDP BIBNYPD after being dragged from her wheelchair by police, thrown against wall, pinned on top of her arms in cuffs for over an hour. Subsequently she had severe pain in her hands/wrists, numbness/tingling, and weakness in blt hands. On exam pt very tender throughout hands. Diminished sensation in radial/medial distribution, better in ulnar. Minimal grip strength, although limited 2/2 pain. Will get xrs, pain control. Concern is for most likely neuropraxia, but given that pt ambulates via wheelchair, will be difficult to discharge without full function of her hands.

"Electronically signed by Allon Mordel, MD at 01/09/20 0854"

### ED Dispo Note by Kyle Pasternac, MD at 01/09/20 1003

Author: Kyle Pasternac, MD | Service: Emergency Dept | Author Type: Resident
Filed: 01/09/20 1003 | Date of Service: 01/09/20 1003 | Creation Time: 01/09/20 1003
Status: Signed | Editor: Kyle Pasternac, MD (Resident) |
Cosigner: Jessica Harris Leifer, MD at 01/09/20 1035

Note Initiated: 01/09/2020 at 10:03 AM

## ED Disposition Note:

Diagnosis
The encounter diagnosis was Pain in both wrists.

Disposition

### ED Disposition

ED Disposition | Comment
**Discharge**

El-Bey Clermontine discharge to home/self care.

Condition at discharge: Good

Follow-Up With
No follow-up provider specified.
Home Medications No Changes
There are no discharge medications for this patient.

Home Medication Changes
**Modified Medications**
No medications on file

**Discontinued Medications**
No medications on file

NYC
**HEALTH+**
**HOSPITALS** | **Bellevue** HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient: Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

---

**ED Dispo Note by Kyle Pasternac, MD at 01/09/20 1003 (continued)**

Prescriptions Given This Visit
There are no discharge medications for this patient.

Consults
None
Final Assessment and Plan
NV intact b/l, still with pain but neuropraxia resolved.

"Electronically signed by Jessica Harris Leifer, MD at 01/09/20 1035"

---

**ED Notes by Marina Dela Rosa Gabaya, RN at 01/09/20 1156**

| Author: Marina Dela Rosa Gabaya, RN | Service: Emergency Dept | Author Type: Registered Nurse |
|---|---|---|
| Filed: 01/09/20 1157 | Date of Service: 01/09/20 1156 | Creation Time: 01/09/20 1157 |
| Status: Signed | Editor: Marina Dela Rosa Gabaya, RN (Registered Nurse) | |

Pt. Transferred to D/C center, awake and responsive.

"Electronically signed by Marina Dela Rosa Gabaya, RN at 01/09/20 1157"

---

**Progress Notes by Amy Acosta, LMSW at 01/09/20 1232**

| Author: Amy Acosta, LMSW | Service: — | Author Type: Social Worker |
|---|---|---|
| Filed: 01/09/20 1303 | Date of Service: 01/09/20 1232 | Creation Time: 01/09/20 1232 |
| Status: Signed | Editor: Amy Acosta, LMSW (Social Worker) | |

VICTIM SERVICES PROGRAM

Victim Services Program (VSP) Social Worker (SW) was referred cas3e by ED SW Laura Ramkisson, LMSW x4730. Patient is a 26-year-old woman who was BIBEMS to Bellevue Hospital s/p assault. Patient was reportedly assaulted by NYPD and MTA officers at Penn Station. VSP SW met with patient in the Discharge Center. VSP SW identified patient via name and wristband. Patient felt comfortable disclosing her story to this VSP SW. VSP SW provided patient with emotional support as needed throughout this conversation. VSP SW shared with patient services available via the VSP, such as advocacy with law enforcement, trauma therapy services and medical bill compensation via the NYS Office of Victim Services. VSP SW provided patient with information on how to report her assault to the Civilian Complaint Review Board (CCRB). Patient expressed that she felt unsafe returning to her home (she currently lives with her grandmother) as she believes these officers will attempt to find her in her home. VSP SW provided patient with information on going into a shelter. Patient expressed an interest in a DV shelter with Safe Horizon and this VSP SW explained the difficulty to obtain a shelter under non-DV circumstances. Patient was adamant about calling SH and this VSP SW supported her decision and provided her with their contact information. VSP SW allowed patient time to contact SH and followed-up again with patient in the DC. Patient wass on-hold to speak with her insurance company. Patient contacted SH, though was told by them to contact another "national organization", per patient. VSP SW also provided patient with information to Barrier Free Living and shelters for single women in NYC (Help Women's Shelter and Franklin Street Shelter).

VSP SW will remain available to the patient as needed.

Amy Acosta, LMSW x4739

"Electronically signed by Amy Acosta, LMSW at 01/09/20 1303"

---

| NYC HEALTH+ HOSPITALS | **Bellevue** | HHC HEALTH INFO MGMT 160 Water St New York NY 10041 | Patient:Elbey, Prinyah Godiah MRN: 3726120, DOB: 4/18/1993, Sex: F Acct #: 201306244 Admit: 1/9/2020, Discharge: 1/9/2020 |
|---|---|---|---|

**ED Notes by Dawa Lhamo Dadak, RN at 01/09/20 1530**

| Author: Dawa Lhamo Dadak, RN | Service: Emergency Dept | Author Type: Registered Nurse |
|---|---|---|
| Filed: 01/09/20 1709 | Date of Service: 01/09/20 1530 | Creation Time: 01/09/20 1709 |
| Status: Signed | Editor: Dawa Lhamo Dadak, RN (Registered Nurse) | |

Patient called her own insurance for transportion, cab service.

"Electronically signed by Dawa Lhamo Dadak, RN at 01/09/20 1709"

**ED Notes by Dawa Lhamo Dadak, RN at 01/09/20 1615**

| Author: Dawa Lhamo Dadak, RN | Service: Emergency Dept | Author Type: Registered Nurse |
|---|---|---|
| Filed: 01/09/20 1711 | Date of Service: 01/09/20 1615 | Creation Time: 01/09/20 1711 |
| Status: Signed | Editor: Dawa Lhamo Dadak, RN (Registered Nurse) | |

PCT  Wheeled her to main entrance for her cab ride to her PCP as per patient . Patient refused  Discharge instructions and sign discharge papers.

"Electronically signed by Dawa Lhamo Dadak, RN at 01/09/20 1711"

## Patient Information

Patient Name: **Elbey, Prinyah Godiah**
Date of Birth: **04/18/1993**

MRN: 3726120
Sex: **Female**

## Medication

acetaminophen (TYLENOL) tablet 650 mg

**Order Information**

| Date | Department |
|---|---|
| 1/9/2020 | Bellevue ED ADULT |

**Order Providers**

| Authorizing William Plowe | Billing William Plowe |
|---|---|

**Hospital Medication Detail**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| acetaminophen (TYLENOL) tablet 650 mg Route: Oral | 650 mg | Once | 1/9/2020 | 1/9/2020 |

### END OF REPORT

## Patient Information

Patient Name: **Elbey, Prinyah Godiah**
Date of Birth: **04/18/1993**

MRN: 3726120
Sex: **Female**

## Medication

ibuprofen (ADVIL, MOTRIN) tablet 800 mg

**Order Information**

| Date | Department |
|---|---|
| 1/9/2020 | Bellevue ED ADULT |

**Order Providers**

NYC
**HEALTH+**
**HOSPITALS** | **Bellevue** 160 Water St New York NY 10041 | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

**Order Providers (continued)**

| Authorizing | Billing |
|---|---|
| Aiden Rose Shapiro | Aiden Rose Shapiro |

**Hospital Medication Detail**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **ibuprofen (ADVIL, MOTRIN) tablet 800 mg**<br>Route: Oral | 800 mg | Once | 1/9/2020 | 1/9/2020 |

**END OF REPORT**

**Patient Information**

Patient Name: **Elbey,
Prinyah Godiah**
Date of Birth: **04/18/1993**

MRN: **3726120**
Sex: **Female**

**Medication**

ketorolac (TORADOL) injection 15 mg

**Order Information**

| Date | Department |
|---|---|
| 1/9/2020 | Bellevue ED ADULT |

**Order Providers**

| Authorizing | Billing |
|---|---|
| Kyle Pasternac | Kyle Pasternac |

**Hospital Medication Detail**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **ketorolac (TORADOL) injection 15 mg**<br>Route: Intramuscular | 15 mg | Once | 1/9/2020 | 1/9/2020 |

