UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

PRINYAH GODIAH EL-BEY,

                Plaintiff,

-against-

OFFICER CROCILLA, et al.,

                Defendants.
------------------------------------------------X

<u>Case No.:</u>
20-cv-00524

NOTICE OF
<u>APPEARANCE</u>

**S I R S:**

    **PLEASE TAKE NOTICE,** that the undersigned hereby enters an appearance as counsel of record in this action on behalf of Defendant, POLICE OFFICER LEYLAND CROCILLA. The undersigned certifies that he is admitted to practice in this Court. All papers should be served upon the undersigned at the mailing address listed below.

Dated: Mineola, New York
       August 12, 2021

Yours, etc.,

**BEE READY FISHBEIN
HATTER & DONOVAN, LLP**

By:    /S/
ANDREW K. PRESTON
*Attorneys for Defendant CROCILLA*
170 Old Country Road, Ste. 200
Mineola, New York 11501
(516) 746-5599
File No.: 6178-2103

TO: **PRINYAH GODIAH EL-BEY**
*Plaintiff pro se*
40 Ann Street #2BA
New York, NY 10038