UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

PRINYAH GODIAH EL-BEY,

**Case No.:**
20-cv-00524

Plaintiff,

-against-

**CERTIFICATE OF SERVICE**

OFFICER CROCILLA, et al.,

Defendants.
------------------------------------------------X

I hereby certify that on August 12 2021, the Notice of Appearance was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules upon the following parties and participants:

**PRINYAH GODIAH EL-BEY**
*Plaintiff pro se*
40 Ann Street #2BA
New York, NY 10038

_____
KIM ANDERSON