UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

PRINYAH GODIAH EL-BEY,

               Plaintiff,

    -against-

OFFICER CROCILLA, et al.,

              Defendants.
------------------------------------------------X

Case No.:
20-cv-00524

CERTIFICATE OF SERVICE

I hereby certify that on August 12 2021, the Letter dated August 12, 2021 to the Honorable Mary Kay Vyskocil requesting an extension of time to respond to Plaintiff's complaint, was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules upon the following parties and participants:

**PRINYAH GODIAH EL-BEY**
*Plaintiff pro se*
40 Ann Street #2BA
New York, NY 10038

_____
KIM ANDERSON