# DECLARATION OF SERVICE BY E-MAIL

I, Andrew B. Spears, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that on September 22, 2021 I served the following:

- Letter Motion for Leave to File Motion to Dismiss the Second Amended Complaint, dated September 22, 2021

in the case captioned El Bey v. Crocillo, et al., 20 Civ. 524 (MKV), by e-mailing a copy of the same upon the following:

    Primyah Godial Miaa Paynes El Bey
    premdays.inc@gmail.com

Dated: New York, New York
        September 22, 2021

                                            *Andrew B. Spears* /s

                                            Andrew B. Spears
                                            *Assistant Corporation Counsel*
                                            Special Federal Litigation Division