# United States District Court
# Southern District Of New York

-----------------------------------------------------------------------X

20-CV-0524(MKV)
Affirmation of Service for
2nd Amend Complain

Prinyah Godiah NMIAA Payne's El-Bey

    Plaintiff

        -against-

        Defendant's:

Crocilla, Cona, Michels, Porter, Vollas, Ward
Metropolitan Authority Police Benevolent Association & Police Benevolent Association
Metropolitan Transportation Authority,  MTA & MTA 34 precinct @ Penn Station, The
City Of New York, Bellevue Hospital & Staff's,  et al.,

-----------------------------------------------------------------------X

    This is an Affirmation of service for 2nd Amended Complaint according to Pro-Se
who requested that party(ies) that are already in the case from the beginning must be
mailed/to be informed about the 2nd Amended Complaint.

MTA:

- MTA Assistant Associate Counsel Attorney: **Jason Douglas Barnes**

      2 Broadway 4th Floor C4.85 NYC 10004.

- Lt. **Joseph Cona** who is Assigned to MTAPD District 4: Penn Station and works the B Tour (night Shift):

  Address: Penn Station, LIRR Level New York, NY 10001

- SGT. **Vasilios Vollas** is Assigned to MTAPD District 2 Bethpage, and works the A Tour (Day Shift):

  Address: 15 Grumman Road, Suite 650 Bethpage, NY 11714

- Officer **Douglas Michels** is Assigned to MTAPD District-2 Bethpage, and works the A Tour (day Shift):

  Address: 15 Grumman Road, Suite 650 Bethpage, NY 11714

- **Officers Lyland Crocilla**

Officer Leyland Crocilla is represented by counsel in this action, and may be reached through that counsel:

Bee, Ready, Fishbein, Hatter, & Donovan, LLP

**Attn: Andrew K. Preston**

170 Old Country Road, Suite 200 Mineola, NY 11501 apreston@beereadylaw.com

City of New York:

City of New York, Attn: Corporation Counsel, 100 Church St., 5 Fl., New York, NY 10007

MARTHA B. FARRELL
Notary Public, State of New York
No. 01FA637143
Qualified in Ulster County
Commission Expires 11/14/21

Please note this case is file with/in the Supreme Court NYC but Pending in Washington

Dc, just case in case that I do not get True-Justice/Criminal Charges against those that

have done me wrong/ill/evil and those that part-taking on the wrong-doing by covering

Officer Lyland Crocilla evil/abuse of powers, harassments/false-kidnapping/false-arrest

and so forth. I will not settle nor rest until I get True-Justice I want Criminal Charges, no-

exceptions.

*[handwritten signatures]*

Sept 17, 2021

On this 17th day of September 2021
Before me came Q-Priyah Godiah N.M.I.A.A. Payne's El-Bey
to me known to be the individual described in and
who executed the foregoing instrument and
acknowledged that he/she executed the same

*[notary signature]*

BONNY ALGOZZINE
NOTARY PUBLIC STATE OF NEW YORK
No. 01AL6394009
QUALIFIED IN DUTCHESS COUNTY
MY COMMISSION EXPIRES 7/1/2023

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**OFFICIAL USE**

For delivery information, visit our website at *www.usps.com*®

Certified Mail Fee $3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $3.36

Total Postage and Fees $ .11

09/17/2021

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Instructions:** This affidavit <u>cannot</u> be used in divorce cases, but
a Summons and Complaint, a Summons with Notice, a Notice
Order to Show Cause and Verified Petition, or a Subpoena.  Pri
to the instructions.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------x
Queen Prinyah Godneb NM:SA Paynes El-
**[fill in name(s)]**          Plaintiff(s)/Petitioner(s),

*MTA Attorney Jason Douglas Ban*
*2 Broadway C4.85    4th Floor*
*NYC 10004*

- against -

To, Croalla, Crona, Michels, Vollas, city of NY / Neer Police Demulator
et al.,
**[fill in name(s)]**     Defendant(s)/Respondent(s).

