United States District Court Southern District Of New York
-------------------------------------------------------------------------------------------------X

>                                          20-CV-0524 (MKV)
>                                          Grievance
>                                          Complain against
>                                          Security Staff at
>                                          Federal Court 40
>                                          Foley Square

Queen'Prinyah Godiah NMIAA Payne's El-Bey

    Plaintiff

    -against-

    Defendant's:

Crocilla, Cona, Michels, Porter, Vollas, Ward
Metropolitan Authority Police Benevolent Association & Police Benevolent Association
Metropolitan Transportation Authority, MTA & MTA 34 precinct @ Penn Station, The City Of New York, Bellevue Hospital & Staff's, et al.,

---------------------------------------------------------------------X

Dear, Judge MARY KAY VYSKOCIL, United Sates District Judge:

I have a Grievance that I must addressed to you about something that part-taking On Sept 22, 2021, between 12:26 P.M and 1 P.M I made the long trip to the Court house to dropped off the proof of mailing documents to the pro-se office, since I was told I needed to mail those whom already in/on the case about the amended complaint but new members they will take care of it. After spending so many monies that I had a family member put on card to paid for it I dropped off the proof of mailing along with other documents that I needed to drop off Supreme Court.

- When I arrived at 40 Foley, I went to the processed through the security, but they called a lady by the name of Leslie Ferguson When she came to screen me after she saw my American Flag that was attached at my backpack that was behind

my wheelchair she then saw the flag started to became so nasty/rude to the point where she flat told me that I cannot take the American Flag with me inside the Courthouse. I will file a grievance with High Superior Court/Supreme Court in Washington DC about such behavior. Anyway

- The last time I check I was not resigning inside a Communists Country nor Communicate China. I was confused and I got mad why would someone whom work for Federal Court of a Country refused a client to enter the Courthouse with that Country Flag?... Is that even-Constitutional Legal of such behavior?

- After I made a big deal about she then added one excuses after another then she said I cannot bring the poll that the flag was in inside the Courthouse, so I asked her this question that make no common-sense that I can only bring the fabric the flag its self without no-poll then she started getting more mad, raising her voice at me like I was a child so I addressed her Democratic America Country hating behavior by reminder her this is America, then she replied if I don't like leave America I reminded her I am the real American, I am Indigenous, I am inside my Ancestors Lands, I never was brought nor sold as slaves nor any of my Ancestors was brought or sold as slaves I was never forced to slavery nor capture from another country nor came here into America by chains nor was my Ancestors was forced into force labor so please explained to me how a rightful-true American can leave her own Ancestors Country and Lands?..., she got mad at me after I made such statements. She called me a Bitch few times when she did, I told her I am a Bitch with a Brain that love her Ancestors Lands and Country thanks for acknowledge such, she got madder she then called me " you're a bitch" second time I replied to her your mother indeed must be a Bitch or sad for bringing a sad-weak-confused full of hates for the country your work for like a person like yourself into this world. After all you wants to disrespect me and name-call me that is indeed not-professional at all especially when your at worked and disrespected clients like this she got more mad she then said if I don't like I can leave I remind her again I am a client and I have the right to bring my America-Flags inside an America-Court because the last-time I check I was

not resigning inside Communist-China and this Country is still called America not Communist China.

- I would like to know is it Illegal or Un-Constitutional wrong of me to wheel around with my American Flags in the back of my wheelchair?... Is it Illegal for me to bring my America-Flag inside an American Court?... Because I spend all day today readying laws and case laws after case laws on case text, law-library, and other legal website and so far, I cannot find any such Constitutional Law.
- I will address each situation accordingly I told her I told her America is not racist is that some people that is inside/resigned inside America are racists and dealt/do some-screw up things that makes America Racists. If you ever travelled like I have around the Globe you would have a love, respect and understand for America and for the Lands and your be extremely grateful for what you have also you would counts your blessing and your freedom every-second she did not like that at all she walked around from me screaming more nasty-bad words that I did not cares about at all because education is knowledge, knowledge is power, power is wisdom and wisdom is understanding, understand is self of knowledge and since I know myself who and what I am, I honestly did not care what else she have say or the names-calling she had for me, if she was having a bad day that is her issued not mine. I did voice her behavior to her manager who seemed did not care much about facts maybe he is used to her treating clients disrespectful, but no one will disrespect me when I showed respected and expect me not to speak back nor complain about such behavior.