UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PRINYAH GODIAH EL-BEY,

                     Plaintiff,

     -against-

OFFICER CROCILLA, et al.,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No.:
20-cv-00524

NOTICE OF
APPEARANCE

**S I R S:**

     **PLEASE TAKE NOTICE,** that the undersigned hereby enters an appearance as counsel of record in this action on behalf of Defendants, DOUGLAS MICHELS, JOSEPH CONA, and VASILIOS VOLLAS. The undersigned certifies that he is admitted to practice in this Court. All papers should be served upon the undersigned at the mailing address listed below.

Dated:  Mineola, New York
          September 27, 2021

                                Yours, etc.,

                                **BEE READY FISHBEIN**
                                **HATTER & DONOVAN, LLP**

                    By:      /S/
                                ANDREW K. PRESTON
                                *Attorneys for Defendant CROCILLA*
                                170 Old Country Road, Ste. 200
                                Mineola, New York 11501
                                (516) 746-5599
                                File No.:   6178-2103

**TO:**    **PRINYAH GODIAH EL-BEY**
          *Plaintiff pro se*
          40 Ann Street #2BA
          New York, NY 10038