UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
PRINYAH GODIAH EL-BEY,

                Plaintiff,

     -against-

OFFICER CROCILLA, et al.,

                Defendants.
------------------------------------------------X

Case No.:
20-cv-00524

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, Correspondence addressed to the Court Requesting an Extension of Time to Answer the Second Amended Complaint was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules upon the following parties and participants:

**PRINYAH GODIAH EL-BEY**
*Plaintiff Pro-Se*
40 Ann Street #2BA
New York, NY 10038

JOHNNA M. GLUSZAK-MANDRIN