UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PRINYAH GODIAH EL-BEY,

                **Plaintiff,**

        -against-

OFFICER CROCILLA, et al.,

                **Defendants.**
----------------------------------------X

<u>Case No.:</u>
20-cv-00524

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 27, 2021, the Notice of Appearance was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules upon the following parties and participants:

**PRINYAH GODIAH EL-BEY**
*Plaintiff pro se*
40 Ann Street #2BA
New York, NY 10038

_____
JOHNNA M. GLUSZAK-MANDRIN