UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

QUEE PRINYAH GODIAH NMIAA PAYNES EL BEY,                                    Index No. 20-CV-524 (MKV)

            Plaintiff,                                    **NOTICE OF APPEARANCE**

     v.

LEYLAND CROCILLA, et al.
               Defendants.
------------------------------------------------------------------x


TO:    The Clerk of Court and all parties of record

      I am admitted to practice in this Court, and I appear in this case as counsel for Defendant

METROPOLITAN TRANSPORTATION AUTHORITY ("MTA").

Dated:  New York, New York
       September 28, 2021

                                 Jason Douglas Barnes
                                 Assistant Associate Counsel
                                 METROPOLITAN
                                 TRANSPORTATION AUTHORITY
                                 2 Broadway, 4th Floor
                                 New York, New York 10004
                                 jabarnes@mtahq.org
                                 212-878-7215
                                 212-878-7398 (fax)