## DECLARATION OF SERVICE BY E-MAIL

I, Andrew B. Spears, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that on November 2, 2021 I served the following:

- Letter to Judge Vyskocil re: The City's Forthcoming Motion to Dismiss the Second Amended Complaint, dated November 2, 2021;

in the case captioned Primyah Godial Miaa Paynes El Bey v. Crocillo, et al., 20 Civ. 524 (MKV), by emailing a copy of the same, upon the following:

Primyah Godial Miaa Paynes El Bey
premdays.inc@gmail.com

Dated:  New York, New York
 November 2, 2021

*Andrew B. Spears*      /s
Andrew B. Spears
*Assistant Corporation Counsel*
Special Federal Litigation Division