UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
QUEE PRINYAH GODIAH NMIAA Paynes EL-BEY,

                Plaintiff,

    -against-

OFFICER CROCILLA, et al.,

                Defendants.
------------------------------------------------X

Case No.:
20-cv-00524

CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2021, **Rule 68 Offer of Judgment** was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules upon the following parties and participants:

**By Certified Mai and U.S. Mail to:**

    **QUEE PRINYAH GODIAH NMIAA Paynes EL-BEY**
    *Plaintiff Pro-Se*
    40 Ann Street #2BA
    New York, NY 10038

    and

**By Electronic Mail to:**
    premdays.inc@gmail.com
    premdays.inc@protonmail.com

_____
MARIA G. FERRI