UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

QUEE PRINYAH GODIAH NMIAA Paynes EL-BEY,

          Plaintiff,

-against-

OFFICER CROCILLA, et al.,

          Defendants.
-------------------------------------------------X

Case No.:
20-cv-00524

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022, **Rule 68 Offer of Judgment** was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules upon the following parties and participants:

**By Certified Mail and U.S. Mail to:**

**QUEE PRINYAH GODIAH NMIAA Paynes EL-BEY**
*Plaintiff Pro-Se*
2020 West Pensacola Street, #21146
Tallahassee, FL  32316

_____
MARIA G. FERRI