UNITED STATES DISRTICT COURT

SOUTHERNERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

queen'prinyah Godiah nmiaa payne's el-bey          Index: 20-CV-524 (MKV)

                                                                                        Answering Offer of Judgement

                  **PLAINTIFF,**                                      Attorney Andrew K. Preston

                                                                             For Defendant Leyland Crocilla

**-Against-**

LEYLAND CROCILLA, MTA, MTA 34-PRECINCT,

METROPOLITAN AUTHORITY POLICE BENEVOLENT,

POLICE BENEVOLENT ASSOCIATION, BELLEVUE,

HOSPTIAL, P.O. MICHELS, VOLLAS, LT. COZA,

CIVILIAN COMPLAINT REVIEW BOARD, U.S DEPT. OF JUSTICE,

OFFICE OF INTERNAL AFFAIRS, CITY OF NEW YORK

                  **DEFENDANTS,**

-------------------------------------------------------------------------------------------------------------x

        Dear, Attorney Andrew K. Preston for LEYLAND CROCILLA the law-firm of BEE READY FISHBEIN HATTER & DONOVAN, LLP.

Since My Uncle drove all the way from Georgia to go get my mail and to bring it to my tribal chef who then scanned it to my email's, so I printed them out I notice this letter was dated way back in November 10,2021. I am joyful with pleasure will take this opportunity to rebuttal every second of your statements/words after all am recovering from this virus/bugs that I caught traveling around with tribes, friends and families visiting internationals places and today was the first day I just finished a phone conference and my throated hurting and am cracking as hell from that because of that am going to take my time to replied stepped-by step to each of your "Interesting statements/words in this letter with laws backing up, since you lawyers hates to reads and complained with a plaintiff like myself quotes laws and called you/ya out on ya b's. This letter made me realized that I needed to cut my long engagement vacation short.

**TO: Queen Prinyah Godiah NMIAA Payne's El-Bey**

With all due respect please have my name write correctly especially if your written a letter to someone and you/your firm cannot spell the Plaintiff name correctly its indeed a shame.

Please note my name write with small <u>queen'prinyah Godiah nmiaa payne's el-bey</u> because am a human being, flushed and blood, breathing, alive with the breathed of Almighty G-D/Creator running in my lung and all over my body. Am not a corporation nor the corrupts systems/corrupts American's systems.

**"Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Leyland Crocilla, MTA, P.O. Michels, vollas, and Lt. Coza hereby offer to allow Judgement to be entered against them in this action in the amount of $50,000.00 including all of the Plaintiff's claims for relief."**

Dear, the Defendants and the Defendant's Attorney(s) listed above:

After spoke to my families, tribes, friends, and my fiancé about this statement you wrote above and the words that came out of their mouth was vulgar/extremely-couleur-vulgaire. But I find this statement listed to be extremely entertained because facts are facts:

1. Show me where in the Constitutional Laws where any Police Officer can Attacked someone without proper caused.

    A.) Did I stole/Robbed a bank?

    B.) Did I murder/kill anyone?

    C.) Did I rap anyone?

D.) Did I point-a-gun as someone head?

Show me where in the Constitutionals-laws does an officer have the constitutional lawful rights to falsely imprison someone for speaking out wrong evil doings/doers that officers was/is doing against the public, against "We the People." Please tell me this don't NYC have a saying **"see something, say something?"** so just because your clients was/ his/ they were on his/they're high horses, and in they/his red-neck high power privileges decided to violate me whom in his/their eyes not superior then them as a nobody. After all, ya murders, stole the lands from my people and put us inside a cave that ya called "Reservations", as a brown-skin Tribal Indigenous First-Nation human being created in the image of Allah/G-D/Thee Creator your clients lies inside their documents to cover their Derrière, their/his evils that was done to me as in individual, as his/they've have done to many other innocents victims, got away with it and the systems will continued to blessed them to get it.

