UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

QUEE PRINYAH GODIAH NMIAA Paynes EL-BEY,

            Plaintiff,

-against-

OFFICER CROCILLA, et al.,

            Defendants.
------------------------------------------------X

<u>Case No.:</u>
20-cv-00524

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 25, 2022, **Rule 68 Offer of Judgment** was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules upon the following parties and participants:

**By Certified Mail and U.S. Mail to:**

    QUEE PRINYAH GODIAH NMIAA Paynes EL-BEY
    *Plaintiff Pro-Se*
    2020 West Pensacola Street, #21146
    Tallahassee, FL 32316

    and

**By Electronic Mail to:**
        <u>premdays.inc@gmail.com</u>
        <u>premdays.inc@protonmail.com</u>

                                          _____
                                               MARIA G. FERRI