UNITED STATES DISRTICT COURT SOUTHERNERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------------------------------

| | |
|---|---|
| queen'prinyah Godiah nmiaa payne's el-bey | Index: 20-CV-524 (MKV) |
| | Answering Offer of Judgement Attorney Andrew K. Preston For |
| | Defendant Officer Leyland Crocilla |

PLAINTIFF,

-Against-

LEYLAND CROCILLA, MTA, MTA 34-PRECINCT, METROPOLITAN AUTHORITY POLICE BENEVOLENT, POLICE BENEVOLENT ASSOCIATION, BELLEVUE, HOSPTIAL, P.O. MICHELS, VOLLAS, LT. COZA, CIVILIAN COMPLAINT REVIEW BOARD, U.S DEPT. OF JUSTICE, OFFICE OF INTERNAL AFFIARS, CITY OF NEW YORK

DEFENDANTS,

-----------------------------------------------------------------------------------------------------------x

Dear, Attorney Andrew K. Preston for LEYLAND CROCILLA the law-firm of BEE READY FISHBEIN HATTER & DONOVAN, LLP.

TO Defendant(s) Attorney this is the second that your/your firms misspelled my name if firms cannot spell or have no respect for me by spelling my name correctly please not this will be the last time I will asked for your firm to spell my name correctly if you the next time you spell my name I will block you on my email and ignored any future corresponding from you and your firm.  I am well known to block and ignored people I have a great PHD on that:

Now since your firm decided to be continued to disrespect me by continued Misspelled my name incorrectly after I corrected you and your firm the first time. Please note like I

stated the first time there'll be no secret settlement and your clients whom had attacked me will have to admitted they're evil-wrong doing also this case will be going to trial by juries, so please stop insulting my intelligence with stupid settlements and stupid words: there'll be no more discussions without your clients admitted in record they FUCK-UP.

They've attacked me just because they're races, and they're think they're High Mighty and they think they can get away with it. Am ready to fight this case all the way to trial. Your clients must tell the truth and your clients owed me explanations why I was Attacked.

Please also know future discoveries when time's come that I will take from your client will be made public words to words the public must know why and those police brutalities attacks on 'We the People" whom paid their salaries must stop.

Now since I had answered the first stupid letter you send me and now this second stupid email with the same thing, it seemed to me that yea can't read so I will be happy, copies and paste the first replied with this second letter and a copy will be upload to the court docket, nothing will be secret:

> Please note my name write with small queen'prinyah Godiah nmiaa payne's el-bey because am a human being, flushed and blood, breathing, alive with the breathed of Almighty G-D/Creator running in my lung and all over my body. Am not a corporation nor the corrupts systems/corrupts American's systems. "Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Leyland Crocilla, MTA, P.O. Michels, vollas, and Lt. Coza hereby offer to allow Judgement to be entered against them in this action in the amount of $50,000.00 including all of the Plaintiff's claims for relief." Dear,

the Defendants and the Defendant's Attorney(s) listed above: After spoke to my families, tribes, friends, and my fiancé about this statement you wrote above and the words that came out of their mouth was vulgar/extremely-couleur-vulgaire. But I find this statement listed to be extremely entertained because facts are facts: 1. Show me where in the Constitutional Laws where any Police Officer can Attacked someone without proper caused. A.) Did I stole/Robbed a bank? B.) Did I murder/kill anyone? C.) Did I rap anyone? D.) Did I point-a-gun as someone head? Show me where in the Constitutionals-laws does an officer have the constitutional lawful rights to falsely imprison someone for speaking out wrong evil doings/doers that officers was/is doing against the public, against "We the People." Please tell me this don't NYC have a saying "see something, say something?" so just because your clients was/ his/ they were on his/they're high horses, and in they/his red-neck high power privileges decided to violate me whom in his/their eyes not superior then them as a nobody. After all, ya murders, stole the lands from my people and put us inside a cave that ya called "Reservations", as a brown-skin Tribal Indigenous First-Nation human being created in the image of Allah/G-D/Thee Creator your clients lies inside their documents to cover their Derrière, their/his evils that was done to me as in individual, as his/they've have done to many other innocents victims, got away with it and the systems will continued to blessed them to get it. Your clients violate my rights, violates my freedoms, stole my belongings, broke my ribs when he kicks me over and over again, broken my wheelchair when he was forcing himself on me to get my purse that was wrapped around my shoulder that I was holding on tight, hit me in the head with his baton while am bleeding in the head, pleading for medical-help, making joke how he can rap me

