UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QUEE PRINYAH GODIAH NMIAA Paynes EL-BEY,

                                                Plaintiff,

          -against-

LEYLAND CROCILLA, MTA, MTA 34 PRECINCT,
METROPOLITAN AUTHORITY POLICE BENEVOLENT
ASSOCIATION, POLICE BENEVOLENT ASSOCIATION,
POLICE BENEVOLENT ASSOCIATION, BELLEVUE
HOSPITAL, P.O. MICHELS, VOLLAS, LT. COZA,
CIVILAN COMPLAINT REVIEW BOARD, U.S. DEPT.
OF JUSTICE, OFFICE OF INTERNAL AFFAIRS,
CITY OF NEW YORK

                                            Defendants.
------------------------------------------------------------X

Index No.:
20-CV-524

OFFER OF
JUDGMENT

TO:    Quee Prinyah Godiah Nmiaa Paynes El-Bey
by e-mail to:  premdays.inc@gmail.com
                   premdays.inc@protonmail.com
by certified and U.S. Mail to:
      2020 West Pensacola Street #21146
      Tallahassee, FL 32316

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Leyland Crocilla, MTA, P.O. Michels, Vollas, and Lt. Coza hereby offer to allow Judgment to be entered against them in this action in the amount of $250,000.00 including all of Plaintiff's claims for relief. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed as either an admission that Defendants are liable in this action, or that the Plaintiff has suffered any damage. This offer of judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Dated: Mineola, New York
       January 24, 2022

                                        Yours, etc.
                                        BEE READY FISHBEIN
                                        HATTER & DONOVAN, LLP

                              By:  _____
                                        Andrew K. Preston
                                        170 Old Country Road – Suite 200
                                        Mineola, New York 11501
                                        (516) 746-5599