UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**Quee Prinyah Godiah NMIAA Paynes El Bey**,

                Plaintiff(s),

    -v-

**Leyland Crocilla, MTA, MTA 34 Precinct** *34th Street Penn Station on 7th Ave.*, **Metropolitan Authority Police Benevolent Association, Police Benevolent Association, Bellevue Hospital, P.O. Michels** *ID#4012*, **Vollas** *Patrol Supervisor MTA, ID #414*, **Lt. Coza** *MTA Police, ID#63*, **Civilian Complaint Review Board**, **U.S. Dept. of Justice**, **Office of Internal Affairs**, **Police Benevolent Association**, **City of New York**,

                Defendant(s).

------------------------------------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

20 Civ. 524 (LTS)(GWG)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:*  _____  _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| ___ | If referral is for discovery disputes for a specific period when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| ___ | Referral for discovery disputes requiring prompt attention at any time when the District Judge is not immediately available (e.g., on trial or out of town) | ___ | Social Security |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____  _____  All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:     New York, New York
              February 18, 2022

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge