UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
QUEE PRINYAH GODIAH NMIAA PAYNES
EL BEY                                                       :

                                                             :    ORDER
                        Plaintiff,

                                                             :    20 Civ. 524 (LTS) (GWG)
       -v.-
                                                             :

LEYLAND CROCILLA et al.,                                     :

                                                             :
                        Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      In an Order dated February 22, 2022, the Court ordered the parties to attend a conference by telephone. The defendant's attorneys dialled into the conference but plaintiff failed to do so. Plaintiff is directed to file a letter by March 17, 2022, explaining why she did not dial into this conference.

      In addition, the Court is adjourning the conference to Thursday, March 24, 2022, at 11:00 a.m. At this date and time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, <u>any other recording or dissemination of the proceeding in any form is forbidden.</u> When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      Finally, plaintiff is warned that if she fails to file the letter required by this Order and/or fails to dial into the conference on March 24, 2022, at 11:00 a.m., her case may be dismissed.

SO ORDERED.

Dated: March 10, 2022
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge