UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

QUEE PRINYAH GODIAH NMIAA PAYNES EL BEY,

                        Plaintiff,

        -against-

LEYLAND CROCILLA, et al.,

                      Defendants.
-----------------------------------------------------------------X

**Case No.:**
**20-cv-00524**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2022, ***Order of United States Magistrate Judge Gabriel W. Gorenstein dated March 10, 2022*** was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules upon the following parties and participants:

**By Electronic Mail to:**

        **premdays.inc@gmail.com**
        **premdays.inc@protonmail.com**

                                                  JENNIFER EBERT