UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
QUEEn PRINYAH GODIAH NMIAA PAYNES
EL BEY                                                       :

                                                :      <u>ORDER</u>
                      Plaintiff,

                                                :      20 Civ. 524 (LTS) (GWG)
    -v.-
                                                :

LEYLAND CROCILLA et al.,                                     :

                                                :
                    Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      As reflected at a conference held today, the plaintiff will file a third amended complaint on or before April 14, 2022.  Plaintiff is reminded that any third amended complaint will replace any prior complaint in this matter.  In light of plaintiff's intention to file a third amended complaint, the pending letters seeking permission to file a motion to dismiss or for an extension of time to file an answer (Docket ## 39, 43 and 47) are deemed withdrawn.  Also, the Court notes that Judge Swain, to whom the case is now assigned, does not have a pre-motion conference requirement.

      If the third amended complaint is timely filed, defendants shall, by May 5, 2022, either answer the third amended complaint or file a motion to dismiss returnable before Judge Swain and compliant with her Individual Practices.  If a third amended complaint is not timely filed, the case will proceed on the second amended complaint and defendants shall, by May 5, 2022, either answer the second amended complaint or file a motion to dismiss returnable before Judge Swain and compliant with her Individual Practices.

      Plaintiff stated today at the conference that she does not wish to have a pro bono attorney appointed to represent her.  Accordingly, the application at Docket # 37 is deemed withdrawn.

      Finally, the Clerk is directed to change the first name of plaintiff on the caption from "Quee" to "Queen."

SO ORDERED.

Dated:  March 24, 2022
          New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge