UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
QUEEN PRINYAH GODIAH NMIAA  :
PAYNES EL BEY,
                                                                  :
                         Plaintiff,
                                                                  :         ORDER
              -against-                                                   20 Civ. 524 (LTS) (GWG)
                                                                  :
LEYLAND CROCILLA, et al.,
                                                                  :

                         Defendants.       :
--------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The plaintiff has significantly shortened her complaint, which goes very far towards accomplishing what was suggested at the conference held on March 24, 2022. The Court commends her efforts. However, some changes are still needed to conform the complaint to the requirements of the Federal Rules of Civil Procedure, as described below. Accordingly, the Court directs plaintiff to file a Fourth Amended Complaint.

Plaintiff should add to/change the complaint she just filed in the following ways:

1. At the beginning, put a section entitled "Defendants" and name each defendant being sued. For each defendant, provide a title and work address for that defendant. The list of defendants must match the caption.

2. The plaintiff may use the text of the complaint that was just filed for the body of the complaint. But each sentence must be set forth in a consecutively numbered paragraph. See Fed. R. Civ. P. 10(b). Plaintiff is reminded that the Fourth Amended Complaint will replace, not supplement, any prior complaint.

3. After listing these facts, state the legal basis for any claim for relief, without any legal argument or discussion. In a case such as this, it is sufficient to state "I am suing for violation of my federal constitutional rights under 42 U.S.C. § 1983."

4. Add a sentence at the end that states the amount of money damages or other relief you are seeking.

5. Add a signature line to the complaint, showing that you have signed it, and add a date.

6. Below the signature line, give your full name and address.

Plaintiff may file a Fourth Amended Complaint that conforms with the above on or before May 13, 2022. Defendants' time to respond to the Third Amended Complaint is stayed pending the filing of the Fourth Amended Complaint.

The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190, which has provided invaluable help to other pro se plaintiffs.

SO ORDERED.

Dated: April 22, 2022
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge