UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
QUEEN PRINYAH GODIAH NMIAA    :
PAYNES EL BEY,
                                                                  :
                                   Plaintiff,
                                                                  :            ORDER
                      -against-                                   20 Civ. 524 (LTS) (GWG)
                                                                  :
LEYLAND CROCILLA, et al.,
                                                                  :
                                   Defendants.   :
----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

On April 22, 2022, the Court directed plaintiff to file a Fourth Amended Complaint on or before May 13, 2022. (Docket # 64) ("April 22 Order"). The Court explained six changes that plaintiff needed to make to ensure her complaint complies with the Federal Rules of Civil Procedure. Id. Plaintiff did not file a Fourth Amended Complaint as directed.

Even though plaintiff missed this deadline, the Court will extend the May 13 deadline until June 6, 2022. Plaintiff is given leave to file a Fourth Amended Complaint as set forth in the April 22 Order by June 6, 2022. Defendants' time to respond to the Third Amended Complaint is stayed pending the filing of the Fourth Amended Complaint. If plaintiff again does not file a Fourth Amended Complaint, defendants shall respond to the Third Amended Complaint by June 27, 2022, and, if they wish to make a motion, shall do so in accordance with Judge Swain's Individual Practices.

The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190, which has provided invaluable help to other pro se plaintiffs.

SO ORDERED.

Dated:   May 23, 2022
            New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge