UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
QUEEN PRINYAH GODIAH NMIAA  :
PAYNES EL BEY,
                                                                  :
                         Plaintiff,
                                                                  :        ORDER
            -against-                                                      20 Civ. 524 (LTS) (GWG)
                                                                  :
LEYLAND CROCILLA, et al.,
                                                                  :
                         Defendants.      :
---------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     With regard to plaintiff's request to transfer venue to the United States District Court for the Southern District of Texas (Docket# 66), the motion is denied. The only basis for plaintiff's request is that she has moved to another state and that she does not believe she will obtain "true justice" in this Court. Id. Plaintiff thus has not demonstrated that she satisfies any of the factors that allow for a transfer under the governing statute, 28 U.S.C. § 1404(a). See generally Starr Indem. & Liab. Co. v. Brightstar Corp., 324 F. Supp. 3d 421, 430-31 (S.D.N.Y. 2018) (summarizing the factors governing a transfer of venue).

     Plaintiff has also filed a letter (Docket # 70) indicating that she did not receive certain orders from this Court. However, the plaintiff has consented to electronic service (Docket ## 3, 24) and thus Court orders are not mailed to her.[1] Nonetheless, the Court attaches for plaintiff's benefit a copy of an Order it issued on May 23, 2022 (Docket # 65) ("May 23 Order"), allowing plaintiff another opportunity to file a Fourth Amended Complaint.

     The Court will extend the deadline in the May 23 Order for the filing of any Fourth Amended Complaint to June 16, 2022. If plaintiff does not file a Fourth Amended Complaint in conformity with the May 23 Order, defendants shall respond to the Third Amended Complaint by June 30, 2022. If they wish to make a motion, they shall do so in accordance with Judge Swain's Individual Practices.

     Counsel for defendants are requested to email a copy of this Order to plaintiff.

---

[1] The Court notes that the email addresses listed in Docket ## 3 and 24 differ from the email address provided by plaintiff in Docket # 70 — the latter of which is currently listed on the docket sheet. If plaintiff believes ECF notifications are now being directed to an incorrect email address, plaintiff should contact the ECF Help Desk at 212-805-0136, or at ECFSupport@NYSD.uscourts.gov.

SO ORDERED.

Dated: June 2, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
QUEEN PRINYAH GODIAH NMIAA       :
PAYNES EL BEY,
                                 :
              Plaintiff,
                                 :     ORDER
       -against-                       20 Civ. 524 (LTS) (GWG)
                                 :
LEYLAND CROCILLA, et al.,
                                 :
              Defendants.        :
------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

On April 22, 2022, the Court directed plaintiff to file a Fourth Amended Complaint on or before May 13, 2022. (Docket # 64) ("April 22 Order"). The Court explained six changes that plaintiff needed to make to ensure her complaint complies with the Federal Rules of Civil Procedure. Id. Plaintiff did not file a Fourth Amended Complaint as directed.

Even though plaintiff missed this deadline, the Court will extend the May 13 deadline until June 6, 2022. Plaintiff is given leave to file a Fourth Amended Complaint as set forth in the April 22 Order by June 6, 2022. Defendants' time to respond to the Third Amended Complaint is stayed pending the filing of the Fourth Amended Complaint. If plaintiff again does not file a Fourth Amended Complaint, defendants shall respond to the Third Amended Complaint by June 27, 2022, and, if they wish to make a motion, shall do so in accordance with Judge Swain's Individual Practices.

The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190, which has provided invaluable help to other pro se plaintiffs.

SO ORDERED.

Dated: May 23, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge