# United States District Court Southern District Of New York

-------------------------------------------------------------------------------------------X

20-Cv-0524(MKV)

Re-re-Admended-Complaint

Prinyah Godiah NMIAA Payne's El-Bey

**Plaintiff**

**-Against-**

Crocilla, Cona, Michels, Porter, Vollas, Ward
Metropolitan Authority Police Benevolent Association & Police Benevolent Association
Metropolitan Transportation Authority,  MTA & MTA 34 precinct @ Penn Station, The
City Of New York, Bellevue Hospital & Staff's,  et al.,

**Defendant's:**

-------------------------------------------------------------------------------------------X

According to the that I got Friday 17, 2022 in my mailbox after fighting with process to
either mailed me or mail me a copy of such order, I Pro-Se will be answering United
Stated Magistrate Judge Gabriel W. Gorenstein questions:

Judge Gabriel W. Gorensteins, United States Magistrate Judge

According to your letter you stated:

"In On April 22, 2022, the Court directed plaintiff to file a Fourth Amended Complaint on
a before May 13, 2022. (Docket #64) ("April 22 Order"). The Court explained six
changes that Plaintiff needed to make ensure her complaint complies with the federal
Rules of Civil Procedure. Id. Plaintiff did not file a Fourth Amended Complaint as
directed.

1.) I Pro-Se did file the fourth Amended Complaint as the Judge stated I need to file
a fourth one to explained what took place, so I did so and I did file it online with
Pro-Se website.

What rule are you talking about what is Id.? " "). The Court explained six changes that Plaintiff needed to make ensure her complaint complies with the federal Rules of Civil Procedure. Id. Plaintiff did not file a Fourth Amended Complaint as directed."

2.) which rules are you talking about Judge because am confused and also what's six point you stated because I wrote down what you stated you want me to explain what took place and I did so according when I filed my fourth amended complained? I know that the Courts in the State in NY is prejudices, racist and are not fair to pro-se nor to those who don't have a lie-license to practice laws with corrupt evil NY/NYC. Furthermore, I know the court is doing everything to dismiss my cases, but I will fight, and I will appeal if I must. In addition, I requested to have my case venue to transfer to Texas because I decided to relocate to Texas a state that followed the rules, laws and that I know will granted me true Justice after all I have families' members who work for the systems there yet your court denied me such justice requested. You and your court decided to hold my case hostages denying me venue transfer without no proper-reason behind. I will file a grievance complaint against you and the court for denied me venue transfer because as I stated on April meeting when the judge asked me do I need to have an Attorney I declined, and I stated I don't trust any coming from or in NY/NYC because your systems is deeply evil-corrupted.

3.) Yet, your court kept me making me do Amended complained repeatedly let me remind your court am a Pro-se, let le remind your court am a First-Nation First, Am Multi-Nationality according to the UN whom consider Indigenous-tribes are Multi-Nationality since we have no-boarder like corrupt government-worldly systems created to controlled the Sheepo & then am an American-second in the lands that the pales faces stole from my people and the ancestors that yea called it America…As pro-se I did not attend corrupt systems school of laws to do "we The People" The public wrong…. If you Judge refused to accept my third-amended complained to bad, I will not amend my complained over and over again to please an evil-system who refused to grant me true justice after all I was told explained what happened with date and times that I did so.

4.) Is this court denying me my believe in my God and have an issued that I quote the bible, the torah and the Koran in my statements also added it as from page coverage?

5.) What is your end-games Judge?...I know the court is doing everything can to dismissed all of my cases with them so am ready to appeal them out of Ny/NYC court that is why I am going to call the court evildoing out.

6.) Am busy with my life and my responsibilities, I do not have to keep re-writing amended complaint over and over just to please a court as pro-se that no-justice.

You stated that I need to write statement/Brief I even asked the judge you're asking me to write a brief then I was told a statement what happen according to the Judge replied, so I wrote a brief/statement with a cover letter of bible and koran quotes of my Constitutional-legal & lawful rights.

What happened so I did just that wrote a brief with a cover letter with Bible, Torah and Koran quotes that I have a feeling that the court might have an issued with my freedom of religion belief. Is this court being an Atheist/ Religion-racist Court or what?

Because I quote word of the Almighty-God

The Last-time I check the Constitution inside corrupt-evil America was still stand.

