UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

QUEEN PRINYAH GODIAH NMIAA PAYNES EL BEY

20-cv-524(LTS)(GWG)

Plaintiff,

-against-

**NOTICE OF MOTION**

LEYLAND CROCILLA et al.,

Defendants.

-----------------------------------------------------------------X

S I R S :

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law, the Declaration of Andrew K. Preston and all exhibits annexed thereto, Defendants Leyland Crocilla, P.O. Michels, Vollas, and Lt. Coza, jointly with Defendant Metropolitan Transportation Authority, will move this Court for an order, pursuant to *Rules 8 and 10* of the *Federal Rules of Civil Procedure*, dismissing Plaintiff's Fourth Amended Complaint against same in its entirety, with prejudice, and for any such other and further relief as the Court deems just and proper.

Your undersigned certify pursuant to the Individual Practices of Judge Laura Taylor Swain (A)(2)(b)(ii), that we have used our best efforts to informally resolve the matters raised in this submission, as evidenced in the procedural history of conferences before Magistrate Judge Gorenstein as well as the three prior pleadings filed by Plaintiff in this action.

**BLANK**

These efforts are more addressed with specificity in the "Relevant Procedural History" section of the Memorandum of Law in Support Of Defendants' Motion to Dismiss, submitted herewith.

Dated: Mineola, New York
July 6, 2022

**BEE READY FISHBEIN HATTER & DONOVAN, LLP**

By: ______/S/___________________

Andrew K. Preston
*Attorneys for Leyland Crocilla, P.O. Michels, Vollas, and Lt. Coza*
170 Old Country Road, Ste. 200
Mineola, New York 11501
T. 516-746-5599 – F. 516-746-1045
File No.: 6178-2103

Paige Graves
General Counsel
**METROPOLITAN TRANSPORTATION AUTHORITY**

By: ______/S/___________________

Jason Douglas Barnes
*Attorneys for the Metropolitan Transportation Authority*
2 Broadway, 24th Floor
New York, New York 10004
T. 212-878-7215 – F. 212-878-7398

**TO: Plaintiff and counsel for all parties by ECF**