UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
QUEEn PRINYAH GODIAH NMIAA PAYNES
EL BEY                                                    :

                                                          :          ORDER

                    Plaintiff,                            :          20 Civ. 524 (LTS) (GWG)

        -v.-                                              :

                                                          :

LEYLAND CROCILLA et al.,                                  :

                                                          :

                    Defendants.                           :
------------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        As reflected at a conference held today, the plaintiff will file a third amended complaint
on or before April 14, 2022.  Plaintiff is reminded that any third amended complaint will replace
any prior complaint in this matter.  In light of plaintiff's intention to file a third amended
complaint, the pending letters seeking permission to file a motion to dismiss or for an extension
of time to file an answer (Docket ## 39, 43 and 47) are deemed withdrawn.  Also, the Court
notes that Judge Swain, to whom the case is now assigned, does not have a pre-motion
conference requirement.

        If the third amended complaint is timely filed, defendants shall, by May 5, 2022, either
answer the third amended complaint or file a motion to dismiss returnable before Judge Swain
and compliant with her Individual Practices.  If a third amended complaint is not timely filed, the
case will proceed on the second amended complaint and defendants shall, by May 5, 2022, either
answer the second amended complaint or file a motion to dismiss returnable before Judge Swain
and compliant with her Individual Practices.

        Plaintiff stated today at the conference that she does not wish to have a pro bono attorney
appointed to represent her.  Accordingly, the application at Docket # 37 is deemed withdrawn.

        Finally, the Clerk is directed to change the first name of plaintiff on the caption from
"Quee" to "Queen."

SO ORDERED.

Dated: March 24, 2022
        New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge