# United States District Court Southern District Of New York

-----------------------------------------------------------------------------------------X

20-Cv-0524(MKV)

Re-re-Admended-Complaint

Prinyah Godiah NMIAA Payne's El-Bey

**Plaintiff**

**-Against-**

Crocilla, Cona, Michels, Porter, Vollas, Ward
Metropolitan Authority Police Benevolent Association & Police Benevolent
Association Metropolitan Transportation Authority,  MTA & MTA 34 precinct @
Penn Station, The City Of New York, Bellevue Hospital & Staff's,  et al.,

**Defendant's:**

-----------------------------------------------------------------------------------------X

## First Nation/Indigenous:

**Facts/Statements Truth and Nothing but the Truth/facts/statements What took place:**

## My Brief:

**I** queen'prinyah godiah nmiaa payne's el-bey **tribes of First Nations/ First
People inside my Ancestors lands that the European-
Ancestors/Europeans and their Descendants that renames themselves
modern day White-Americans killed and murdered/ destroyed/ rapped/
robbed/lies to my people/ First Nations in order to illegally occupied the
lands of the First Nations People & Their Ancestors that the rename
America:**

Brief Explanation page 1

On January 8, 2019, I had Doctor's appointment's since I had to make sure to have all of medication's to be filed-up, I had to several appointments that day, as I always once a month that I have been doing such for years and as I finished one appointment to the Next's, when I was done with my last appointment for that day was that was my PCP he had forward some medications into the pharmacy that I used to pick-up my medication but there were some medications that the pharmacy didn't have after the staff's member found out and informed me of such she told me they found another pharmacy in Harlem on 125 and seven/Lenox a CVS that have the medications that my pharmacy didn't have so I said okay, after I was done with the Doctor/my Doctor Appointment, I got on the Bx 12 bus then got off on 145 Street/3rd Av Bronx NY then get off connected to the 2/3 train line to Harlem, but found out that day the elevator on 135 street and Lenox wasn't working, my planned to get off the 2/3 line on 135 street catch the bus down to Lenox on 125 street or wheel-down if there was no bus, so when I found out the elevator its out of service wasn't surprised since am so used MTA does not keep up with Elevators/maintained the stuffs the public that pay for those stuffs didn't worked when I called the told them there waiting on parts that will takes days to get and I changed my planned where I should got off, so I decided to get off at Penn Station from there wheel to the A line platform to catch the A uptown to Harlem to get off on 125 Street rather than catch a bus or wheel-down: I got off on Penn Station to transfer to A line, I decided to go used the bathroom before I wheel-up from the 2/3 line to the A line from the 7th Av where 2/3 trains

are side to the 8th Avenue A-Line train Side too, since MTA elevators always have drama's so I got off went to use the bathroom.

As I wheel off to go used the bathroom I saw as always nothing new few officers abusing their powers against some dark skin black female near where shake-shack used to be at, as I was passing by I stated to them stop doing that officer's that I could be your mom or some females in your families or your daughter down-the-line someone might do whatever you're doing, your wrong for using your powers and your wrong for doing what you're doing now after all karma is a Bitch, the officers look at me and one role his eyes at me so I kept going after I made such statements. I usually recorded when those who are in powers and posted them in my Youtube/social-media's site at that time.

When I arrived in the bathroom, I saw some of the cleaners that I became to be good/great friends with most of those worked for the "FEP" Programs/workers-members or those with or work under "FEP" contract for MTA or other NY/NYC systems. I saw a good friend of mine she was so hot cleaning the bathroom the bathroom was closed when she heard my voice she allowed me to get in to go used the bathroom, as those who worked for the "FEP" as they always do so because I know to know all of them under the "FEP" programs, they are great people and hard workers indeed, they worked so hard to keep the train station clean and I have nothing but high-respects for them and I saw her sweating I asked why are you sweating like that she said "I have been working none-stop people are so nasty, dirtying the bathroom with every kind of stuffs and the homeless-here in the subway are nasty and