**END OF REPORT**

**Patient Information**

Patient Name: **Elbey,
Prinyah Godiah**
Date of Birth: **04/18/1993**

MRN: **3726120**
Sex: **Female**

**Medication**

HYDROcodone-acetaminophen (NORCO)
5-325 mg per tablet

**Order Information**

| Date | Department |
|---|---|
| 1/9/2020 | Bellevue ED ADULT |

**Order Providers**

| Authorizing | Billing |
|---|---|
| Kyle Pasternac | Kyle Pasternac |

**Hospital Medication Detail**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg<br>per tablet**<br>Admin Instructions: ** HIGH ALERT ** | 1 tablet | Once | 1/9/2020 | 1/9/2020 |

NYC
**HEALTH+**
**HOSPITALS** | **Bellevue** | HHC HEALTH INFO MGMT
160 Water St
New York NY 10041 | Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

**Hospital Medication Detail (continued)**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Route: Oral | | | | |

## END OF REPORT

### Patient Information

Patient Name: **Elbey,
Prinyah Godiah**
Date of Birth: **04/18/1993**

MRN: **3726120**
Sex: **Female**

### Medication

ibuprofen (ADVIL, MOTRIN) 400 MG tablet

#### Order Information

| Date | Department |
|---|---|
| 1/9/2020 | Bellevue ED ADULT |

#### Order Providers

Authorizing
Kyle Pasternac

#### Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| ibuprofen (ADVIL, MOTRIN) 400 MG tablet | 30 tablet | 0 | 1/9/2020 | 1/16/2020 |

Sig - Route: Take 1 tablet (400 mg total) by mouth every 6 (six) hours as needed for pain for up to 7 days.
Take with food. - Oral
Sent to pharmacy as: ibuprofen (ADVIL, MOTRIN) 400 MG tablet
E-Prescribing Status: **Receipt confirmed by pharmacy** (1/9/2020 10:07 AM EST)

## END OF REPORT

### Order

DX Wrist Comp Left [IMG102] (Order
134479545)

#### DX Wrist Comp Left [134479543]

Electronically signed by: **William Plowe, MD on 01/09/20 0451**
Ordering user: William Plowe, MD 01/09/20 0451
Authorized by: William Plowe, MD
Frequency: Once 01/09/20 0451 - 1 occurrence

Status: **Completed**

Ordering provider: William Plowe, MD

Questionnaire

| Question | Answer |
|---|---|
| Reason for Exam | Point tenderness |
| Is the patient pregnant? | No |
| Would you like this exam to be performed portably? | No |

### Result

DX Wrist Comp Left (Order 134479545)

#### RESULTS

Resulted: 01/09/20 0557, Result status: Final
result

DX Wrist Comp Left [134479545]

| Ordering provider: William Plowe, MD 01/09/20 0451 | Resulted by:
Jessica Hu, MD
Phillip Guichet, MD |
|---|---|

| | | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|---|

**NYC**
**HEALTH+**
**HOSPITALS** | **Bellevue** 160 Water St New York NY 10041

HHC HEALTH INFO MGMT
Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

---

**RESULTS (continued)**

Performed: 01/09/20 0530 - 01/09/20 0550
Resulting lab: EMC RAD
Narrative:
History: Bilateral wrist pain after handcuffs

Accession number: BEDX2606195
Result details

Technique: DX WRIST COMP RIGHT, DX WRIST COMP LEFT

Comparison: None available.

Impression:
Findings/Impression:

No acute fracture or dislocation. Alignment at both wrists is anatomic, joint spaces are preserved, and articular surfaces are unremarkable. No soft tissue abnormality.

Final report dictated by Phillip Guichet and signed by Jessica Hu, MD,  1/9/2020 5:57 AM

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - EMCRad** | EMC RAD | Model Lab Director | 5301 Tokay Blvd. Madison WI 53711 | 01/24/07 1752 - Present |

---

**Order**

**DX Wrist Comp Right [IMG103] (Order 134479546)**

---

**DX Wrist Comp Right [134479544]**

Electronically signed by: **William Plowe, MD on 01/09/20 0451**          Status: **Completed**
Ordering user: William Plowe, MD 01/09/20 0451          Ordering provider: William Plowe, MD
Authorized by: William Plowe, MD
Frequency: Once 01/09/20 0451 - 1  occurrence

Questionnaire

| Question | Answer |
|---|---|
| Reason for Exam | Point tenderness |
| Is the patient pregnant? | No |
| Would you like this exam to be performed portably? | No |

---

**Result**

**DX Wrist Comp Right (Order 134479546)**

---

**RESULTS**

| | Resulted: 01/09/20 0557, Result status: Final |
|---|---|
| DX Wrist Comp Right [134479546] | result |

Ordering provider: William Plowe, MD 01/09/20 0451

Resulted by:
Jessica Hu, MD
Phillip Guichet, MD

Performed: 01/09/20 0530 - 01/09/20 0550
Resulting lab: EMC RAD
Narrative:
History: Bilateral wrist pain after handcuffs

Accession number: BEDX2606193
Result details

Technique: DX WRIST COMP RIGHT, DX WRIST COMP LEFT

Comparison: None available.

NYC
**HEALTH+**
**HOSPITALS** | **Bellevue**

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient: Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

## RESULTS (continued)

Impression:
Findings/Impression:

No acute fracture or dislocation. Alignment at both wrists is anatomic, joint spaces are preserved, and articular surfaces are unremarkable. No soft tissue abnormality.

Final report dictated by Phillip Guichet and signed by Jessica Hu, MD, 1/9/2020 5:57 AM

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - EMCRad** | EMC RAD | Model Lab<br>Director | 5301 Tokay Blvd.<br>Madison WI 53711 | 01/24/07 1752 - Present |

## Order

**ECG 12 Lead [ECG1] (Order 134479548)**

### ECG 12 Lead [134479547]

Electronically signed by: **William Plowe, MD on 01/09/20 0532**                    Status: **Completed**
Ordering user: William Plowe, MD 01/09/20 0532          Ordering provider: William Plowe, MD
Authorized by: William Plowe, MD
Frequency: Once 01/09/20 0533 - 1 occurrence

#### Questionnaire

| Question | Answer |
|---|---|
| Reason for exam? | Tachycardia |

## Result

**ECG 12 Lead (Order 134479548)**

### RESULTS

Resulted: 01/13/20 1244, Result status: Final
result

#### ECG 12 Lead [134479548]

Ordering provider: William Plowe, MD 01/09/20 0532          Resulted by: Pedro de Armas, MD
Resulting lab: EMC RAD                              Result details
Narrative:
Normal sinus rhythm
Normal ECG
No previous ECGs available

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| — | — | — | 01/09/20 1059 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Heart Rate | 77 | BPM | — | EMCRad |
| PR Interval | 180 | ms | — | EMCRad |
| QRSD Interval | 64 | ms | — | EMCRad |
| QT Interval | 394 | ms | — | EMCRad |
| QTcB Interval | 445 | ms | — | EMCRad |
| P-Axis Horizontal | 68 | degrees | — | EMCRad |
| QRS Axis | 47 | degrees | — | EMCRad |
| T Wave Axis | 59 | degrees | — | EMCRad |

NYC
**HEALTH+
HOSPITALS** | Bellevue | HHC HEALTH INFO MGMT
160 Water St
New York NY 10041 | Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

**RESULTS (continued)**

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - EMCRad** | EMC RAD | Model Lab<br>Director | 5301 Tokay Blvd.<br>Madison WI 53711 | 01/24/07 1752 - Present |

**Order**                    **Ambulatory Referral to Med Primary Care
(MPC) [REF40] (Order 134479553)**

**Ambulatory Referral to Med Primary Care (MPC) [134479553]**

Electronically signed by: **Kyle Pasternac, MD on 01/09/20 1005**                    Status: **Active**
Ordering user: Kyle Pasternac, MD 01/09/20 1005          Ordering provider: Kyle Pasternac, MD
Authorized by: Kyle Pasternac, MD
Frequency: 01/09/20 -
Order comments: Reason for Referral: primary care

**Result**                    **Ambulatory Referral to Med Primary Care
(MPC) (Order 134479553)**

**RESULTS**

Ambulatory Referral to Med Primary Care (MPC) [134479553]                    Result status: No result
Ordering provider: Kyle Pasternac, MD 01/09/20 1005          Result details

Scan on 1/9/2020 0345 by Sophia Ianthea Porter: PSYCH OPT OUT (below)

**NYC HEALTH+ HOSPITALS**

**Bellevue**

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient: Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

ADULT AND C&A PSYCHIATRY HOSPITAL DIRECTORY
CHOICE AND VISITOR RESTRICTION FORM

FAX OR DELIVER TO: Admitting (Fax #4672, Ext. 4353, RM GD 59)

CLERMONTINE, EL-BEY
CSN: 33246869
DOB: 4/18/1993 (26 yrs) F
MRN: 4040258
Adm Date: 1/9/2020



1. ✓ _____ CHOOSE <u>NOT</u> TO BE LISTED IN HOSPITAL DIRECTORY: No information will be
given to any caller, and no visitors will be allowed (BHC DEFAULT FOR PSYCHIATRY).