OF INITIATING PAPERS

-----------------------------------------------------x

STATE OF NEW YORK
COUNTY OF NYC          ss:

I, **[name of person who served papers]** Queen Prinyah Godneb NM:SA
Paynes El-Bey

being duly sworn, depose and say:
S. Certified Mail Receipt

I am over 18 years of age and am not a party to this case.
I reside at **[your address]** 40 Ann St 16 2BA
NYC 10038 /

On 9/17 , 20 21 **[date of service]**, at 5:30 AM/**PM** **[time of day]**, I served the
attached papers **[identify papers served]** Summer Complaint on the
defendant/respondent **[name of party served]** MTA Attorney Jason Douglas
Banns
The address of the place where the papers were served is **[location where papers served]**
I Certified Mail 2 Broadway C4.85   4th Floor   NYC 10004

I served the papers in the manner indicated below: **[check box that applies]:**

1) ☐ **Individual**          By delivering a true copy of each to the defendant/respondent personally.
                    I knew the person served to be the person named in those papers because
                    **[How did you know defendant/respondent?]**

                    _____ **[Fill
                    out description of defendant/respondent on page 2].**

2) ☐ **Corporation** MTA _____ **[name of
                    business]**, a domestic corporation, by delivering a true copy of each to
                    **[identify person served]** Summer Complaint
                    **[Fill out description of person on page 2]**, who is **[identify his/her job
                    title]** Attorney For MTA   I knew the corporation to be that listed
                    in the papers served and I knew the title of the person named above and
                    that he/she was authorized to accept service.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

Certified Mail Fee  $3.75                           0225
$                                                    5
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)      $  $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required         $  $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.98
$                                      09/17/2021
Total Postage and Fees
$  House of Representatives
Sent To
US House Representatives
Street and Apt. No., or PO Box No.
City, State, ZIP+4
Washington, DC 20575
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

New York OFFICIAL USE

Certified Mail Fee  $3.75                           0225
$                                $0.00               5
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)      $  $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage  $0.98        EMS           AFSCME
$                                    09/17/2021
Total Postage and Fees
$  Uniformed Officer Union EMS
Sent To
Please Forward to Referred
Street and Apt. No., or PO Box No.
Burling St Suite 7
City, State, ZIP+4
NYC 1000A
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

Certified Mail Fee                                  0225
$                                                    5
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)      $  $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage  $0.78
$                                      09/17/2021
Total Postage and Fees
$  Supreme Court of the United States
Sent To
1 First St NE
Street and Apt. No., or PO Box No.
Washington DC 20543
City, State, ZIP+4
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMYAH GODIAL MIAA PAYNES EL BEY,