 Your clients violate my rights, violates my freedoms, stole my belongings, broke my ribs when he kicks me over and over again, broken my wheelchair when he was forcing himself on me to get my purse that was wrapped around my shoulder that I was holding on tight, hit me in the head with his baton while am bleeding in the head, pleading for medical-help, making joke how he can rap me inside the elevator knowing fully-well the camera inside the elevator wasn't working so he/they can get away with whatever they wants to do to me while I was powerless inside the cold elevator floor pleading for my virtual/purity and my life, then turn away to falsely lies to the hospital staff's  in

other to force me to psych-ward while I was cover with my own blood from my head all over my clothing that way he/they can cover their evil /injurious criminal-crimes. After all I have your clients on Video Camera's harassments me inside Penn-Station, again your client(s) have PHD Practice on violating the Public. Since this is not the first time your client(s) harassed the public "We the People" your client(s) went way beyond his harassment's duties to threated me on Instagram sending me private threaten/harassed messages there until I hand-up deleting my account and your client went on YouTube to continued his harassments behaviors to silence me from calling him out and from getting TRUE-JUSTICE, as he had treated me and reminded me over and over again what he told me inside the elevator as he kick over and over again, as he used his baton on me while on the floor bleeding from my head, as he was throwed me out of my wheelchair, as he made statement he can rapped me inside the elevator an there's nobody can do nothing about it, as he told me if I ever go after him it will be his words against mine/and he is an officer he can  and will get away with it including murder if he wants too, as he stolen my personal stuffs, went to my personal belongs without my consent that he stole put on his pockets and as he cut my purse that was around my shoulder that I was holding on tight so he could not have accessed to my personal documents inside my person-belongings but he used his baton hitting me with it  over and over again until I let it go. I watched him smiling and laughing telling  Negroes Joke, rapped joke with his partner in crimes inside the elevator as he violate my Constitutional rights, as I watch him

stolen my items by putting them in his pockets including libraries books and cards he stole, my phones, laptop-disappear, groceries-no body know what happen to them, some shopping's items-gone, tribals documents he put inside his police pockets, Corrupt-America United States Documents & I.D's, documents with my tribes with United Nations & Documents with other Countries and Tribes that I had inside my purse that he have a fiesta with them by stealing them that still to this day never got/never return back to me and so forth.

I'm a private tribal person that enjoy LIBERTY, FREEDOM & TRUE-JUSTICE also I do enjoy calling out the evils that Your Systems and those who work for the systems that are evils/that are doing.

<u>I love and Respect Jesus Christ when he spoke to his followers in Parable's & calling them out/calling out the corruptions/corrupts generations/systems of the evils during his times.</u>

Because of your client's evil that has done to me: The un-safe that I felt every time that I turn around while am going about my business(es) in the street of NY and caused me of not feeling secure in the States that I honestly truly love, a state that I though that would get marry and raised a family. But NY showed me that state only have evildoers operating it/evildoers in powers/in the systems/and inside the Courts-Systems. Because I realized that I will real never get TRUE-JUSTICE in NY and because I have a Pure Heart and an Innocent Soul, I cannot nor be part of any evil nor evil corrupt systems. It honestly hurts me to move out of a state that, so I love, because of the un-safety and the

threaten fears that your clients had put and reminded me and was diagnosed with PTSD by my PCP. For my safety it is best for me to temporarily move out of a state that I love in the hope I can get, be center and ground/gain myself again one-day.

In the Word of Dr. Payne's My Grandpa who is healthy and ninety-plus young stated this "My Dear, Purity you can tell them climb a tree take the $50,000.00 do themselves with it while dropped from the tree to their own-death while screaming going straight to hell in the hope hell will be nice juicy hot to barbeque them & Their Derrière."

**"This offer of Judgement is made for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed as either an admission that Defendants are liable in this action, or that the Plaintiff has suffered any damage. This offer of Judgement shall not file with the Court unless (a) accepted or (b) in a proceeding to determine costs."**

Questions for Defendants and Defendants Attorneys if someone done/did something like this/something horrified as those Defendants had done to me would/will you accepted $50,000.00 and agree to this bs statement above?

If you say yes, you are indeed a lying devil:

Please note no offer will be settle out of court also note Defendants will admit wrongdoing and why they attacked me that day, I deserved an answer?

Serious, I was educated by the Tribal(s)/tribals International Systems, international systems, the Europeans Systems and the Corrupt-evil American Systems, stop insulting my intelligent.