inside the elevator knowing fully-well the camera inside the elevator wasn't working so he/they can get away with whatever they wants to do to me while I was powerless inside the cold elevator floor pleading for my virtual/purity and my life, then turn away to falsely lies to the hospital staff's in other to force me to psych-ward while I was cover with my own blood from my head all over my clothing that way he/they can cover their evil /injurious criminal-crimes. After all I have your clients on Video Camera's harassments me inside Penn-Station, again your client(s) have PHD Practice on violating the Public. Since this is not the first time your client(s) harassed the public "We the People" your client(s) went way beyond his harassment's duties to threated me on Instagram sending me private threaten/harassed messages there until I hand-up deleting my account and your client went on YouTube to continued his harassments behaviors to silence me from calling him out and from getting TRUE-JUSTICE, as he had treated me and reminded me over and over again what he told me inside the elevator as he kick over and over again, as he used his baton on me while on the floor bleeding from my head, as he was throwed me out of my wheelchair, as he made statement he can rapped me inside the elevator an there's nobody can do nothing about it, as he told me if I ever go after him it will be his words against mine/and he is an officer he can and will get away with it including murder if he wants too, as he stolen my personal stuffs, went to my personal belongs without my consent that he stole put on his pockets and as he cut my purse that was around my shoulder that I was holding on tight so he could not have accessed to my personal documents inside my person-belongings but he used his baton hitting me with it over and over again until I let it go. I watched him smiling and laughing telling Negroes Joke, rapped joke with his partner in crimes

inside the elevator as he violate my Constitutional rights, as I watch him stolen my items by putting them in his pockets including libraries books and cards he stole, my phones, laptop-disappear, groceries-no body know what happen to them, some shopping's items-gone, tribals documents he put inside his police pockets, Corrupt-America United States Documents & I.D's, documents with my tribes with United Nations & Documents with other Countries and Tribes that I had inside my purse that he have a fiesta with them by stealing them that still to this day never got/never return back to me and so forth. I'm a private tribal person that enjoy LIBERTY, FREEDOM & TRUE-JUSTICE also I do enjoy calling out the evils that Your Systems and those who work for the systems that are evils/that are doing. I love and Respect Jesus Christ when he spoke to his followers in Parable's & calling them out/calling out the corruptions/corrupts generations/systems of the evils during his times. Because of your client's evil that has done to me: The un-safe that I felt every time that I turn around while am going about my business(es) in the street of NY and caused me of not feeling secure in the States that I honestly truly love, a state that I though that would get marry and raised a family. But NY showed me that state only have evildoers operating it/evildoers in powers/in the systems/and inside the Courts-Systems. Because I realized that I will real never get TRUE-JUSTICE in NY and because I have a Pure Heart and an Innocent Soul, I cannot nor be part of any evil nor evil corrupt systems. It honestly hurts me to move out of a state that, so I love, because of the un-safety and the threaten fears that your clients had put and reminded me and was diagnosed with PTSD by my PCP. For my safety it is best for me to temporarily move out of a state that I love in the hope I can get, be center and ground/gain myself again one-day. In the Word of Dr. Payne's My Grandpa who is

healthy and ninety-plus young stated this "My Dear, Purity you can tell them climb a tree take the $250,000.00 do themselves with it while dropped from the tree to their own-death while screaming going straight to hell in the hope hell will be nice juicy hot to barbeque them & Their Derrière." "This offer of Judgement is made for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed as either an admission that Defendants are liable in this action, or that the Plaintiff has suffered any damage. This offer of Judgement shall not file with the Court unless (a) accepted or (b) in a proceeding to determine costs." Questions for Defendants and Defendants Attorneys if someone done/did something like this/something horrified as those Defendants had done to me would/will you accepted $50,000.00 and agree to this bs statement above? If you say yes, you are indeed a lying devil: Please note no offer will be settle out of court also note Defendants will admit wrongdoing and why they attacked me that day, I deserved an answer? Serious, I was educated by the Tribal(s)/tribals International Systems, international systems, the Europeans Systems and the Corrupt-evil-American Systems, stop insulting my intelligent.