# United States District Court Southern District Of New York

----------------------------------------------------------------------------------------------------X

20-Cv-0524(MKV)

Re-re-Amended-Complaint

Prinyah Godiah NMIAA Payne's El-Bey

 **Plaintiff**

**-Against-**

Crocilla, Cona, Michels, Porter, Vollas, Ward
 Metropolitan Authority Police Benevolent Association & Police Benevolent Association
Metropolitan Transportation Authority,  MTA & MTA 34 precinct @ Penn Station, The
City Of New York, Bellevue Hospital & Staff's,  et al.,

**Defendant's:**

----------------------------------------------------------------------------------------------------X

**Brief Cover-Page**

Racism, Harassment's and Retaliations Police Officers:

  **On January 8, 2020 I was attacked by racists Policy-enforcers a.k.a .modern day**

**"Police Officers" the attacked on me and against me was indeed retaliation's and racist**

**attack on someone whom is not blonde-hair/blue-eyes/white male/white-race/(tribe of**

**Esau), but someone whom is Rose-Gold & Yellow-Gold colour with Hazel-Brownish-Gray**

**eyes colour whom is a First Nation Tribal person who is not  pale-faces nor a.k.a modern-**

**day so-called white people/person race, but who is First-Nation/First People not Native**

American as the so-called white-people called my people, were not Native were Indigenous/First People.

 As First-Nation that's my nationality inside my/her Ancestor lands that evils tribes-of-Esau a.ka. modern days so-called White-People stole from my Ancestors and renamed the lands after their evil's hearts and from day one when they're had arrived and put their evils non-human's feet into our lands you so called white-people have been evils and remain evil after all evils-dwells and are in your DNA's.

Furthermore, you so-called white-people renames the First Nations Tribes and people lands the so-called {"America" "the America's"} since the so called white-people arrivals have done nothing but evils and wrongdoings, since so called white-people indeed are seeds of Satan's.  your owned-histories have Testified-against you/your systems/your people/your cultures/your tribes(Esau) also proving and shown you so-called white people your tribes/your people and your seeds of Satan's by all the evils/your evil-deed you so called White-People done, did and are continued to do to people, to countries and to the rest of the World/Globes, to Tribes, to none-white countries/ people/ cultures/ Religions/tongues, to Animals, to the lands/to Globe/World and to Nature's.

   As First Nations whose dealing with none-First Nations Tribals/none-First-Nation's people/individuals/ Tribes/

cultures/languages or systems rather am dealing with Corrupted Evils a.k.a modern-day so-called America/America's Systems/ Modern day so called -white people who are (Esau) who are/is nothing but

Goyim systems/ Goyim people/individual's and just plain-corrupt evils-Goyim's.

   As First Nation I must put those statement's and remained myself whom and what am dealing with {evil-Goyim's} because I know Goyim Evil Systems and Goyim people tribes

of Esau does not have good in their DNA's nor know what it is to do good/Righteousness.

   As First-Nation who also is disable with health issued, who believe and who know Thee Almighty God-Yah is and will one day will give/bring me true-Justice against what's tribes/seeds of Esau and Esau system aka modern America System evildoing against me Yah indeed will bring me Justice, Thee God-Yah Of my Forth Father Avinu Avraham, Yitzhak and Yaakov. Because Yah My Heavenly Avinu remained me one of his Chosen people/individuals his statement's/words when he stated, "Esau I hated Yaakov I love".

   Any company whom hired any racist deserved to deal with the consequences: if this Court United States District Court Southern District Of New York refused/denied my case against MTA and MTA's evil workers et,al., I will not stop, I will get True-Justice because Yah Stated Justice is Mind." Isaiah 1:17, Isaiah 1:17,Isaih 33:15, Isaiah 32:1,  Isaiah 11:4 Isaiah 56:1, Proverbs 21:15, Proverbs 1:11 Proverbs 29:6, Proverbs 29:14, proverbs 25:26, Proverbs 24:24-25, Proverbs , Micah 6:8, Proverbs 29:26, Proverbs 31:8-9, Proverbs 2:13,  Leviticus 24:17-22, Exodus 21:16, Amos 5:24, Isaiah 61:8-9,  Isaiah 56: 1-12, Proverbs31:9,  Psalm 37:27-29,  Psalm 106:3, Zechariah 7:9, Proverbs 28:5, Leviticus19:15, Isaiah 61:8, Micah 6:8, Ezekiel 33:14-19,