makes the bathroom stank, shits and vomits all days been dealing with" no break and am thirsty and hungry" told her I will be back I will go get you water and food she said you're always giving us thing thank you so I told her when I came back I will used the bathroom, so I took the NJ elevator went to a Walgreen that was in that  NJ platform  area got her some drinks, juice and waters, candies and other thing she wanted, also I grabbed her some McD's and went outside the NJ side where there was some Muslim brother there that whenever I passed around the area I always stop orders from them and speak Aramaic with them  they're always impressed that I spoke to them and educated them also they're always reminded me how much respects they've have for Tribal people whom speaks  read whom have worldly-knowledge on what's going on, we always discussed Islamic globe's issued and I get to learned from them, the carts are own y a group of families whom not only in Penn Station they've also have carts several places/part in Brooklyn, Queen, Long-Island and so forth. Several times before in the past in Islamic Cultural Language when they saw me they greets in an Arabic language and I place my order with them in Arabic one thing about Muslim vendors they never made other Muslim people pay full prices one they know you can speak and know the culture, we spoke they asked me how was the Chief was doing I told him being himself as always they asked me if everyone and all the tribal members are well I replied back Praise Allah everyone is blessed, then I took the food paid the money told them bye. Took the elevator back downstair I called my cleaner friend in the bathroom out she said your back I said yea she said you have all this I

said yea she said how much I owed you I told her all you owed me is whenever you get home to your daughter in the morning give her a big kissed and hugs for me also tell your sick dad I say I am continuing praying for him and I send him my peace. I told her I really have to pee, and I have to pick up my medication before they closed at 8 P.M. she said go head I will wait then I will open so I can sneaked in 15 minute to go eat and drink. After I used the bathroom, I said bye to her then she opened.

When I get off the bathroom, I turned the corner to go connect to the A train in the hope by the time I arrived the elevator will be working after all there's time when I get off the platform found out the elevator just few second when or before I arrived stopped working. When I turned the Corner that's when I saw two officers in a police golf cart behind the wheel at that time when found out was officer Crocilla/Crocillo he saw me coming   he flashed his golf police cart brightness light right in my eyes/face, I couldn't see I stop wheeling my wheelchair  put my hands up coving my face from the bright light because I have histories of Seizure one of the things that can trigger seizure is having bright light in someone eyes for periods of time, as I cover my eyes and protecting myself not triggering my seizure I felt a had touching hip since both of my hands was up coving my face/my ears I closed my eyes and took one of my hand pushed the hand whom illegally touching me as a religious person that's violations of my rights I did not know whom touching me since I couldn't  see good because the lights was so bright in/on my face, then next thing I heard was when Crocilla/Crocillo called

Brief Explanation page 5

his partner at that time who was still seating in the passenger seat over to help him pouch my chair when his partner came over I stated what am I under arrested, what are my crimes and a female I am requesting to have females officers because by your touching me without a cause you're in violations of both my religious and the constitutionals for arresting me without a caused nor reading my rights, after I stated that Oficer Crocillo/Crocilla told me to Shut the Fuck up you N*** Bitch. You have no rights shut the Fuck up, I replied back you're not going to get away with this, I will exposed what you're doing as I finished that statement I felt my wheelchair in the back was lifted from the back wheel and dropped so heavily officer Crocilla/Crocillo lift my wheelchair from the back trying to dropped me to the ground, then I heard him said to his partner in crime wheel her in the corner so I can put the hand-cuff on her. His partner wheel me as he started was out of the bright light I put my hands on the wheel because the officer was wheeling me way to fast because I was still having blurry vision from the light and dizziness's. I did not wants to felled and get hurt officer Crocilla/Crocillo Grabbed my hands pushed it in the back held them in my back while the other hand was pushing the pack of my neck while he was violating my head trying to removed my hair cover because of my religions because I was raised both Muslim and Christian/Hebrews religion's told him removed his hand from touching my hair since I felt he was trying to removed my hair cover, when the other officer got me to the corner I start yelling someone please called 911 I am being kidnapped by those two officers without a caused, since I kept yelling such people started looking,