 1A. _____ OPTION TO ALLOW VISITORS: If patient/legal guardian chooses to Opt
Out, only these individuals <u>MAY</u> visit and receive directory information.

_____     _____
_____     _____
_____     _____

2. _____ CHOOSE TO BE LISTED IN HOSPITAL DIRECTORY: Information will be given to
any caller who inquires, and there will be no restrictions on visitation
NOT AN OPTION FOR C&A PSYCHIATRY.

 2A. _____ OPTION TO RESTRICT VISITORS: ADULT: If patient chooses to be listed,
these individuals <u>MAY NOT</u> visit and no information will be given to them.
C&A PSYCHIATRY: List additional specific visiting restrictions below.

_____     _____
_____     _____
_____     _____

<u>SIGNATURES</u>

| | | |
|---|---|---|
| Staff Signature | CA<br>Title | 1 9 2020<br>Date |
| Pt unable<br>Patient/Legal Guardian Signature | | 1 9 2020<br>Date |

Patient/Legal Guardian Unable _____ Refused _____ to complete information. Opt out until completed.

<u>CLINICAL/ADMINISTRATIVE RESTRICTIONS</u>

3. _____ RESTRICTION ON ALL VISITORS: At request of the clinical or administrative team,
visitation is restricted. _____     _____
 RESTRICTION AUTHORIZED BY          TITLE

No Visitors From _____ to _____     or     NO VISITORS UNTIL
 Date          Date          FURTHER NOTICE

 3A. _____ RESTRICTION LIFTED     _____
 Date

4. _____ EXCEPTIONS: Visitors allowed at other than regular visiting hours.

Name _____ From _____ To _____
 Time          Time

_____     _____
EXCEPTION AUTHORIZED BY          TITLE

DRAFT: Revision Date 03.22.10

Scan on 1/9/2020 0345 by Sophia Ianthea Porter: PSYCKES UNABLE (below)

NYC
**HEALTH+**
**HOSPITALS** | **Bellevue** | HHC HEALTH INFO MGMT
160 Water St
New York NY 10041 | Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

**Details about patient information in PSYCKES and the consent process:**

**1. How Your Information Can be Used.** Your electronic health information can only be used by your treatment provider to:

- Provide you with medical treatment and related services
- Evaluate and improve the quality of medical care provided to all patients
- Notify your treatment providers if you have an emergency (e.g., go to an emergency room)

**2. What Types of Information About You Are Included?**

If you give consent NYC-HHC BELLEVUE HOSPITAL CENTER can access ALL of your electronic health information available through PSYCKES. This includes information created before and after the date of this Consent Form. The information in PSYCKES may includes information from your health records, such as a history of illnesses or injuries you have had (like diabetes or a broken bone), test results (like X-rays, blood tests, or screenings), assessment results, and lists of medicines you have taken. Care plans, safety plans, and psychiatric advanced directives you and your treatment provider may have developed may also be included. This information may relate to sensitive health conditions, including but not limited to:

- Mental health conditions
- Alcohol or drug use problems
- Birth control and abortion (family planning)
- Genetic (inherited) diseases or tests
- HIV/AIDS
- Sexually transmitted diseases

**3. Where Health Information About You in PSYCKES Comes From.**

If you received health related services that were paid for by Medicaid, information about those services will be in PSYCKES. If you received services from a State operated psychiatric center, health related information taken from your clinical records will also be in PSYCKES. However, although the information contained in PSYCKES may come from your clinical record, your PSYCKES record is not the same thing as your complete clinical record. PSYCKES information can also be entered by you or your treatment provider. Health information from other databases maintained by NYS is also included in PSYCKES. New health databases may be added to PSYCKES as available. For an updated list and more information about the data available in PSYCKES, visit the PSYCKES website at at www.psyckes.org and see "About PSYCKES" or ask your treatment provider to print the list for you.

**4. Who May Access Information About You, If You Give Consent.**

Only these people may access information about you: NYC-HHC BELLEVUE HOSPITAL CENTER's doctors and other providers who are involved in your care; health care providers who are covering or on call for NYC-HHC BELLEVUE HOSPITAL CENTER's ; and staff members who carry out activities permitted by this Consent Form as described above in paragraph one.

**5. Penalties for Improper Access to or Use of Your Information.**

There are penalties for inappropriate access to or use of your electronic health information. If at any time you suspect that someone who should not have seen or gotten access to information about you has done so, call _____ at _____ ext._____; or call the NYS Office of Mental Health Customer Relations at 800-597-8481.

**6. Re-disclosure of Information.**

Any electronic health information about you may be re-disclosed by NYC-HHC BELLEVUE HOSPITAL CENTER's to others only to the extent permitted by state and federal laws and regulations. This is also true for health information about you that exists in a paper form. Some state and federal laws provide special protections for some kinds of sensitive health information, including HIV/AIDS and drug and alcohol treatment. Their special requirements must be followed whenever people receive these kinds of sensitive health information.

**7. Effective Period.**

This Consent Form will remain in effect until 3 years after the last date you received any services from NYC-HHC BELLEVUE HOSPITAL CENTER's , or until the day you withdraw your consent, whichever comes first.

**8. Withdrawing Your Consent.**

You can withdraw your consent at any time by signing a Withdrawal of Consent Form and giving it to _____'s . You can also change your consent choices by signing a new Consent Form at any time. You can get these forms from this provider or from the PSYCKES website at www.psyckes.com, or by calling _____'s at _____ ext._____. Note: Organizations that access your health information through NYC-HHC BELLEVUE HOSPITAL CENTER's while your consent is in effect may copy or include your information in their own medical records. Even if you later decide to withdraw your consent, they are not required to return it or remove it from their records.

**9. Copy of Form.** You are entitled to receive a copy of this Consent Form after you sign it.

Revised 10.11.2016

**NYC**
**HEALTH+**
**HOSPITALS** | **Bellevue** | HHC HEALTH INFO MGMT
160 Water St
New York NY 10041 | Patient: Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

**PSYCKES CONSENT FORM**

**NYC-HHC BELLEVUE HOSPITAL CENTER**

The Psychiatric Services and Clinical Enhancement System (PSYCKES) is web-based application maintained by the New York State (NYS) Office of Mental Health (OMH). It contains health information from the NYS Medicaid database, health information from clinical records, and information from other NYS health databases. For an updated list and more information about the NYS health databases in PSYCKES, visit www.psyckes.org and see "About PSYCKES."

PSYCKES data includes identifying information (such as your name and date of birth), information about health services that have been paid for by Medicaid, information about your health care history (such as treatment for illnesses or injuries, test results, lists of medication you have taken), and information entered by you or your treatment provider into the PSYCKES application (such as a Safety Plan).

The health information in PSYCKES can help your provider care. In this Consent Form, you can choose whether or not to give your provider electronic access to your health information that is in PSYCKES. You can give consent or deny consent, and this form can be filled out now or at a later date. **Your choice will not affect your ability to get medical care or health insurance coverage. Your choice to give or to deny consent will not be the basis for denial of health services.**

If you check the **"I GIVE CONSENT"** box below, you are saying "Yes, this provider's staff involved in my care may get access to all of my medical information that is in PSYCKES."