Plaintiff,

-against-

CROCILLO, MTA, and MTA 34 PRECINCT,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/19/2021
```

20-cv-524 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a status conference on August 19, 2021. This order memorializes the rulings at the conference.

The Court's Order of Service dated November 16, 2020 [ECF No. 16] is VACATED. The City of New York improperly was substituted as a Defendant in this action for the Metropolitan Transportation Administration ("MTA"). The Clerk of Court respectfully is requested to terminate the City of New York as a Defendant on the ECF docket and to reinstate the Defendants terminated by the Court's previous order. This order is without prejudice to Plaintiff adding the City of New York in any amended complaint if she seeks to assert claims directly against the city.

Plaintiff has requested [ECF No. 33] leave to file an amended complaint re-naming the the MTA and Officer Crocilla as Defendants and adding new defendants. Leave to file the amended complaint is GRANTED. For the avoidance of doubt, Plaintiff's claims against the MTA will relate-back to the filing of her original complaint for the purposes of any statute of limitations. The Court will enter an Order of Service following the filing of any amended complaint.

Plaintiff also has requested the appointment of pro bono counsel. The Court will provide Plaintiff by e-mail the appropriate form to request that counsel be appointed. If Plaintiff still wishes to have counsel appointed for her, she must return the form to the Court's Pro Se Intake Office, who will file it with the Court.

Defendant Crocilla's request [ECF No. 35] for an extension of time to answer or respond to Plaintiff's complaint is GRANTED. Officer Crocilla need not respond to the Plaintiff's complaint until an amended complaint is filed.

Finally, the Clerk of Court respectfully is requested to correct the spelling on ECF of Plaintiff's name to "Quee'Prinyah Godiah NMIAA Payne's El Bey" and to correct the spelling of Defendant Crocilla's name to "Leyland Crocilla".

**SO ORDERED.**

Date:   August 19, 2021
        New York, NY

MARY KAY VYSKOCIL
United States District Judge

2

**POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: *Nazım Nigar Saliak NNN 11 pyms*
*£1.60*
*40 Ann Street # 231 Nyc 10038*

To: *The National Ombudsman of Turkey*
*Kamu Denet Çiliği Kurumu*
*Nevzat Tandoğan Caddesi No:4,*
*TR-Çankaya/Ankara*

Postmark Here 

PS Form 3817, April 2007  PSN 7530-02-000-9065





9400

U.S. POSTAGE PAID
FCMI LE
NEW YORK, NY
10007
SEP 22, 21
AMOUNT
**$1.65**
R2304M114915-07

POSTAL SERVICE

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: _Quran Mizan Saluk [illegible handwriting]_

_40 Ann Street #354 NYC 10038_

To: _Court of Justice of the European Union (CJEU)_

_Palais De La Cour de Justice_

_Boulevard konrad Ad enauer L-2925_

_Luxembourg_

Postmark Here

PS Form **3817**, April 2007, PSN 7530-02-000-9065



U.S. POSTAGE PAID
FCM LE
NEW YORK, NY
10007
SEP 22, 21
AMOUNT
$1.65
R2304M114915-07


SEP 22 2021
STATION ST. STATION

**UNITED STATES POSTAL SERVICE** Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Queen Minzah Godwin Illiass Pm
4-34
40 Ann Street #364 Nyc 10038

To: United Kingdom Parliamen Ten healer
Services ombudsman
Millbank tower millbank
Uk-London SW1P41QP

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065






9400   00109

U.S. POSTAGE PAID
FCM LE
NEW YORK, NY
10007
SEP 22, 21
AMOUNT
**$5.81**
R2304M114915-07

STATION ST. STATION
SEP 22 2021

STATION ST
SEP 22 2021
NEW YORK, N° 10007

**POSTAL SERVICE** CERTIFICATE OF Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Guan Ngah Scharf

ET-85
40 Ann Street #261 NYC 10038

To: France Defenseur droits
Défenseur de Droits
7 Rue Saint-Florentin
FR-75008 Paris

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065





U.S. POSTAGE PAID
FCM LE
NEW YORK, NY
10007
SEP 22, 21
AMOUNT

**$1.65**

R2304M114915-07

9400

UNITED STATES Of
POSTAL SERVICE                                      Mailing

To pay fee, affix stamps or
meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Wills Ningal Salwah Will SY
Rome EY-13
40 ann St #231
New York, NY 10057

To: New York State / secretary of state
Attn: Uniform Comm. Dep
one Commerce Plaza, 99 Washington
Albany, NY 12231-0001

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065





$1.65

U.S. POSTAGE PAID
NEW YORK, NY
10007
SEP 22 21
AMOUNT
R2304M11491S-07

0000

UNITED STATES
POSTAL SERVICE®



**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Albany, NY 12231

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.5E |
| $ | |
| Total Postage and Fees | |

Sent To *NY Secretary of State NY*

Street and Apt. No., or PO Box No. *600 Washington Ave*

City, State, ZIP+4® *Albany, NY 12231*

Tracking number: 7020 1290 0000 4583 5354

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Certified Mail service provides the following benefits:**

⊠ A receipt (this portion of the Certified Mail label).
⊠ A unique identifier for your mailpiece.
⊠ Electronic verification of delivery or attempted delivery.