Since it seemed you clients is desperate/seemed this evil that they've done to me goes away, or maybe away to shut me down since from the times your clients decided to do me ill/evil

Your clients destroyed my heart device that am still trying to find a doctor to replace it because of covid-19 and because of my pre-existing health conditions am worried about going to Hospital to have the surgery to have the device taking care of because I am not looking to catch covid-19 nor its seeds.

Please let me brief-remind your clients what've some of they've done to me in clear America-English:

- Police brutality
- Force Arrest
- Lies to hospital staff's members and paperwork's force me to psych-ward while am bleeding pleading for medical-help
- Falsify Documents/Lies in their paperwork's to cover their Derrière
- Harassment's me in social mediates to the points that I had to shut my social medias down and those that I didn't shut down I had to make private because of the harassment's
- Threaten me in social media also your client did not have my consent to threaten me in my Instagram account that I was force to shut-down because of his threated.
- I hand up with a damage heart device and PTSD's: I cannot trusted no-one and the hates I have for police officers after I was treated by your evil-bastards clients if I was God I would just burned them with hell fire's without blinking an eye. But every day I have to remind myself no all Police Officers are evil-Bastards like your clients. Everyday it's a struggle for me to deal with your corrupted evil-Corrupts Systems.
- I have to give up a City that I love, because of the evil that your clients had done to me.
- I hand-up with a crack hip's that's still to this day I cannot sleep in the side.
- I was handcuffs against my real to this day I have to mark/scare from that.

- Fuck-up/broke my wheelchair and stole my personal properties/items
- Mental Anguish
- Humiliation
- Pain and suffering
- I was dragged from /out of the elevator all the way in the front of 34 street and 7th avenue like I was a no body. Yet, if your clients think for a second that they'll will not admitted they evil-bastard wrongdoing they've done to me they've better think again because I will get that from they either in Deposition or during Court trial with Juries or your clients can come clean and confessed now either or I will get the truth from them and I will also plan bring every person's they've attacked and done wrong to during trials this is a case that for me is true-Justice and I will get it either ways.
- Violated my Religion by illegally touch me without my wills when I had kept asking for a female officer
- Used his baton over and over on me and kick me over and over while laughing like I was nothing/like I was worst then a piece of dirt.
- Threatened to rap me and they've known they can get away with it.
- Since those Bastard-Evils have big fat-Juicy pockets of wealth behind them your dared insulted my intelligent with these shits.

Like I stayed before **stop insulting my intelligence with your fiat's offering;**

**New York City Police Department Claims**

- The number of tort claims filed against the New York City Police Department (NYPD) dropped to 5,728 in FY 2020 from 5,851 in FY 2019, a two percent decline.
- NYPD tort claim settlement and judgment payouts declined from $225.2 million in FY 2019 to $205.0 million in FY 2020, a nine percent decrease.
- Between 2010 and 2014, New York City spent $601.3 million on police misconduct cases, and spent nearly $270 million on policy misconduct claims in fiscal years 2017 and 2018
- Johanna Pagan-Alomar, a Bronx resident, will receive $1.25 million to resolve a lawsuit against the NYPD, stemming from a 2018 incident that left Pagan-Alomar without her left eye.

**Other's:**

- **$5.9 million** to the family of Eric Garner, who suffered fatal injuries from a police officer who placed him in a chokehold
- **$4.1 million** to the family of Akai Gurley, who was killed in a Brooklyn housing project by an officer's ricocheting bullet
- **$3 million** to the family of Amadou Diallo, a West African immigrant who was fatally shot in the Bronx by cops who mistook his wallet for a gun
- **$600,000** to Jateik Reed and three relatives in an NYPD police brutality lawsuit involving racial profiling
- **In their claim against the Cit of Phoenix, Ames and Harper made a $10 million demand. The viral incident resulting in this Settlement led the Phoenix Police Depart to fire an officer and implement a policy where a report must be filed each times a gun is pointed at someone**

In conclusion; I could continue with more police brutalities case, yet you and your evil-bastard clients wants to insult my intelligent with dog-table scrapped settlement:

Also part of the settlement trials that I will have against those bastards I will asked for them to get fire and never works for any police department nor have accessed to the systems so innocent-victims whom are afraid or suffering silence would/will never be in fears/scares. I will get my Justice for the sick for all of innocent's victims that your evil-bastards clients caused them.