Psalm 50:6:

**First Nation/Indigenous:**

**Facts/Statements Truth and Nothing but the Truth/facts/statements What took place:**

# **My Brief:**

**I** <u>queen'prinyah godiah nmiaa payne's el-bey</u> **tribes of First Nations/ First People inside my Ancestors lands that the European-Ancestors/Europeans and their Descendants that renames themselves modern day White-Americans killed and murdered/ destroyed/ rapped/ robbed/lies to my people/ First Nations in order to illegally occupied the lands of the First Nations People & Their Ancestors that the rename America:**

**On January 8, 2019, I had Doctor's appointment's since I had to make sure to have all of medication's to be filed-up, I had to several appointments that day, as I always once a month  that I have been doing such for years and  as I finished one appointment to the Next's, when I was done with  my last appointment for that day was that was my PCP he had forward some medications into the pharmacy that I used to pick-up my medication but there were some medications that the pharmacy didn't have after the staff's member found out and informed me of such she told me they found another pharmacy in Harlem on 125 and seven/Lenox a CVS that have the medications that my pharmacy didn't have so I said okay, after I was done with the Doctor/my Doctor Appointment, I got on the Bx 12 bus then got off on 145 Street/3rd Av Bronx NY then get off connected to the 2/3 train line to Harlem, but found out that day the elevator on 135 street  and Lenox wasn't**

working, my planned to get off the 2/3 line on 135 street catch the bus down to Lenox on 125 street or wheel-down if there was no bus, so when I found out the elevator its out of service wasn't surprised since am so used MTA does not keep up with Elevators/maintained the stuffs the public that pay for those stuffs didn't worked when I called the told them there waiting on parts that will takes days to get and  I changed my planned where I should got off, so I decided to get off at Penn Station from there wheel to the A line platform to catch the A uptown to Harlem to get off on 125 Street rather than catch a bus or wheel-down:  I got off on Penn Station to transfer to A line, I decided to go used the bathroom before I wheel-up from the 2/3 line to the A line from the 7th Av where 2/3 trains are side to the 8th  Avenue A-Line train Side too, since MTA elevators always have drama's so I got off went to use the bathroom.

As I wheel off  to go used the bathroom I saw as always nothing new few officers abusing their powers against some dark skin black female near where shake-shack used to be at, as I was passing by I stated to them stop doing that officer's that I could be your mom or some females in your families or your daughter down-the-line someone might do whatever you're doing, your wrong for using your powers and your wrong for doing what you're doing now after all karma is a Bitch, the officers look at me and one role his eyes at me so I kept going after I made such statements. I usually recorded when those who are in powers and posted them in my Youtube/social-media's site at that time.

When I arrived in the bathroom, I saw some of the cleaners that I became to be good/great friends with most of those worked for the "FEP" Programs/workers-

members or those with or work under "FEP" contract for MTA or other NY/NYC systems. I saw a good friend of mine she was so hot cleaning the bathroom the bathroom was closed when she heard my voice she allowed me to get in to go used the bathroom, as those who worked for the "FEP" as they always do so because I know to know all of them under the "FEP" programs, they are great people and hard workers indeed, they worked so hard to keep the train station clean and I have nothing but high-respects for them and I saw her sweating I asked why are you sweating like that she said "I have been working none-stop people are so nasty, dirtying the bathroom with every kind of stuffs and the homeless-here in the subway are nasty and makes the bathroom stank, shits and vomits all days been dealing with" no break and am thirsty and hungry" told her I will be back I will go get you water and food she said you're always giving us thing thank you so I told her when I came back I will used the bathroom, so I took the NJ elevator went to a Walgreen that was in that  NJ platform  area got her some drinks, juice and waters, candies and other thing she wanted, also I grabbed her some McD's and went outside the NJ side where there was some Muslim brother there that whenever I passed around the area I always stop orders from them and speak Aramaic with them  they're always impressed that I spoke to them and educated them also they're always reminded me how much respects they've have for Tribal people whom speaks  read whom have worldly-knowledge on what's going on, we always discussed Islamic globe's issued and I get to learned from them, the carts are own y a group of families whom not only in Penn Station they've also have carts several places/part in Brooklyn, Queen, Long-