stopped a small crowed was formed as I saw that's when officer crocilla/crocillo told his partner to wheel me inside the elevator, when arrived inside the elevator was at 8:45 P.M because when I had saw the officer cut and stood right in front of me I had my phone that was deep inside my coat pocket I pushed the recording button on because I was honestly afraid for my life it was 8:30 P.M as the wheel me inside the elevator I heard MTA making a train delay announcement that's how I knew it was 8:45 P.M. while they were waiting for the elevator, when the elevator door was opened they wheel me in then officer crocilla/crocillo each time you passed here the officers stated that you always have something to say about how to do our job shut the fuck up, then he pushed the elevator door button then the other button to halt the elevator  put it out of service, after he did that he told his partner get her purse I need to know her name who is she, I grabbed my purse that was around my shoulder that's when officer Crocilla/Crocillo took a knife and cutter-cut it, then when I held on to my purse he took out his Batton started attacking me with it hitting my hands so hard hoping I would dropped my purse when he saw that's wasn't working then he started attacking me hit me with his Batton on my head cut the seatbelt that I was wearing threw me on the floor started kicking me in my hip over and over as he kept attacking me am asking what did I've done what are my crimes he kept saying shut the fuck up you N*** Bitch then he turned to his partner said this Back in the days we could rapped and murders those dirt fucker whom are piece-of shit and I would not have to worried about anything since this N*** said I would not going to get away with it I

have to find other way to keep her to shut the fuck up and then starting telling days when white people used to rapped black/brown none-white female during slavery time he started telling those old days stories to his partner while they were laughing the way he was talking I honestly though he would rapped me. After he finished abused me he then opened my purse took violate my privacy by going to all of my documents and  he saw I had backpack full of food and some libraries book since on 145 street they have those street vendors that sell fruits and veggies and am a vegans so I brought food for both me and my grandma and I had some libraries book that I had borrow I had told myself after am done picking up my medications I can go dropped those book off to a library dropped box that was in two backpack behind my wheelchair. Officer crocilla/Crocilla saw two phone that I had took it and took all of personal id's also he went to my backpack saw I had a calendar that the backpack have passwords and email and sites, he took that, after he finished violate both my personal property and me he told his partner turn the elevator back into service he did so then the elevator started to moved, then he said I have your personal information remember if you tried to exposed me I know who you are and where you resigned I also have your phone's I will tracked down everyone in your phone lists and I will track them and track you down. As he finished such statement  the elevator door opened officer crocillo/crocilla then told his partner bring her wheelchair out and officer crocilla/crocillo dragged me by my coat on the floor from the elevator all the way outside to the 7th avenue then he lifted me up put my hand down and put to site

on top of the handcuff I was bleeding since I have history of blood cloth and I was in blood-thinner I started yelling I need medical assistance asap people passing by taking picture while officer crocilla/crocillo have his foot right in the middle of my chest where I have my heart monitor device to monitor my heart since I was born with a heart condition, he kept pressuring my chest trying to shut me up from asking medical help then soon I heard him on his police radio then six more white male showed up, three came from the escalator two from the street the other from the elevator the one that's had the white shirt came out of the elevator from downstair the office, then they started to light up smoke, cigars and cigarettes so I told them why yea smoking here when there's a do not smoke signed are ya blinded or what and why are yeah braking the laws?, the white-man in the white shirt turn to crocillo/crocilla who is this he then replied she is nothing but a piece of shit N*** when he finished stated that they all laughed then crocilla/crocillo stated remember those old slaves movies when white men do whatever we wants to do with those piece of shits and get away with it, as he stated that I saw ambulance light later found out one of the MTA sub-contract outside MTA black man whom I always spoke too saw it was me called ambulance for me, when they saw the ambulance the ambulance again white came out saw me on the floor then officer crocillo/crocilla called them to go the other side across from me started talking then laughing, when they returned they grabbed the stretcher asked me to get on told them am disabled can't walked then they asked how did I get on the floor told them why don't you asked this racist officers whom attacked

me and threw me on the floor out of my wheelchair then they put me on the stretcher, when arrived inside the ambulance they started for my id's health insurance I then told him why don't you asked the racist police officer that you were laughing with early for them since he took them pit them in his pocket then he asked me for health information told him I plead the 5th until I get to the ER since am bleeding then the white ambulance say she is not going to replied that's is when officer crocilla/crocillo turned to his partner say drive follow me I will ride with them, he got into the ambulance start touching my breast saying am just checking if you have any id's with you while laughing. Then move to my hip, then my legs, moved my shoes while the ambulance man just sat there watching don't do nor say anything, then when I told them I will file a lawsuit that's when he said excuse me I have to take her blood pressure that's went officer crocilla/crocillo moved back and allowed him to check my pressure while the ambulance man writing down my pressure # the driver Infront say where arrived at the hospital when they park got me out I am thinking they would bring me inside to see an Er Doctor since I was bleeding so much from my head rather than they brought me inside a psych wards, I told them why am here in this ward I need medical attention the driver of the ambulance have his head down while the other one say they're take care of you and give you the medical help you needed and left me with crocillo/crocilla, after waiting bleeding for almost two hours they came took me put me in a room where officer crocillo/crocilla told them he have to keep and eyes on me like I was a murderer or something, so the staffs left, then about 30