If you check the **"I DENY CONSENT"** box below, you are saying "No, this provider may not see or be given access to my medical information through PSYCKES," THIS DOES NOT MEAN YOUR PROVIDER IS COMPLETELY BARRED FROM ACCESSING YOUR MEDICAL INFORMATION IN ANY WAY. FOR EXAMPLE, IF THE MEDICAID PROGRAM HAS A QUALITY CONCERN ABOUT YOUR HEALTHCARE, THEN UNDER FEDERAL AND STATE REGULATIONS YOUR PROVIDER MAY BE GIVEN ACCESS TO YOUR DATA TO ADDRESS THE QUALITY CONCERN. QUALITY CONCERNS HELP HEALTHCARE PROFESSIONALS DETERMINE WHETHER THE RIGHT SERVICES ARE BEING DELIEVERED AT THE RIGHT TIME TO THE RIGHT PEOPLE. THERE ARE ALSO EXCEPTIONS TO THE CONFIDENTIALITY LAWS THAT MAY PERMIT YOUR PROVIDER TO OBTAIN NECESSARY INFORMATION DIRECTLY FROM ANOTHER PROVIDER FOR TREATMENT PURPOSES UNDER STATE AND FEDERAL LAWS AND REGULATIONS.

**Please carefully read the information on the back of this form before making your decision.**

**Your Consent Choices.** You can fill out this form now or in the future. You have two choices:

☐ **I GIVE CONSENT** for this provider to access ALL of my electronic health information that is in PSYCKES in connection with providing me any health care services.

☐ **I DENY CONSENT** for this provider to access my electronic health information that is in PSYCKES; however, I understand that my provider may be able to obtain my information even without my consent for certain limited purposes if specifically authorized by state and federal laws and regulations

CLERMONTINE, EL-BEY
CSN: 33246869
DOB:4/18/1993 (26 yrs) F
MRN: 4040258
Adm Date: 1/9/2020

| | |
|---|---|
| Print Name of Patient | Date of Birth of Patient |

$P_t$ unable     1 9 2020

Signature of Patient or Patient's Legal Representative    Date

Print Name of Legal Representative (if applicable)    Relationship of Legal Representative to Patient (if applicable)

Sophia Porter

Signature of Witness     Print Name of Witness

Scan on 1/9/2020 0422 by June Bennett (below)

NYC
HEALTH+
HOSPITALS  | Bellevue

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

1/9/2020  2:35 AM  FROM: Physio-Control          TO: +12123525138    P. 1

# Prehospital Care Report Summary

## FDNY

Date:01/09/2020 Call #:0501  Booklet:86169737 Branch: STA07  Time Zone:America/New_York

| Call Information: | | # Patients Transported | |
|---|---|---|---|
| Disposition: | Treated/Transported (10-82) | In My Unit: | 1 |
| Initial Patient Acuity: Stable | | # Patients at Scene: | 1 |
| Unit #: | 07C1 - 07C Tour 1: 2300-0700 , Ground-Ambulance - BLS  Trip Type: Initial Trip | | |
| Run Type to Scene: Emergent (Immediate Response) | | Call Received: | 02:42:44 |
| Incident Facility: | | Dispatched: | 02:43:12 |
| Incident Location:  W 34 ST/7 AVE - Manhattan, NY 10120 (New York County) | | En Route: | 02:43:16 |
| Incident Location Type: Public Building | | On Scene: | 02:48:58 |
| | | Patient Contact: | 02:48:58 |
| Receiving Facility:  2 - Bellevue (Hospital) - 472 1 Avenue - NY, NY 10016 | | Left Scene: | 02:58:59 |
| Facility Address:  472 1 Avenue - NY, NY 10016 | | At Destination: | 03:06:21 |
| Destination Type:  Hospital Emergency Dept | | Transfer of Care: | 03:17:12 |
| Dest. Reason:  Nearest/Most Accessible Facility | | In Service: | 03:31:58 |
| Hospital Capability: Hospital (General) | | | |
| Condition of Patient At Destinstion: Unchanged | | Time On Scene: | 10 Min |
| Registration #  N/A | | Time to Destination: | 23 Min |
| Online Medical Control | | Total Time of Run: | 49 Min |
| Authorization Type: Protocol | | | |

Loaded Mileage:  1.4 (Total Mileage: 1.4)
Crew Members:  James Ward #2396, EMT Basic(DS)(DH), James Acevedo, EMT Basic(DOC)

Moved to Amb By:  Stretcher  Transport Position: Semi/Full Fowlers  From Amb By: Stretcher

Call Origin: N/A      Lights/Siren: Scene - No Lights and Sirens, Destination - No Lights and Sirens

Patient Information:

| | | |
|---|---|---|
| Name: | el-bey clemrontine | DOB:  04/18/1993 |
| Address: | 40 ann st #2ba - ny, NY 10038 | Gender:Female |
| Phone: | | Age:  26 Years |
| Email: | | Weight: 150 lbs, 68.04 kg |
| SSN: | -- | Broselow: |
| Driver License: | | |

Other Contact Info
Name:                    Phone:                    Cell Phone:
Relationship:

| Current Meds:  * NO KNOWN MEDICATION | Comments: |
|---|---|
| Env Allergies:  NKA | Comments: |
| Med Allergies:  * NO KNOWN ALLERGIES (NKA) | Comments: |

Patient Physician:
Advanced Directives:
PMH:       None
Comment:
Patient Physical Limitations:
Comment:
Pregnancy:      No

Payer Information:

Work Related: No

| Priority:         Name: Self Pay | Type: Self Pay | Policy #: | Group #: |
|---|---|---|---|
| Policy Holder:  , Apt  . | | Phone: | DOB: |
| Relationship of Patient to Insured: | | | |

40 ann st  Apt 2ba  ny, NY 10038

Advance Beneficiary Notice
Not a Medical Necessity: No                    Non Covered Service:    No

NYC
HEALTH+
HOSPITALS | **Bellevue**

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

1/9/2020  2:35 AM  FROM: Physio-Control       TO: +12125625138     P. 2

Mileage Beyond Closest Appropriate Facility:  No          Preferred Physician:    No
Requested Service:
Representative Relation:

**Clinical:**

Onset Date/Time: 01/09/20 02:45:35
Last Known Well Date/Time: 01/09/20 02:43:36
Dispatch Reason (EMD):  EDP   EDP - Psychiatric Patient
Medical Need:

Chief Complaint (Primary): behavioral disorder   Duration:  1  Minutes
Anatomic Location:  Head
Provider Impression:  Not Listed (Specify in Narrative)
Was this event weather related?:  No
Mechanism of Injury:
Protocol 1:                                        Protocol 2:

Assessments:

| Time | Employee | Type | Summary |
|---|---|---|---|
| 03:01:23 | Acevedo, James | ABC | Pertinent Negatives:<br>Airway: General: Patent<br>Breathing: Rate: Normal Quality: Unlabored Lung Sounds: Left: Clear Lung Sounds: Right: Clear<br>Circulation: General: Normal  Skin Color: Normal  Skin Temperature: Normal  Skin Condition: Normal<br>Skin Capillary Refill: Normal |
| 03:01:33 | Acevedo, James | Neurological | Mental Status: Normal<br>Neurological: All Neuro Normal<br>AVPU: Alert |
| 03:02:27 | Acevedo, James | Head To Toe | Head and Neck: Normal<br>Left Eye: PERRL<br>Right Eye: PERRL<br>Neck: Normal |

Vitals:

| Time | Employee | Summary |
|---|---|---|
| 02:49:27 | Acevedo, James | BP: Systolic Refused/ Diastolic Refused<br>Pulse: Refused<br>Resp: 18 Effort: Normal<br>Glasgow Coma Score: E (Unable to complete) + V (Unable to complete) + M (Unable to complete) = N/A  ·  Adult |
| 03:01:27 | Acevedo, James | BP: Systolic Refused/ Diastolic Refused<br>Pulse: Refused<br>Resp: 18 Effort: Normal<br>Glasgow Coma Score: E (Unable to complete) + V (Unable to complete) + M (Unable to complete) = N/A  ·  Adult |

Treatments/Medications:

| Time | Employee | Summary |
|---|---|---|
| 03:01:40 | Acevedo, James | Treatment-  1 - BLS Assessment<br>Attempts: 1  Success: Yes<br>Response: Unchanged  Complication: None  Authorization Type: Protocol<br>Level: BLS |

Supply

Qty Supply



NYC
HEALTH+
HOSPITALS

Bellevue

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient: Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

1/9/2020  2:35 AM  FROM: Physio-Control        TO: +12125625138    P. 3

**ECG Device Incident Number:**

**PowerFields:**

| PowerField | Value |
|---|---|
| CC / PI / MOI - Provider Impression - Primary Impression - Did call type match presenting problem? | Yes |