⊠ A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*
⊠ You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
⊠ Certified Mail service is *not available* for international mail.
⊠ Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
⊠ For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

⊠ To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

IMPORTANT: Save this receipt for your records.

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Austin Myar Jordan NMN & Peynes
46 Ann Street #234 NY 10038

To: Office of the United Nations High Commiss
for Human Rights (OHCHR)
Palais de Nations
CH-1211 Geneva 10, Switzerland

Postmark Here

PS Form 3817, April 2007  PSN 7530-02-000-9065



U.S. POSTAGE PAID
NEW YORK, NY
10007
SEP 22, 21
AMOUNT
$1.65
R2304M114915-07

STATION ST STATION
SEP

STATI
SEP 2
YORK, NY 10007

UNITED STATES POSTAL SERVICE

0000



POSTAL SERVICE®

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Andy Nyari Saduk NYC Papers

40 And Street #234 NYC 10038

To: Office of the United Nations High Commissioner
for Human Rights (OHCHR)
Palais de Nations
CH-1211 Geneva 10, Switzerland

PS Form **3817**, April 2007  PSN 7530-02-000-9065



U.S. POSTAGE PAID
NEW YORK, NY
10007
SEP 22, 21
AMOUNT
**$1.65**
R2304M114915-07

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Albany, NY 12231

| Certified Mail Fee | $3.75 | |
| $ | | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.55 | |
| Total Postage and Fees | | |

7020 1290 0000 4583 5354

Sent To _NYS State of NY for Nujwi_

Street and Apt. No., or PO Box No. _The sckenan plaza_

City, State, ZIP+4® _Albany NY 12223_

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**Certified Mail service provides the following benefits:**

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not available* for international mail.
- Insurance coverage is *not available* for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

IMPORTANT: Save this receipt for your records.

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10001

OFFICIAL USE

| Certified Mail Fee $3.75 | |
|---|---|
| $ | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.58 |

Postmark
Here

09/17/2021

Total Postage and Fees

$

Sent To *Attention Ytous Co. + L. Cona*

Street and Apt. No., or PO Box No. *120 District Court*

*Penn Station 21st level*

City, State, ZIP+4® *NY NY 10001*

7020 1290 0000 4583 5101

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

New York, NY 10007

7020 1290 0000 4583 5279

Certified Mail Fee  $3.75                                    0225

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)            $ $0.00
☐ Return Receipt (electronic)          $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery  $

Postmark Here

Postage  $0.98    EmS

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage

$

Total Postage and Fees

$

*Sent To* MM 34th Means Atty Cop. Counsel NY

*Street and Apt. No., or PO Box No.* Church St 5th Floor

*City, State, ZIP+4®* New York NY 10007

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for instructions

7020 1290 0000 4583 5095

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Bethpage NY 11714

OFFICIAL USE

Certified Mail Fee    $3.75                    2021    0225
$                                                         5
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)      $  $0.00
☐ Certified Mail Restricted Delivery  $  $0.00
☐ Adult Signature Required         $  $0.00        Postmark
☐ Adult Signature Restricted Delivery $              Here

Postage        $0.58
$
Total Postage and Fees            09/17/2021
$
Sent To    Steffeus Attorney PC, Michele
Street and Apt. No., or PO Box No. 12 O Rummon Rd Suite 650
City, State, ZIP+4®   Bethpage, NY 11714

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1290 0000 4583 5132



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10007                                    OFFICIAL USE

Certified Mail Fee   $3.75                                    0225
$                              $0.00                            5
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $  $0.00
☐ Return Receipt (electronic)        $  $0.00        Postmark
☐ Certified Mail Restricted Delivery $  $0.00          Here
☐ Adult Signature Required           $  $0.00
☐ Adult Signature Restricted Delivery $
Postage            $0.58
$                                                    09/17/2021
Total Postage and Fees

Sent To   Henri NYPD/M/N/City N

Street and Apt. No., or PO Box No.   Henri CoRP cixnso

City, State, ZIP+4   100 Church St, 5th an
                     NY N  10007

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7020 1290 0000 4583 5156

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

New York, NY 10170

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.75 | 0225 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark |
| ☐ Return Receipt (electronic) $ $0.00 | Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.98 | |
| $ | |
| Total Postage and Fees | |

7020 1290 0000 4583 5170

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