Island and so forth. Several times before in the past in Islamic Cultural Language when they saw me they greets in an Arabic language and I place my order with them in Arabic one thing about Muslim vendors they never made other Muslim people pay full prices one they know you can speak and know the culture, we spoke they asked me how was the Chief was doing I told him being himself as always they asked me if everyone and all the tribal members are well I replied back Praise Allah everyone is blessed, then I took the food paid the money told them bye. Took the elevator back downstair I called my cleaner friend in the bathroom out she said your back I said yea she said you have all this I said yea she said how much I owed you I told her all you owed me is whenever you get home to your daughter in the morning give her a big kissed and hugs for me also tell your sick dad I say I am continuing praying for him and I send him my peace. I told her I really have to pee, and I have to pick up my medication before they closed at 8 P.M. she said go head I will wait then I will open so I can sneaked in 15 minute to go eat and drink. After I used the bathroom, I said bye to her then she opened.

When I get off the bathroom, I turned the corner to go connect to the A train in the hope by the time I arrived the elevator will be working after all there's time when I get off the platform found out the elevator just few second when or before I arrived stopped working. When I turned the Corner that's when I saw two officers in a police golf cart behind the wheel at that time when found out was officer Crocilla/Crocillo he saw me coming   he flashed his golf police cart brightness light right in my eyes/face, I couldn't see I stop wheeling my wheelchair  put my

hands up coving my face from the bright light because I have histories of Seizure one of the things that can trigger seizure is having bright light in someone eyes for periods of time, as I cover my eyes and protecting myself not triggering my seizure I felt a had touching hip since both of my hands was up coving my face/my ears I closed my eyes and took one of my hand pushed the hand whom illegally touching me as a religious person that's violations of my rights I did not know whom touching me since I couldn't  see good because the lights was so bright in/on my face, then next thing I heard was when Crocilla/Crocillo called his partner at that time who was still seating in the passenger seat over to help him pouch my chair when his partner came over I stated what am I under arrested, what are my crimes and a  female I am requesting to have females officers because by your touching me without a cause you're in violations of both my religious and the constitutionals for arresting me without a caused  nor reading my rights, after I stated that Oficer Crocillo/Crocilla told me to Shut the Fuck up you N*** Bitch. You have no rights shut the Fuck up, I replied back you're not going to get away with this, I will exposed what you're doing as I finished that statement I felt my wheelchair in the back was lifted from the back wheel and dropped so heavily officer Crocilla/Crocillo lift my wheelchair from the back trying to dropped me to the ground, then I heard him said to his partner in crime wheel her in the corner so I can put the hand-cuff on her. His partner wheel me as he started was out of the bright light, I put my hands on the wheel because the officer was wheeling me way to fast because I was still having blurry vision from the light and dizziness's. I did not wants to felled and get hurt officer

Crocilla/Crocillo Grabbed my hands pushed it in the back held them in my back while the other hand was pushing the pack of my neck while he was violating my head trying to removed my hair cover because of my religions because I was raised both Muslim and Christian/Hebrews religion's told him removed his hand from touching my hair since I felt he was trying to removed my hair cover, when the other officer got me to the corner I start yelling someone please called 911 I am being kidnapped by those two officers without a caused,  since I kept yelling such people started looking, stopped a small crowed was formed as I saw that's when officer crocilla/crocillo told his partner to wheel me inside the elevator, when arrived inside the elevator was at 8:45 P.M because when I had saw the officer cut and stood right in front of me I had my phone that was deep inside my coat pocket I pushed the recording button on because I was honestly afraid for my life it was 8:30 P.M as the wheel me inside the elevator I heard MTA making a train delay announcement that's how I knew it was 8:45 P.M. while they were waiting for the elevator, when the elevator door was opened they wheel me in then officer crocilla/crocillo each time you passed here the officers stated that you always have something to say about how to do our job shut the fuck up, then he pushed the elevator door button then the other button to halt the elevator  put it out of service, after he did that he told his partner get her purse I need to know her name who is she, I grabbed my purse that was around my shoulder that's when officer Crocilla/Crocillo took a knife and cutter-cut it, then when I held on to my purse he took out his Batton started attacking me with it hitting my hands so hard hoping I would dropped my purse when he saw that's wasn't working then