minute later one of the staffs came into the room she said she have to asked me questions and she have to examine me and the handcuffs needed to be removed the officer refused to do so rather he left the room, the staff had to called one of those hospital police to come removed the handcuff out of my hands.

After officer left the staffs examine me I started to explained the nurse staff lady asked me do I have any proof whatever am telling her told her yes its inside my coat my phone she said but you said he took your two phone told her yes but the phone that have my families and tribals numbers I always keep it inside my bra, coat or jacket because those are extremely important numbers and people to me told her where to get the phone told her the password and she saw the phone was record she then re-play from started to finished then she stood there shook she said that's a lawsuit I don't want nothing to do with that she said I will have to give that to the doctor, few minute later the doctor came and bunch of staffs was around me the doctor said you're going to Er when I asked her where's my phone was told they play it to the officer and he said he needed it for evidences for the case his building against me and so they staff gave it to them, I was like what yea gave my phone to a racist abusive officer m phone number after yea heard that they said its hospital policy next thing as they was talking someone came into the room stated I am here to take to the ER I heard it was emergency, when I arrived the er the stop the bleeding and when I complain about my hip they said were have to discharge you we will provided transportation to your home so the discharge me when arrived to my house since officer

crocilla/crocillo also took my key I push the bell spoke to grandma, the same night grandma paid almost $400 to change the door key lock after she found out and after I told her, then when she saw I was in way to much pain she took me to hospital when they saw I have a crack-ribbed and another that was bruised, they gave me some pain medications and told grandma make sure she say in bed and make she take those medication, I asked the doctor will I be heal and how long he replied everyone body its different so it will take times I was discharge from the hospital then the next day grandma called all of my Doctors informed them what took place my Japanese PCP schedule an urgent appointment the next day grandma and my sister took me to the appointment where my PCP was extremely mad and schedule me to talked to someone who was a psych doctor about what I was attacked also my grandma told him whenever I slept I kept reliving the attacking so when I went to see the psych doctor that's when I was diagnosed with TPSD, I never heard such word what it was so they've put me on medications and treatment. The PTSD plus with fear of not becoming a target anymore in NY/NYC I decided if I needed to get/be heals I needed to relocated/move out of NYC/NY  because knowing officer Crocilla/Crocillo have my personal information's and other items he took from me including the library books, because the officer have my appointments books with my password that's when I getting notice on my phone someone trying to get into my social media's because I have securities verifications into my phone's and I had called my phone companies and everyone also created new email addresses and

passwords change my social media's the persons needed to get verifications code to verified it was me, since my sister had brought me another prepaid phone I was able to transfer my service and my phone numbers, when officers crocilla/crocillo notice he couldn't get into my accounts that's when he started to harassed me on them sending private messages and threatening me to the very points that I had to closed some of them and  the rest made it private that was the only way I could stop that lunatic-officer crocilla/crocillo to stopped harassed me and threated me on social media, when MTA Sergeant was investigating I turned all of those email, things that the officer wrote/send and posted int my social media, I had to change my numbers because I kept having hang-up called someone will called blocked number will hear a man breathing nothing would say I would hang-up it got so bad I had to change all three number but whenever I gave the (212) number when this case started the called started it get to the point where I let my voice mailbox full, I don't answered block called as getting worst I am planning on have that number be no more rather have a burn-phone number, it get so worst that I had to live NY/NYC for safety and security reasons because of this case.

By the time I arrived in the hospital was the next day that is why officer Crocilla/Crocillo put the next day date and times to lies in his report that he got suspended for and then transferred out. Because there were no cameras inside the elevators that was not working at times they couldn't use that to fired him according to the sergeant who was doing the investigation at that time.