**Narrative History Text:**
PT 26 year old female found handcuffed in police custody after a she began kicking police while in elevator being ejected from train station. pt. refused all vitals transport to hosp. # 02 for evaluation monitor enroute.
Unable to Sign:
Unable to Sign Reason: Physically Incapable
Authorized Representative: No authorized representative is available or willing
Authorized Representative Signature: No
Secondary Documentation: Unable to obtain secondary documentation
Secondary Documentation Signature: No
Comment:

Auth Signature: No  Privacy Sig: No  Unable to Sign: Yes  Refused to Sign: No

**Signature Image(s):**

Authorization Signature

Privacy Notice Signature

Receiving RN / MD Signature - jesica poster - 01/09/2020 03:17
***"RN" or "Nurse" is an UNACCEPTABLE entry. Crew members MUST document the RN or Nurse's FULL NAME***

Technician Signature - Acevedo, James - 01/09/2020 03:28

Scan on 1/9/2020 0343 by Sophia Ianthea Porter: UNABLE (below)

NYC
**HEALTH+**
**HOSPITALS**    **Bellevue**    HHC HEALTH INFO MGMT    Patient: Elbey, Prinyah Godiah
160 Water St    MRN: 3726120, DOB: 4/18/1993, Sex: F
New York NY 10041    Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

## ACKNOWLEDGMENT OF ADVANCE DIRECTIVES

NYC
**HEALTH+**
**HOSPITALS**    **Bellevue**

### ADVANCE DIRECTIVES

Advance directives are defined as written or oral instructions concerning the provision of health care when a patient no longer has the capacity to make such decisions.

There are four (4) types of Advance Directives:

1. **Health Care Proxy**   Appointing a person who would make health care decisions for the patient when the patient cannot make decisions for him/herself.
2. **Psychiatric Advance Directive** Advance instructions on how you want to be treated when you have a mental health crisis or are hospitalized.
3. **Living Will**   Advance instructions provided by the patient about their future course of medical treatment when they no longer have the capacity to make such decisions.
4. **DNR (Do Not Resuscitate)**   Advance instructions by the patient stating that he/she refuses to be brought back to life in the case that their vital organ system fails.

Medical Health Care Proxy forms are available in the Patient Advocacy Office, GD-90 or on the internet at:

> http://www.health.state.ny.us/home.html

Click 'Info for Consumers' and then select 'Health Care Proxy' from the list.

More information and forms concerning Planning for your Mental and Physical Health Care and Treatment can be found on the internet at: www.nyaprs.org

| NYC HEALTH+ HOSPITALS Bellevue | HHC HEALTH INFO MGMT 160 Water St New York NY 10041 | Patient:Elbey, Prinyah Godiah MRN: 3726120, DOB: 4/18/1993, Sex: F Acct #: 201306244 Admit: 1/9/2020, Discharge: 1/9/2020 |

### ACKNOWLEDGMENT OF ADVANCE DIRECTIVES

**NYC HEALTH+ HOSPITALS** | **Bellevue**

*We are required by law to ask you the following questions:*

CLERMONTINE, EL-BEY
CSN: 33246869
DOB: 4/18/1993 (26 yrs) F
MRN: 4040258
Adm Date: 1/9/2020

Do you need an interpreter?  ☐ YES  ☑ NO
*If YES, interpreter sign below*

Interpreter _____  ID Number _____  Language Used: **Eng**

1. Have you completed a Medical Health Care Proxy?  (Designated someone who can make health care decisions if you are not able) if:  ☐ Yes  ☐ No

Name of Health Care Proxy/Agent _____  Telephone Number _____

2. Have you completed a Psychiatric Advance Care Directive? (It states your choice on how you want to be treated when you have a mental health crisis or hospitalization) IF:  ☐ YES, GO *TO #3*  ☐ NO, GO *TO #4*

3. Do you have a copy of this form with you?  ☐ YES *(Copy for Chart)*  ☐ NO, GO *TO #4*  ☐ Copies in Chart

4. If you have not completed your Medical or Psychiatric Advance Directive, or you do not have a copy, would you like to complete one?
a) Medical Health Care Proxy ☐ YES *(fax to 3366)* ☐ NO b) Psychiatric Advance Directive ☐ Yes (Receive Information) ☐ No

5. Would you like to have a discussion to learn more about Medical Health Care Proxy?
☐ YES *(fax to 3366)*  ☐ NO

6. Would you like to have a discussion to learn more about Psychiatric Advance Directives?
☐ Yes *(Direct to CPEP social worker)*  ☐ No

"I acknowledge receipt of the booklet *Your Rights as a Hospital Patient in New York State* prepared by the New York State Department of Health, and of ADVANCE DIRECTIVES education."

Patient's Signature _**Pt unable**_  Date **1/9/2020**
OR
Signature of Patient's Representative _____  Relationship to Patient _____

Hospital Staff Representative _____  Date **1/9/2020**

\* Patient unable to sign ☑
\* Patient refuses to sign ☐

\* STATE REASON _**Pt unable/ Agitated**_

| REFERRED TO PATIENT ADVOCACY FOR THE FOLLOWING: | Date _____ | Time _____ *fax to 3366* |

☐ Patient wants additional information   ☐ Patient wishes to complete Health Care Proxy

☐ Education not possible (Patient unresponsive, Trauma, OR)   ☐ Living Will

Advocate's Signature _____

*Revised 3/14*



HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient: Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

Document on 1/9/2020 1534 by Dawa Lhamo Dadak, RN: Visit Summary - Emergency Department (below)

## AFTER VISIT SUMMARY
**El-Bey Clermontine** MRN: 4040258

NYC HEALTH+ HOSPITALS | Bellevue

📅 1/9/2020  📍 Bellevue ED ADULT 212-562-4141

### Instructions



Your medications have changed
⚙ START taking:
**ibuprofen (ADVIL, MOTRIN)**

**Review your updated medication list below.**



Pick up these medications at Bellevue Hospital Center Pharmacy - New York, NY - 462 1st Ave.
**ibuprofen**
Address: 462 1st Ave., New York NY 10016
Phone: 212-562-2289



Ambulatory Referral to Med Primary Care (MPC)
Scheduled for 1/30/2020
Expires: 7/7/2020 (requested)

### What's Next

JAN 30 2020 Follow Up Visit
Thursday January 30 1:20 PM
Ambulatory Care Building: 2nd Floor

Bellevue Primary Care
462 1st Ave
New York NY 10016
844-692-4692
Arrive at: AMB Care:
Area 2C

## General Emergency Department Discharge Instructions

We appreciate that you chose us as your healthcare provider.

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department. If you have further questions concerning this visit please call us at the included phone number above on this form. Please keep this form and bring it with you should you need additional treatment. If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately. We are available 24 hours a day.

### Today's Visit
You were seen by Allon Mordel, MD and WILLIAM PLOWE, MD
Reason for Visit
Bilateral wrist pain
Diagnosis
Pain in both wrists

📷 Imaging Tests
DX Wrist Comp Left
DX Wrist Comp Right
ECG 12 Lead

💊 Medications Given
acetaminophen (TYLENOL) last given at 4:55 AM
HYDROcodone-acetaminophen (NORCO) last given at 10:00 AM
ibuprofen (ADVIL, MOTRIN) last given at 6:27 AM
ketorolac (TORADOL) last given at 10:00 AM

HEALTH HOSPITALS | CHART

With MyChart, you can... Message your doctor... Request refills... See test results... See your visit summaries and upcoming appointments and much much more...

To sign up go to **http://mychart.nychealthandhospitals.org**, click **"Sign Up Now"**, and enter personal activation code: **XX2SJ-97ZSJ**
**Expires: 4/8/2020  3:34 PM**.

Additional Information:
If you have questions, you can go to **https://epicmychart.nychhc.org/help** to contact our MyChart staff. Remember, for emergencies, always call 911 - do not use MyChart.