```
                90 CHURCH ST FL 1
            NEW YORK, NY 10007-9998
                 (800)275-8777

09/22/2021                          12:14 PM

                    Duplicate
-----------------------------------------------
Product               Qty  Unit      Price
                            Price
-----------------------------------------------
First-Class Mail®      1                 $0.58
Letter
    Albany, NY 12231
    Weight: 0 lb 0.70 oz
    Estimated Delivery Date
    Sat 09/25/2021
    Certified Mail®                      $3.75
    Tracking #:
        70201260000458353554
Total                                    $4.33

First-Class™ Int'l       1               $5.81
Large Envelope
    United Kingdom of Great Britain &
    Northern Ireland
    Weight: 0 lb 3.50 oz

First-Class™ Int'l       1               $6.87
Large Envelope
    France
    Weight: 0 lb 4.90 oz
    Cert of Mailing                      $1.65
Total                                    $8.52

First-Class™ Int'l       1               $5.81
Large Envelope
    Luxembourg
    Weight: 0 lb 3.40 oz
    Cert of Mailing                      $1.65
Total                                    $7.46

First-Class™ Int'l       1               $5.81
Large Envelope
    Luxembourg
    Weight: 0 lb 3.40 oz

First-Class™ Int'l       1               $5.81
Large Envelope
    Switzerland
    Weight: 0 lb 3.40 oz
    Cert of Mailing                      $1.65
Total                                    $7.46

First-Class™ Int'l       1               $5.81
Large Envelope
    Turkey
    Weight: 0 lb 3.40 oz

CTOM - Individual --    1                $1.65
Domestic

CTOM - Individual --    1                $1.65
Domestic
-----------------------------------------------
Grand Total:                            $48.50
-----------------------------------------------
Debit Card Remitted                     $48.50
    Card Name: VISA
    Account #: XXXXXXXXXX5583
    Approval #: 668366
    Transaction #: 695
    Receipt #: 026249
    Debit Card Purchase: $48.50
    AID: A0000000980840       Chip
    AL: US DEBIT
    PIN: Verified
```

```
******************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
******************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
                1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
     https://informeddelivery.usps.com

              Please visit
     https://www.usps.com/intl/customs.htm
    to complete International Mail customs
    forms online and to ship packages from
    your home or office using Click-N-Ship(R)
                 service.

    Earn rewards on your business account
      purchases of Priority Mail labels
       with the USPS Loyalty program by
          using Click and Ship. Visit
         www.usps.com/smallbizloyalty
             for more info.

        United States Postal Service
           NOW HIRING NATIONWIDE
    Career Path Positions with Benefits
             Apply online at
           www.usps.com/careers

  All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

   Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device.
```



```
90 CHURCH ST FL 1
NEW YORK, NY 10007-9998
(800)275-8777

09/22/2021                    12:14 PM
--------------------------------------
               Duplicate
Product          Qty   Unit   Unit
                       Price  Price

First-Class Mail®     1              $0.55
  Letter
  Albany, NY 12201
  Weight: 0 lb 0.70 oz
  Estimated Delivery Date
     Sat 09/25/2021
  Certified Mail®                    $3.75
     Tracking #:
     70202920000045885354
  Total                              $4.33

First-Class™Intl          1          $5.81
  Large Envelope
  United Kingdom of Great Britain &
  Northern Ireland
  Weight: 0 lb 3.50 oz

First-Class™Intl          1          $6.87
  Large Envelope
  France
  Weight: 0 lb 4.90 oz
  Cert of Mailing                    $1.65
  Total                              $8.52

First-Class™Intl          1          $5.81
  Large Envelope
  Luxembourg
  Weight: 0 lb 3.40 oz
  Cert of Mailing                    $1.65
  Total                              $7.46

First-Class™Intl          1          $5.81
  Large Envelope
  Luxembourg
  Weight: 0 lb 3.40 oz

First-Class™Intl          1          $5.81
  Large Envelope
  Switzerland
  Weight: 0 lb 3.40 oz
  Cert of Mailing                    $1.65
  Total                              $7.46

First-Class™Intl          1          $5.81
  Large Envelope
  Turkey
  Weight: 0 lb 3.40 oz

CTOM - Individual -       1          $1.65
  Domestic

CTOM - Individual -       1          $1.65
  Domestic

Grand Total:                        $48.50

Debit Card Remitted                 $48.50
  Card Name: VISA
  Account #: XXXXXXXXXXXX9583
  Approval #: 668386
  Transaction #: 695
  Receipt #: 026249
  Debit Card Purchase: $48.50
  AID: A0000000980840
  AL: US DEBIT
  PIN: Verified     Chip

**********************************
USPS is experiencing unprecedented volume
  increases and limited employee
  availability due to the impacts of
  COVID-19. We appreciate your patience.
**********************************

Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
  and Data rates may apply. You may also
  visit www.usps.com USPS Tracking or call
                1-800-222-1811.

In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
  Associate can show you how.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
      https://informeddelivery.usps.com

              Please visit
  https://www.usps.com/intl/customs.htm
  to complete international Mail customs
  forms online and to ship packages from
  your home or office using Click-N-Ship(R)
                service.

Earn rewards on your business account
  purchases of Priority Mail labels
  with the USPS Loyalty Program by
  using Click and Ship. Visit
  www.usps.com/smallbizloyalty
         for more info.

     United States Postal Service
     NOW HIRING NATIONWIDE
  Career Path Positions with Benefits
         Apply online at
       www.usps.com/careers

All sales final on stamps and postage.
  Refunds for guaranteed services only.
    Thank you for your business.