he started attacking me hit me with his Batton on my head cut the seatbelt that I was wearing threw me on the floor started kicking me in my hip over and over as he kept attacking me am asking what did I've done what are my crimes he kept saying shut the fuck up you N*** Bitch then he turned to his partner said this Back in the days we could rapped and murders those dirt fucker whom are piece-of shit and I would not have to worried about anything since this N*** said I would not going to get away with it I have to find other way to keep her to shut the fuck up and then starting telling days when white people used to rapped black/brown none-white female during slavery time he started telling those old days stories to his partner while they were laughing the way he was talking I honestly though he would rapped me. After he finished abused me he then opened my purse took violate my privacy by going to all of my documents and  he saw I had backpack full of food and some libraries book since on 145 street they have those street vendors that sell fruits and veggies and am a vegans so I brought food for both me and my grandma and I had some libraries book that I had borrow I had told myself after am done picking up my medications I can go dropped those book off to a library dropped box that was in two backpack behind my wheelchair. Officer crocilla/Crocilla saw two phone that I had took it and took all of personal id's also he went to my backpack saw I had a calendar that the backpack have passwords and email and sites, he took that, after he finished violate both my personal property and me he told his partner turn the elevator back into service he did so then the elevator started to moved, then he said I have your personal information remember if you tried to exposed me I know who you are and where you resigned

I also have your phone's I will tracked down everyone in your phone lists and I will track them and track you down. As he finished such statement  the elevator door opened officer crocillo/crocilla then told his partner bring her wheelchair out and officer crocilla/crocillo  dragged me by my coat on the floor from the elevator all the way outside to the 7th avenue then he lifted me up put my hand down and put to site on top of the handcuff I was bleeding since I have history of blood cloth and I was in blood-thinner I started yelling I need medical assistance asap people passing by taking picture while officer crocilla/crocillo have his foot right in the middle of my chest where I have my heart monitor device to monitor my heart since I was born with a heart condition, he kept pressuring my chest trying to shut me up from asking medical help then soon I heard him on his police radio then six more white male showed up, three came from the escalator two from the street the other from the elevator the one that's had the white shirt came out of the elevator from downstair the office, then they started to light up smoke, cigars and cigarettes so I told them why yea smoking here when there's a do not smoke signed are ya blinded or what and why are yeah braking the laws?, the white-man in the white shirt turn to crocillo/crocilla who is this he then replied she is nothing but a piece of shit N*** when he finished stated that they all laughed then crocilla/crocillo stated remember those old slaves movies when white men do whatever we wants to do with those piece of shits and get away with it, as he stated that I saw ambulance light later found out one of the MTA sub-contract outside MTA black man whom I always spoke too saw it was me called ambulance for me, when they saw the ambulance the ambulance again white

came out saw me on the floor then officer crocilla/crocillo called them to go the other side across from me started talking then laughing, when they returned they grabbed the stretcher asked me to get on told them am disabled can't walked then they asked how did I get on the floor told them why don't you asked this racist officers whom attacked me and threw me on the floor out of my wheelchair then they put me on the stretcher, when arrived inside the ambulance they started for my id's health insurance I then told him why don't you asked the racist police officer that you were laughing with early for them since he took them pit them in his pocket then he asked me for health information told him I plead the 5th until I get to the ER since am bleeding then the white ambulance say she is not going to replied that's is when officer crocilla/crocillo turned to his partner say drive follow me I will ride with them, he got into the ambulance start touching my breast saying am just checking if you have any id's with you while laughing. Then move to my hip, then my legs, moved my shoes while the ambulance man just sat there watching don't do not say anything, then when I told them I will file a lawsuit that's when he said excuse me I have to take her blood pressure that's went officer crocilla/crocillo moved back and allowed him to check my pressure while the ambulance man writing down my pressure # the driver Infront say where arrived at the hospital when they park got me out I am thinking they would bring me inside to see an Er Doctor since I was bleeding so much from my head rather than they brought me inside a psych wards, I told them why am here in this ward I need medical attention the driver of the ambulance have his head down while the other one say they're take care of you and give you the medical help you needed

and left me with crocillo/crocilla, after waiting bleeding for almost two hours they came took me put me in a room where officer crocillo/crocilla told them he have to keep and eyes on me like I was a murderer or something, so the staffs left, then about 30 minute later one of the staffs came into the room she said she have to asked me questions and she have to examine me and the handcuffs needed to be removed the officer refused to do so rather he left the room, the staff had to called one of those hospital police to come removed the handcuff out of my hands.