El-Bey Clermontine (MRN: 4040258) • Printed at 1/9/20  3:34 PM

Page 1 of 4  *Epic*



| | HHC HEALTH INFO MGMT | Patient:Elbey, Prinyah Godiah |
|---|---|---|
| **HEALTH+** Bellevue | 160 Water St | MRN: 3726120, DOB: 4/18/1993, Sex: F |
| **HOSPITALS** | New York NY 10041 | Acct #: 201306244 |
| | | Admit: 1/9/2020, Discharge: 1/9/2020 |

General Emergency Department Discharge Instructions (continued)

*It is important that you keep appointments that may have been scheduled. If you are unable to make an appointment, please call the corresponding clinic to reschedule your appointment.*

## Instructions



Your medications have changed

○ START taking:
**ibuprofen** (ADVIL, MOTRIN)

**Review your updated medication list below.**

## Home Medication Information

The list of your home medications is based on the information provided by you (or your representative) during your Emergency Department visit, and/or the information contained in your medical record. In addition, some of your home medications **may have been changed** by the Emergency Department provider who evaluated you. These changes **may** include:

• New medications
• Changes to the amount or how often you take a medication
• Discontinuation of a medication

Please review the information below carefully. **Continue all your current medications as you are presently taking, with the exception of the following changes below. If you have questions about any of the medications or the changes, please contact your Primary Care Physician, the Provider who prescribed the medication, or your Pharmacist.**

El-Bey Clermontine (MRN: 4040258) • Printed at 1/9/20  3:34 PM                    Page 2 of 4   *Epic*



HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

# Changes to Your Medication List

## START taking these medications



START

ibuprofen 400 MG tablet
Commonly known as: ADVIL, MOTRIN

Take 1 tablet (400 mg total) by mouth every 6 (six) hours as needed for pain for up to 7 days. Take with food.

## Your Treatment Plan

The treatment you have received during your visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. The information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper treatment of your condition.

Thank you for being a patient at BELLEVUE ED ADULT today. If your prescription was sent to the internal hospital pharmacy, please keep this paper for your records and provide to  the pharmacist when you arrive. Thank you again!

**Patient EMPI: 100464818 - For Internal Pharmacy Use Only**

||||||||||||||||||||||||||
100464818

||||||||||||||||||||||||||
10100464818

El-Bey Clermontine (MRN: 4040258) • Printed at 1/9/20  3:34 PM

Page 3 of 4   **Epic**



HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

## Acknowledgement of Discharge Instructions

- I understand the treatment received during this visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. I also understand the information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper ongoing treatment of my complaint/diagosis.

- A member of the Emergency Department staff has reviewed the discharge instructions provided to me and has answered any questions I may have had regarding these instructions.

_____
*Patient/Representative Signature*

_____
*Relationship to Patient*

_____
*Date*                                    *Time*

_____
*Witness*

_____
*Date*                                    *Time*

**El-Bey Clermontine**
**CSN: 33247024**
**DOB:** 4/18/1993
female
**MRN: 4040258**
**Adm Date:** 1/9/2020



El-Bey Clermontine (MRN: 4040258) • Printed at 1/9/20  3:34 PM                    Page 4 of 4   *Epic*

NYC
**HEALTH+**
**HOSPITALS** | Bellevue

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Elbey, Prinyah Godiah
MRN: 3726120, DOB: 4/18/1993, Sex: F
Acct #: 201306244
Admit: 1/9/2020, Discharge: 1/9/2020

## END OF REPORT

**New York City Transit**
Department of Law

## Claim Against ~~NYC Transit~~ for Personal Injury

Your notarized claim must be filed either **personally** or by **registered** or **certified** mail within 90 days from date of accident at the office of the New York City Transit Authority, 130 Livingston Street, 10th Floor, Brooklyn, New York 11201-5109 (if your claim is not settled, you have one year and 90 days from the date of accident to commence a lawsuit).

**TO THE NEW YORK CITY TRANSIT AUTHORITY:**
I herewith present my claim against the NYC Transit Authority for personal injuries sustained in the following manner:

Claimant's Name (print) _____   Social Security No. _____   Age _27_

Claimant's Full Address _40 Ann St Apt H 231_   Apt. No. _____

City _New York_   State _NY_   Zip _10038_

Home Phone No. _____   Business Phone No. _____

Claimant's Occupation _Disabled_

Date of Accident _January 8, 2020_   Time _between 8 / 12_ AM / PM _____

Location of Accident _Ann Station F train 34 Street_ Borough _Manhattan_ Direction _6, 2, 3_

State Whether:   Subway _1, 2, 3, A_   Elevated Line _1, 2, 3_   Bus _34_   Other _____

Car or Bus No. _____   Direction _____   Operator's Name / Badge No. _____

Description of Accident _____

Witnesses to Accident—Names and Addresses _____

My Injuries Consisted of _____

Name and Address of Doctor _____

Name and Address of Hospital, if any _____

Amount of Hospital Expenses _____   Medical Expense _$1800_

Lost Earnings _____   Other Expenses _____

MARTHA B. FARRELL
Notary Public, State of New York
No. 01FA637143
Qualified in Ulster County
Commission Expires 11/14/2

Dated _12/23/2020_

Sworn to before me this _23rd_ day of _December 20___

_____
Notary Public
Commissioner of Deeds

(Signature of Claimant)

law) claim pi 2/06

  Gmail          Q

Compose

| Inbox | 1 |
| Starred | |
| Snoozed | |
| Sent | |
| **Drafts** | 39 |
|  **Mta complaint folder** | 2 |
| MTA | |
| More | |
| Premdays. | + |

# (no subject)   Inbox ×

**Oribyah Godiah NMIAA Payne's El-Bey**
to me

I was attack at Penn State 34 street 7 Ave by mta police offi
and harrass and touch certain places several times by office
in P A so i asked her csn i bri g her  the holidays gift i got for
friend whom work at Penn station Jenny. Several complaint
 properties  of mine  lefts also that officer called 911 tried to I
her to give to her father for me since she works 11/7 am afte
grabbed me an handcuff after he called another officer over,
him to instagram and block him from harrassing mw here als
orman book i was reading that i had my December investme
He an the othee offer that was
in the elevator told me that "I can rapped you a kills you and
including his sergeant major him told meif I don't stop screar
#2477 push me broke my wheel dragged out from the eleva
was secen white against a none white person . Those hite m
violete my rights. Officer crocilla say your were brought as a
with my social security card  is gone #me2movement  @me:
@nycmayorsoffice @nycmayor @nyc311 @nyc_311 @nyc:

Reply          Forward

No recent chats
Start a new one

**New York City Transit**

Operations Support
Customer Relations

# Customer Assistance Record of Information Received

| | | Ref. No. |
|---|---|---|
| **Date Reported** 1/10/20 | **Customer's Name** MM·AA Rinyal social fayne's El-Bey | ☐ 1 Complaint |
| **Time Recorded** 4:00 pm ☐a.m ☒p.m | **Address** 40 Ann Street #2BA | ☐ 2 Commendation |
| | | ☐ 3 Suggestion |
| | | ☐ 4 Accident Report |
| **Received by** | | ☐ 5 Delay Verification |
| **Name** Kane Reed | **City** M   **State** NY   **Zip Code** 10038 | ☐ 6 Refund Requested |
| | | ☐ 7 Other |
| **Title** Supvr | | ☒ Phone Call |
| | **Telephone No.** (212) 804-2688 (F) 99973 N   Is this a mobile phone? ☐ Yes ☐ No | ☐ Letter |
| **Pass #** M145 | | ☐ Visit |
| | | ☒ Email |

| **EMAIL** | Premdays.snc@gmail.com |
|---|---|

## Description of Incident, Suggestion or Commendation

| ☐ Rapid Transit | **Date** | **Route** | **Vehicle or Booth No.** | **Directions** ☐N ☐S ☐E ☐W ☐Other | **Station/Bus Stop/Intersection** |
|---|---|---|---|---|---|
| ☐ Surface | **Time** a.m. | | | | |
| ☐ Other | p.m. | | | | |

**Personnel**
___ Alleged Assault by Employee
___ Closed Doors on Passengers
___ Failure to Act Against Fare Evasion
___ Failure to Announce Delay/Route
___ Failure to Assist Passenger or Call Police
___ Failure to Identify Self or to Display Badge
___ Passengers Discharged
___ Reckless Driving
___ Refused to Accept Sr. Citizen/Disability ID
___ Rudeness
___ Shortchanging
___ Transfer or Block Ticket Dispute

**Service**
___ Bus Bunching
___ Bypassing
___ Delays
___ Express Bus Off Schedule
___ Locked Turnstile
___ Long Headways
___ Overcrowding
___ Poor Connections
___ Toilets

**Equipment**
___ Defective Heating/Cooling (circle)
___ Defective Lighting
___ Defective Turnstile
___ Leaks/Puddles (circle)
___ Failure to Announce Delay/Route
___ Littered Car/Bus/Station (circle)
___ Odors in Station
___ Rats/Roaches (circle)
___ Seats Dirty/Wet (circle)

**Miscellaneous**
___ Derelicts
___ Disorderly Passengers
___ Fare Evasion
___ Graffiti
___ Insufficient Police Coverage
___ Passenger Assaulted or Robbed

| **Employee's Description** MTA Officer Crocilla | **Badge#** 2472 |
|---|---|

**Please Be Aware:** In the event our investigation results in disciplinary action against the NYC Transit Employee, it may be necessary for you to testify at an administrative hearing to sustain the charges. If it becomes necessary, would you be willing to testify? ☐ Yes ☒ No

**Substance of Report** Officer Crocilla have been harassing me since a while, I had ask several complaints against him but on January 8, 2020 I went to visit my friend Jenny whom work for fed Car @ penn station his father dying from cancer after using the rest room to her father I left the Bathroom, as I turn the corner officer Crocilla pull his slinter on turn his car light in my eye he Back out grab my tight I start screaming he left the letter hand Block me he got of his car pick up my wheelchair from the Back & dropped me when I started to screamed he told no are disturbing the peace then he called another officer over to drive my wheelchair so fast was ...