  Tell us about your experience.
  Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device.
```



Letter
Rockville Centre, NY 11570
Weight: 0 lb 0.70 oz
Estimated Delivery Date
Mon 09/20/2021
Certified Mail®
Tracking #:
70201290000045835078

Total                                    $3.75

First-Class Mail®              1
Letter
Washington, DC 20515
Weight: 0 lb 2.10 oz
Estimated Delivery Date
Tue 09/21/2021
Certified Mail®
Tracking #:
70201290000045835316

Total                                    $3.75

First-Class Mail®              1
Letter
Washington, DC 20543
Weight: 0 lb 2.00 oz
Estimated Delivery Date
Tue 09/21/2021
Certified Mail®
Tracking #:
70201290000045835309

Total                                    $3.75

First-Class Mail®              1
Letter
New York, NY 10013
Weight: 0 lb 0.70 oz
Estimated Delivery Date
Mon 09/20/2021
Certified Mail®
Tracking #:
70201290000045835231

Total                                    $3.75

First-Class Mail®              1
Letter
New York, NY 10016
Weight: 0 lb 3.30 oz
Estimated Delivery Date
Mon 09/20/2021
Certified Mail®
Tracking #:
70201290000045835286

Total                                    $3.75

First-Class Mail®              1
Letter
Albany, NY 12206
Weight: 0 lb 1.20 oz
Estimated Delivery Date
Mon 09/20/2021
Certified Mail®
Tracking #:
70201290000045835200

Total                                    $3.75

First-Class Mail®              1
Letter
Albany, NY 12202
Weight: 0 lb 1.70 oz
Estimated Delivery Date
Mon 09/20/2021
Certified Mail®
Tracking #:
70201290000045835200

Total                                    $4.53

First-Class Mail®              1
Letter
New York, NY 10017
Weight: 0 lb 1.70 oz
Estimated Delivery Date
Mon 09/20/2021
Certified Mail®
Tracking #:
70201290000045835224

Total                                    $4.53

First-Class Mail®              1
Letter
New York, NY 10038
Weight: 0 lb 1.70 oz
Estimated Delivery Date
Mon 09/20/2021
Certified Mail®
Tracking #:
70201290000045835217

Total                                    $4.53

First-Class Mail®              1
Letter
New York, NY 10017
Weight: 0 lb 1.70 oz
Estimated Delivery Date
Mon 09/20/2021
Certified Mail®
Tracking #:
70201290000045835163

Total                                    $4.53

First-Class Mail®              1
Letter
New York, NY 10007
Weight: 0 lb 0.70 oz
Estimated Delivery Date
Mon 09/20/2021
Certified Mail®
Tracking #:
70201290000045835187

Total                                    $4.33

First-Class Mail®              1
Letter
Washington, DC 20530
Weight: 0 lb 1.70 oz
Estimated Delivery Date
Tue 09/22/2021
Certified Mail®
Tracking #:
70201290000045835262

Total                                    $4.53

First-Class Mail®              1
Letter
New York, NY 10007
Weight: 0 lb 0.60 oz
Estimated Delivery Date

```
UNITED STATES
POSTAL SERVICE.

POUGHKEEPSIE
55 MANSION ST
POUGHKEEPSIE, NY 12601-9998
(800)275-8777

09/17/2021                          06:14 PM

Product              Qty    Unit     Price
                            Price

First-Class Mail®      1              $3.16
Large Envelope
    Mineola, NY 11501
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
        Mon 09/20/2021

First-Class Mail®      1              $3.36
Large Envelope
    New York, NY 10004
    Weight: 0 lb 11.10 oz
    Estimated Delivery Date
        Mon 09/20/2021

First-Class Mail®      1              $3.16
Large Envelope
    New York, NY 10007
    Weight: 0 lb 10.80 oz
    Estimated Delivery Date
        Mon 09/20/2021

First-Class Mail®      1              $3.16
Large Envelope
    New York, NY 10007
    Weight: 0 lb 10.80 oz
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®                   $3.75
        Tracking #:
        70201290000045835095
    Affixed Postage                  -$3.16
    Affixed Amount:  $3.16            $3.75
Total                                 $3.75

First-Class Mail®      1              $3.16
Large Envelope
    Mineola, NY 11501
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®                   $3.75
        Tracking #:
        70201290000045835149
    Affixed Postage                   $3.16
    Affixed Amount:  $3.16
Total                                 $3.36