After officer left the staffs examine me I started to explained the nurse staff lady asked me do I have any proof whatever am telling her told her yes its inside my coat my phone she said but you said he took your two phone told her yes but the phone that have my families and tribals numbers I always keep it inside my bra, coat or jacket because those are extremely important numbers and people to me told her where to get the phone told her the password and she saw the phone was record she then re-play from started to finished then she stood there shook she said that's a lawsuit I don't want nothing to do with that she said I will have to give that to the doctor, few minute later the doctor came and bunch of staffs was around me the doctor said you're going to Er when I asked her where's my phone was told they play it to the officer and he said he needed it for evidences for the case his building against me and so they staff gave it to them, I was like what yea gave my phone to a racist abusive officer m phone number after yea heard that they said its hospital policy next thing as they was talking someone came into the room stated I am here to take to the ER I heard it was emergency, when I arrived

the er the stop the bleeding and when I complain about my hip they said were have to discharge you we will provided transportation to your home so the discharge me when arrived to my house since officer crocilla/crocillo also took my key I push the bell spoke to grandma, the same night grandma paid almost $400 to change the door key lock after she found out and after I told her, then when she saw I was in way to much pain she took me to hospital when they saw I have a crack-ribbed and another that was bruised, they gave me some pain medications and told grandma make sure she say in bed and make she take those medication, I asked the doctor will I be heal and how long he replied everyone body its different so it will take times I was discharge from the hospital then the next day grandma called all of my Doctors informed them what took place my Japanese PCP schedule an urgent appointment the next day grandma and my sister took me to the appointment where my PCP was extremely mad and schedule me to talked to someone who was a psych doctor about what I was attacked also my grandma told him whenever I slept I kept reliving the attacking so when I went to see the psych doctor that's when I was diagnosed with TPSD, I never heard such word what it was so they've put me on medications and treatment. The PTSD plus with fear of not becoming a target anymore in NY/NYC I decided if I needed to get/be heals I needed to relocated/move out of NYC/NY because knowing officer Crocilla/Crocillo have my personal information's and other items he took from me including the library books, because the officer have my appointments books with my password that's when I getting notice on my phone someone trying to get into my social media's because I have securities

verifications into my phone's and I had called my phone companies and everyone also created new email addresses and passwords change my social media's the persons needed to get verifications code to verified it was me, since my sister had brought me another prepaid phone I was able to transfer my service and my phone numbers, when officers crocilla/crocillo notice he couldn't get into my accounts that's when he started to harassed me on them sending private messages and threatening me to the very points that I had to closed some of them and  the rest made it private that was the only way I could stop that lunatic-officer crocilla/crocillo to stopped harassed me and threated me on social media, when MTA Sergeant was investigating I turned all of those email, things that the officer wrote/send and posted int my social media, I had to change my numbers because I kept having hang-up called someone will called blocked number will hear a man breathing nothing would say I would hang-up it got so bad I had to change all three number but whenever I gave the (212) number when this case started the called started it get to the point where I let my voice mailbox full, I don't answered block called as getting worst I am planning on have that number be no more rather have a burn-phone number, it get so worst that I had to live NY/NYC for safety and security reasons because of this case.

By the time I arrived in the hospital was the next day that is why officer Crocilla/Crocillo put the next day date and times to lies in his report that he got suspended for and then transferred out. Because there were no cameras inside the elevators that was not working at times, they couldn't use that to fired him according to the sergeant who was doing the investigation at that time.

**Even though Plaintiff missed the deadline, the Court will extend the May 13 deadline until June 6, 2022. Defendants 'time to respond to the Third Amended Complaint by June 27, 2022, and if they wish to make action a motion, shall do so in accordance with Judge Swain's individual practices.**

According to the Judge I was told to write down a brief/statement of what happen and I did exactly that with cover letter of my religion-believe that is cover under the constitutional so since the rules of the unified court is so broad and the rules of civil procedures is broad what rules are you stating judge since you didn't stated what procedures which one you wants me to followed except Id what is an Id. According to the letter stated.