**Action Taken - Referred to** (Dept. & Person)

, Crocilla threw me on the floor cut my purse
strap that was around me start [foy?] to my
Personal Property When I was on the floor I Saw
After Crocilla took my Cheek Book, My Florida
Drive license with my home Florida in ct, my SSH,
[suse] or [man] Book Women with money that have copies of
y Bank Statement inside it he took it, copy of my
valuations that my doctor did for me for [access] -
I took that, they also destroy my wheelchair.

(Cont page 1)

②    1

MTA NYC TRANSIT
CORPORATE COMMUNICATIONS
2020 JAN 10 P 6: 54
CUSTOMER SER...
RECEIVED

property & Fuck up my school Computer & took personal Items from. I want them Officer Charge for HARRASSment, assault Bullying & theft of my personal proper along with destroy of my personal property my Insurance refused to pay for a new wheelchair. those White men MTA at Penn station Should not be there I saw what they've done to the Homeless people. There & I have video. When I was inside the ambulance the officer office was touching me while I was Strapped and in hand Cuff. I'm a muslim my Religion & my Human Rights Been violet. I want Justice. I was told By officer Crocilla Its my words against his Now he Know's where I live he can napped me & kill he get away with it. friyah Jodiah NM XX

fgno El Bey

Jan 10, 2020

i do not fell safe. at all in NYC nor in my home, I have to keep looking around my Shoulder ⚬. I don 4 fRiends nor feel safe at all from NYC police officers the 26 precinct at 520 west 126 st told me they are NYPD nor MTA I have to deal/dkal MTA & they told me when I got out of the Hospi goes to 3 Stones. File a Complaint.

MTA NYC TRANSIT
CORPORATE COMMUNICATIONS
2020 JAN 10 ⊃ 9: 54
CUSTOMER SERVICE
RECEIVED



when would I they were outside the man turned
the Officer Smoking Cigar Right infront of the
elevator, I pull out My Phone Android Camera
start recording then Just in Case as I get thru
by then in order to get into the elevator
I was able got into the elevator made my way
Into the bathroom so where they told me
Jenny was Running late so I decide to eat
a Chinese apple to kill the time jenny finally
show up around 11:20/11:30pm. We talked for a
while and I gave her the gifts for her dad. As
I was leaving the female Bathroom turning the
corner Officer Mr. Crocilla Blanks four times
his police Car so Bright in my eyes I couldn't
see all I told myself grab my phone & Start
record he then Came so closed push me against
the wall GRABBed my tight I slap his hand
When I did he told me Bitch you should never
disobedience an officer touching you and I
Can touch you anywhere I want I dream of
Fucking a negro Bitch like you, I start
Screaming loud for help then he left he the
turns around park his Car Right infront of
me talking saying I Can Rape you & kill you
no one will know I have been doing this for long
long time & I get away with Shits he Blocks
me from moving so I was force to pack my
Wheelchair he then grabbed my wheelchair from
the back lift it and dropped it I Start Screaming
leave me alone he then Call over another free
Officer of his say an disturbing the peace & I was
my wheelchair to fall am trying not to fall

I and again I got on the phone call 311, 311 &
internal affair few days later got a call
from a gentleman whom said he was a sergear
he left me a voice message at my (646) #
the gentleman said he name was Sergeant and
Hussein his #'s are (212) 878-1182, (646) 252-5?
we met and he took & copies of my Recording
video's, the next day the elevator Broke where
I needed to get off so the next stop was 34 penn
where elevator is I can cross over so back d
In order to used the elevator to cross over so I
can get off to the train station I needed too,
was getting accross he show off he said Promdays.
I never save this Officer my name so I figured him
then he said back in the old days White men
'en Rapes Negroes Bitches like yourself it wa
pride for them, fine by that society, now negro
wants repreration I wants to show you negro wit
my white Dick as he grab his Pant, I ignored
him and two old white lady show up got in the
elevator at the A line penn station he left. aga.
& I call the sergeant Hussein gave him the video after
that I've done everything possible's to not goes t
that train station. He then started posted threaten
Hornassing things on My Instagrams, I reached o
to Instagram file complaints against him, he even
send me his picture in My Instagram account
Instagram Finally Block him from reach out to
Me. the on January @ 2020 Jenny call me tole
me she's working 11pm till 7Am after that she's
setting in the bus to so visit her father whom
Sick dying with Cancer I told her I will Love to
So but I have class but I have the Holiday gifts
got your dad Con you please sine d to him for me
+ I will dropped it off after Class so after Class

of my wheelchair I felt ontop of my purse then h
cut My purse that was wrapped around me star
Song inside looking into my personal properties
then he hick me when he did I realized those
two officer inside this elevator could rape
me, Caused they kept Saying you have no help
as I Scream for help for 911. after he hick
me he open my wallet, took My Florida
driver license, My SS# Card, copy of my medi
record I got that I had to renewed my pocce
with acces VR the doctor fik out the paperwor
he took that, he took my acces VR health evalue
forms, My Suze Orman women with Money I
had my TD Bank Statement inside of it he took
that and he took my personal Checs book.
after I Scream and screams inside the elevator
they were laughing they dragged me From
the elevator to the street while hand-cuffs they
put me to sit ontop of the hand cuff that
was so tight My wrist start Bleeding I as
for ambulance when ambulance arrived there
were 3 other officer Mtn there one was h
Sergeant in white Shirt telling me to Shu
the Fick off before he pull out his dight pu
it in my mouth I kept screaming people passi
By looking no one Come to help, when the ambu
Came told them am paraplygic the guy laugh ask
how deal I got into the floor told him Officer
Crup, 11 a throws me out of My wheelchair I

"Crocilla" told them make sure she sit on he
hand cuff, I was screaming in pain he put his
feet on My chest then the other office
whom was with ~~the~~ him inside the elevator
sat in the ambulance while My Wheelchair &
stoffs was search by the rest of his fries
the guy from the ambulance said those dammed
africa negro African American here &
made so office Crocilla partner not in
the ambulance with me while officer Crocll
follow like I was a Criminal, When got at the
they put tap in my mouth so I wouldn't Spea
they brought me to Psych unit when got
there told the Doctor what happen she sa
My wrist bleedy asked them to remove th
leave, Psych discharge me right then &
there to medical told then this guy
said you don't belong in Psych she is bleedy
she belong to medical after treated @ medica
I was then transfer @ lenox hill to be
monitor, Because I have a heart hill to be
chest that lenox Hill monitor so I was
transfer there & I got discharge Jan 10 2020
@ 11.45 An. from Lenox Hill. then took

when they got into the elevator he threw me out
of my wheelchair I felt ontop of my purse then he
cut my purse that was wrapped around me start
going inside looking into my personal properties
when he kick me when he did I realized those
two officer inside this elevator could rappe
me, caused they kept saying you have no help
us I scream for help for 911. after he hra—
e he open my wallet, took my Florida
driver license, my SS# Card, copy of my medical
card and I got that I had to renewed my passpo
with access VR the doctor fill out the paperwork
I took that, he took my access VR health evaluati
one, My Suze Orman women with Money I
had my TD Bank statement inside of it he took
that and he took my personal Cheer book
then I scream and screams inside the elevator
they were laughing they dragged me from
elevator to the street while hand-cuffs they
want me to sit on top of the hand cuff that
was so tight my wrist start Bleeding I ask
for ambulance when ambulance arrived there
were 3 other officer MTA there one was his
a sergeant in white shirt telling me to Shut
the Fuck off before he pull out his dick put
it in my mouth I kept screaming people passing
by looking no one come to help. When the ambulan
e told them am paraplegic the guy laugh ask
who did I got into the floor told him Officer



**New York City Transit**
Department of Law

## *Claim Against NYC Transit for Property Damage*

Your notarized claim must be filed either **personally** or by **registered** or **certified** mail within 90 days from date of accident at the office of NYC Transit, 130 Livingston Street, 10th Floor, Brooklyn, New York 11201-5109 (if your claim is not settled, you have one year and 90 days from the date of accident to commence a lawsuit).