First-Class Mail®      1              $3.36
Large Envelope
    New York, NY 10004
    Weight: 0 lb 11.10 oz
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®                   $3.75
        Tracking #:
        70201290000045835088
    Affixed Postage                  -$3.36
    Affixed Amount:  $3.36            $3.75
Total                                 $3.75

First-Class Mail®      1              $0.78
Letter
    New York, NY 10170
    Weight: 0 lb 1.70 oz
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®                   $3.75
        Tracking #:
        70201290000045835064
Total                                 $4.53

First-Class Mail®      1              $0.58
Letter
    New York, NY 10007
    Weight: 0 lb 0.70 oz
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®                   $3.75
        Tracking #:
        70201290000045835101
Total                                 $4.33

First-Class Mail®      1              $0.58
Letter
    New York, NY 10001
    Weight: 0 lb 0.70 oz
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®                   $3.75
        Tracking #:
        70201290000045835101
Total                                 $4.33

First-Class Mail®      1              $0.58
Letter
    Bethpage, NY 11714
    Weight: 0 lb 0.70 oz
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®                   $3.75
        Tracking #:
        70201290000045835132
Total                                 $4.33

First-Class Mail®      1              $0.58
Letter
    Bethpage, NY 11714
    Weight: 0 lb 0.70 oz
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®                   $3.75
        Tracking #:
        70201290000045835125
Total                                 $4.33

First-Class Mail®      1              $0.78
```

Letter
    Rockville Centre, NY 11570
    Weight: 0 lb 0.70 oz
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®
        Tracking #:
        70201290000045835278                    $0.58

Total                                           $3.75

First-Class Mail®          1
Letter
    Washington, DC 20515
    Weight: 0 lb 2.10 oz                        $4.33
    Estimated Delivery Date
        Tue 09/21/2021
    Certified Mail®                             $0.98
        Tracking #:
        70201290000045835316                    $3.75

Total                                           $4.73

First-Class Mail®          1
Letter
    Washington, DC 20543
    Weight: 0 lb 2.00 oz                        $0.78
    Estimated Delivery Date
        Tue 09/21/2021
    Certified Mail®
        Tracking #:
        70201290000045835309                    $3.75

Total                                           $4.53

First-Class Mail®          1
Letter
    New York, NY 10013
    Weight: 0 lb 0.70 oz                        $0.58
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®
        Tracking #:
        70201290000045835231                    $3.75

Total                                           $4.33

First-Class Mail®          1
Letter
    New York, NY 10016
    Weight: 0 lb 3.30 oz                        $1.18
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®
        Tracking #:
        70201290000045835286                    $3.75

Total                                           $4.93

First-Class Mail®          1
Letter
    Albany, NY 12206
    Weight: 0 lb 1.20 oz                        $0.78
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®
        Tracking #:
        70201290000045835200                    $3.75

Total                                           $4.53

First-Class Mail®          1
Letter
    Albany, NY 12202
    Weight: 0 lb 1.70 oz                        $0.78
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®
        Tracking #:
        70201290000045835293                    $3.75

Total                                           $4.53

First-Class Mail®          1
Letter
    New York, NY 10017
    Weight: 0 lb 1.70 oz                        $0.78
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®
        Tracking #:
        70201290000045835224                    $3.75

Total                                           $4.53

First-Class Mail®          1
Letter
    New York, NY 10008
    Weight: 0 lb 1.70 oz                        $0.78
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®
        Tracking #:
        70201290000045835217                    $3.75

Total                                           $4.53

First-Class Mail®          1
Letter
    New York, NY 10017
    Weight: 0 lb 1.70 oz                        $0.78
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®
        Tracking #:
        70201290000045835163                    $3.75

Total                                           $4.53

First-Class Mail®          1
Letter
    New York, NY 10007
    Weight: 0 lb 0.70 oz                        $0.58
    Estimated Delivery Date
        Mon 09/20/2021
    Certified Mail®
        Tracking #:
        70201290000045835187                    $3.75

Total                                           $4.33

First-Class Mail®          1
Letter
    Washington, DC 20530
    Weight: 0 lb 1.70 oz                        $0.78
    Estimated Delivery Date
        Tue 09/21/2021
    Certified Mail®
        Tracking #:
        70201290000045835262                    $3.75

Total                                           $4.53

First-Class Mail®          1
Letter
    New York, NY 10007
    Weight: 0 lb 0.80 oz                        $0.58
    Estimated Delivery Date