1.} Am getting to read to file this case to Superior Court appeal division then I will be requested for them to forward the case to Texas Appeal court where I have families' members that work for the Deep-Southern District.

2.} I already know that Defendants refused to admit they're evil-wrongdoing for the wrong- they've done/did to me and refused to apologize nor put it on record they FUCK-Up, for acting me without me committing any crime or murder. I had replied to Defendants attorney's over and over again I will not settle this case without them admitted o record they've Fuck-Up and they've wrong-doing rather they've been dancing around finding every-ways to have this case dismissed and with such statement you Judge giving them permissions to followed motion's according to "individual practices" so I have the judge statement on record for the Superior Court,

International Court and Appeal-division Court in Texas granted evil Defendants permissions to file motions to lies- and access to dismissed my case because I refused to re-amended my complained because the court or the judge seemed to silence me also denied me my Constitutional legal-lawful right freedoms of religion and freedom of free-speech/freedom of self-expressions  because what I wrote on my repeat Amended complained as a pro-se after the Judge Swain's wants stated he wants me to do a brief and he also wants me to removed some defendants out of the case when I told the Judge no because all of those defendants failed me and have a rolled play in this case also those evil-policies-enforcers are still working continued doing evil to black, brown and Indigenous people. Furthermore, I want a reason to sue this court in international Indigenous court & UN-Court under Indigenous rights.

Because I am sick and tire of the bias of this court, am sick and tired dealing with evil-corrupts courts systems of state of NY & NYC. I no-longer called NY/NYC my home I request venue change yet this court rather decided to hold my case hostage so they've can continue doing me evil/wrong-doing.

The Court notes that the Pro Se Intake Unit as the United States Courthouse, 40 Centre Street Room 105, New York, New York (212)805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, Plaintiff may wish to seek assistance from the New York Legal Assistance Clinic at (212) 659-6190, which has provided invaluable help to other pro se plaintiffs.

Wait, let me get this statement above straight your sending me to Pro se office the same pro-se office that claimed they've don't have my email on record, the same pro-se who knew I moved claimed they've never got it when I have proof of mailed, the same pro se that did not send me court paperwork's that I have another case that they've never emailed me the documents the same pro se who wants me to pay for documents that I never got any copies off in other for me to get a copy that I have to paid for it the corrupt evil-systems corrupt pro se whenever I called I have to deal/dealt with some nasty workers there that same pro se who does not know what they've heck they're doing that same pro se if I was drowning I would not allowed me to safe my-life because I don't trusts them that same pro se office that I have to called out they're evil, their lack of getting things out, that same pro se officer your statement above you stated, thanks for the laughed Judge but I don't have times to deal with Joke.

Now, about the part of your statement wants me to called he New York legal Assistance whom does not know must of the times what the heck they're doing and I had to called them out several times also that same legal aid that don't answered called and that Pro se have to keep calling and leave messages that don't answered called nor returned them that pro-se have to play cat and mice game with them in order to get such help that sane legal aid inside corrupt evil systems of NY/NYC stated that same legal you, again thanks for the laugh but am not laughing judge. You want me to reach out to your systems that did me wrong, done me wrong and continued to do me wrong.

Sincerely,

Queen'Prinyah Godiah N.M.I.A.A. Payne's El-bey

2130 Harvey Mitchell PKWY South #9226

College Station, Texas 77840

(802)710-5618

pgelbey@gmail.com

premdays.inc@protonmail.com

# Grievance

## Letter against Federal Court of NY, Judges and against state of NYC:

Dear,

Mayor of New York Mr. Eric Adams, Superior Court & Superior Court of appeal, Supreme Court of New York, International Court, UN-Court of Indigenous, Judicial of Conduct and so-forth.

Please read above statements.

I am filing this grievance to put your systems and your courts on record and to bring your attentions about the wrong-evil ill that I have been dealing with the corrupt evil court of Federal Court of NYC systems.