**TO NYC TRANSIT:**

**I herewith present my claim against NYC Transit for property damage sustained in the following manner:**

Claimant's Name (*print*) _____ Social Security No. _____ Age _____

Claimant's Full Address _____ Apt. No. _____

City _____ State _____ Zip _____

Home Phone No. _____ Business Phone No. _____

Date of Damage _____ Time _____ AM / PM _____

Place of Accident _____ Borough _____

State Whether:   Subway _____ Elevated Line _____ Bus _____ Other _____

Car or Bus No. _____ Direction _____ Operator's Name / Badge No. _____

*If your automobile or truck was involved, please provide the following information regarding your vehicle:*

Name and Address of Registered Owner _____

Your Plate No. _____ Year and Make _____

Name of Driver _____ Driver's License No. _____

Driver's Address _____

If Damage is to Property Other Than a Vehicle, Specify Type of Property _____

Description of Accident _____

Description of Damage _____

_____

Names and Addresses of Passengers in Auto or Truck _____

_____

Names and Addresses of Witnesses to Accident _____

Estimated / Actual Cost of Repairs (*attach Itemized Statement*) $ _____ Collision Insurance? _____

Company Name / Policy No. _____ Has Claim Been Made against Company? _____

Any Prior or Subsequent Accidents _____

Date _____

Sworn to before me this

_____ day of _____ 20 ___

CHRIS RAMIREZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6227971
Qualified in New York County
My Commission Expires 09-07-2022

Notary Public
Commissioner of Deeds

_____
(Signature of Claimant)

(law) claim pd 12/09



**New York City Transit**
Department of Law

# Claim Against NYC Transit for Personal Injury

Your notarized claim must be filed either **personally** or by **registered** or **certified** mail within 90 days from date of accident at the office of the New York City Transit Authority, 130 Livingston Street, 10th Floor, Brooklyn, New York 11201-5109 (if your claim is not settled, you have one year and 90 days from the date of accident to commence a lawsuit).

## TO THE NEW YORK CITY TRANSIT AUTHORITY:
I herewith present my claim against the NYC Transit Authority for personal injuries sustained in the following manner:

Claimant's Name (print) _Prinyah Godiah MMAAPceanes 81 Way_   Social Security No. _____   Age _26_

Claimant's Full Address _40 ann Street_   Apt. No. _221_

City _New York_   State _NY_   Zip _10038_

Home Phone No. _(754)999-7318_   Business Phone No. _____

Claimant's Occupation _Disable_

Date of Accident _January 8, 2020_   Time _between 10½ /2½_ AM / PM _____

Location of Accident _34 Street Penn Station_   Borough _NYC_   Direction _What_

State Whether:   Subway _between 1/2_ ½.A   Elevated Line _____   Bus _34 St_   Other _____

Car or Bus No. _____   Direction _____   Operator's Name / Badge No. _____

Description of Accident _____

_____

_____

Witnesses to Accident—Names and Addresses _____

My Injuries Consisted of _____

Name and Address of Doctor _____

Name and Address of Hospital, if any _Bellevue Hospital, Allen Knox Hospital_

Amount of Hospital Expenses _____   Medical Expense _____

Lost Earnings _____   Other Expenses _____

Dated _____

Sworn to before me this
_8th_ day of _April_   19 _2020_

_(signature)_
Notary Public
Commissioner of Deeds

CHRIS RAMIREZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6227971
Qualified in New York County.
My Commission Expires 09-07-2022

_(Signature of Claimant)_



Photo - Google Photos

https://photos.google.com/photo/...h8W0SW...



1/29/20, 2:05 PM

1 of 1









le Photos                                                                    https://photos.google.com/photo/AF1QipPJgKgPp5rCLuHvp...





NYC HEALTH+HOSPITALS | Bellevue

**AFTER VISIT SUMMARY**
El-Bey Clermontine   MRN: 4040258

📅 1/9/2020  📍 Bellevue ED ADULT 212-562-4141

## Today's Visit
You were seen by Allon Mordel, MD and WILLIAM PLOWE, MD

## Instructions

**Reason for Visit**
Bilateral wrist pain

🚲 **Your medications have changed**
○ START taking
ibuprofen (ADVIL, MOTRIN)

**Diagnosis**
Pain in both wrists

*Review your updated medication list below*

**Imaging Tests**
DX Wrist Comp Left
DX Wrist Comp Right
ECG 12 Lead

**Pick up these medications at Bellevue Hospital Center Pharmacy – New York, NY – 462 1st Ave.**
ibuprofen
Address: 462 1st Ave, New York NY 10016
Phone: 212-562-2299

**Medications Given**
acetaminophen (TYLENOL) last given at 4:55 AM
HYDROcodone-acetaminophen (NORCO) last given at 10:30 AM
ibuprofen (ADVIL, MOTRIN) last given at 6:27 AM
ketorolac (TORADOL) last given at 10:00 AM

**Ambulatory Referral to Med Primary Care (MPC)**
Scheduled for 1/30/2020
Expires 7/7/2020 (requested)

## What's Next

**JAN 30 2020** **Follow Up Visit**
Thursday January 30 1:20 PM
Ambulatory Care Building: 2nd Floor

Bellevue Primary Care
462 1st Ave
New York NY 10016
844-692-4692
Arrive at: AMB Care: #
Area 2C

## General Emergency Department

### Discharge Instructions
We appreciate that you chose us as your healthcare provider.

This form provides you with information and instructions about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department. If you have further questions concerning this visit please call us at the included phone number above on this form. Please keep this form and bring it with you should you need additional treatment. If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately. We are available 24 hours a day.

NYC HEALTH+HOSPITALS | CHART

With MyChart, you can... Message your doctor... Request refills... See test results... See your visit summaries and upcoming appointments and much much more...

To sign up go to http://mychart.nychealthandhospitals.org, click "Sign Up Now", and enter personal activation code: XX2SJ-97ZSJ
Expires: 4/8/2020  3:34 PM.

Additional information:
If you have questions, you can go to https://epicmychart.nychhc.org/help to contact our MyChart staff. Remember, for emergencies, always call 911 - do not use MyChart.

Clermontine (MRN: 4040258) • Printed at 1/9/20  3:34 PM

Page 1 of 4   Epic



### General Emergency Department Discharge Instructions (continued)

It is important that you keep appointments that may have been scheduled. If you are unable to make an appointment, please call the corresponding clinic to reschedule your appointment.

## Instructions

**Your medications have changed**
- START taking
  ibuprofen (ADVIL, MOTRIN)

Review your updated medication list below.

## Home Medication Information

The list of your home medications is based on the information provided by you (or your representative) during your Emergency Department visit, and/or the information contained in your medical record. In addition, some of your home medications may have been changed by the Emergency Department provider who evaluated you. These changes may include:

- New medications
- Changes to the amount or how often you take a medication
- Discontinuation of a medication

Please review the information below carefully. **Continue all your current medications as you are presently taking, with the exception of the following changes below. If you have questions about any of the medications or the changes, please contact your Primary Care Physician, the Provider who prescribed the medication, or your Pharmacist.**

Pt Bay Chromorhine (MRN: 40402581) • Printed at 1/9/20 3:34 PM





## Acknowledgement of Discharge Instructions

- I understand the treatment received during this visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. I also understand the information provided in these discharge instructions, including **follow up information**, should be followed in order to ensure proper ongoing treatment of my complaint/diagosis.

- A member of the Emergency Department staff has reviewed the discharge instructions provided to me and has answered any questions I may have had regarding these instructions.

_____
Patient/Representative Signature

_____
Relationship to Patient

_____          _____
Date                             Time

_____
Witness

_____          _____
Date                             Time

**El-Bey Clermontine**
CSN: **33247024**
DOB: 4/18/1993
female
MRN: **4040258**
Adm Date: 1/9/2020



El-Bey Clermontine (MRN 4040258) - Printed at 1/9/20  3:34 PM