As a victim that was attacked by evil-corrupted policy officers aka modern-day policies enforcers whom had attacked me without me committing any crimes or murder, robbing or rapped anyone whom had falsely arrested me and beat-me, threated, stole my personal-properties without my consent, harassed me in social-media's sites then lies to the hospital and also in their paperwork's forcing me to Psych-ward against my will when I was bleeding from head to toes they've attacked me inside the elevator while. Refused to admit their wrongdoing and refused to give me true justice. Rather the corrupt evil Federal Court of NYC & the Judges are playing games trying to find any way's they've can dismissed my case because I called them out also am a pro-se.

Mr. Eric Adams as a register Independent-voter, I vote absentee balance for your party because your black/brown Elder whom I know and must have some form of understanding of racism when you were wrong or somehow. As a first-Nation aka the so-called white people who are nothing pale faces tribes of Esau call my people Native-America that we hate such word because its like when those so called white-people called black/brown people the "N" word or when they've called the Asians people yellow-rice is an assault name for us my tribe know as a tribe or as Indigenous First-Nation inside our ancestors lands. As an Indigenous known by the UN. America is racist and the systems is deeply evils and racists. They've created a system to let none-white people in a cage of rat-races. As I kept demanding each time defendant's attorneys reach out to me

for settlement without admitted wrongdoing I refused. Wrongdoing was done to me, and I am demanding defendants to admitted of they've wrongdoing they've done against me. The harassment's got so bad for my safety I travelled out of the USA for a while for my safety then I decided to called Texas my new home because Texas believe in doing what's is right. Texas believes on following the laws and because of such I respect the State of Texas for such for a red state that's followed they're laws and bring justice too when demand by the victims. Yet, NY/NYC a stated that I used to loves a stated that I though should be better and a state that I though should be the example state rather NY state is the must corrupt evil stated, NY evil to Indigenous, Brown and Black people is just pure evil, so Mr. Adams as NYC new Mayor I am bringing this case to your attention.

To Supreme Court & Judicial of Conducts & Albany NY & Superior Court's& Texas Courts:

- As a pro se how much of my legal Constitutional-lawful rights will your workers, systems and courts robbed me off in the state of NY?
- My Constitutional-freedom of free-speech and religions under the constitution give me rights yet it seemed the Federal Court of NY seemed to have an issued with them.
- How many times is your evil systems is going to make me to continued to re-amended my complained as a pro-se who have brought a case in your court to address the wrongdoing by your system also since I no longer feel safe and secure in the stated of NY I decided to called Texas my new home since My grandpa-grandpa have farm-land here in beautiful hot-red-stated of Texas I had requested to change venue since I will going to attended future things in NYC since am 100% done with NY/NYC for evil and evil-corruptions, yet the court/judge denied my requested without a reason. As a pro se and as a so call-American don't I have the right to requested to change venue if am not being treated with fairness in a evil systems.
- Furthermore, I don't trust the Court systems in NY nor NYC to bring me true-justice and I no-longer call NY my home. I am requesting to change venue since I don't consider myself part of NY.
- Would you be happy if someone grabbed you, attacked you with baton, threaten you, harassed you, stole your personal-property, lies in their paperwork's, lies to the hospital to force-you into Psych-ward, then claimed the cameras that was inside the elevator wasn't working that day when your bleeding head to toes pleading to get medical help put yourself

in my shoes as human would you wants justice?.... would you wants the abusers-parties admitted their wrong-doing on record? rather they've still working for the same evil systems that give them powers to continued doing black, brown and indigenous people/the public & continued being racist against  none-white person like myself that they've done  wrong too? if you were in my place would you want justice for yourself and if your say no you are indeed a darn-liar?..

- My demand is sample admitted they've done me wrong, ever work for the public again, paid the settlement fiats so I can have the monies donated to organizations that will used the fiats to help make different of those in-needs. I don't my blood fiats, but those fiats can be put to used to help others that will bring me peace. For me to get Justice is for those that done me wrong never work with the publics ever again and admitted wrongdoing.

UN Court, International Courts, Indigenous Court and so forth.

Please see attachments also please read above.

Sincerely,

Queen'Prinyah Godiah N.M.I.A.A. Payne's El-bey

2130 Harvey  Mitchell PKWY South #9226

College Station, Texas 77840

(802)710-5618

pgelbey@gmail.com

premdays.inc@protonmail.com