# Incident Report
# M.T.A. POLICE DEPARTMENT

20-595

Supplement No
ORIG

420 LEXINGTON AVENUE

SUITE 425

NEW YORK, NY 10170

(212)878-1000

Reported Date
01/09/2020
Nature of Call
AIEDPN
Officer
CROCILLA,LEYLAND

## Administrative Information

| Agency | Case No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | 20-595 | ORIG | 01/09/2020 | 03:33 | 200090056 |

| Status | Nature of Call |
|---|---|
| AIDED REMOVED TO HOSPITAL | AIDED-EDP-N |

| Location | City | Rep Dist | County |
|---|---|---|---|
| W 34TH ST/7TH AV | MANHATTAN | MPST02 | MANHATTAN |

| Beat | From Date | From Time | To Date | To Time | | |
|---|---|---|---|---|---|---|
| NA | 01/09/2020 | 02:41 | 01/09/2020 | 02:41 | | |

| Officer | Assignment | 2nd Officer |
|---|---|---|
| C86673/CROCILLA,LEYLAND | PATROL OFFICER | MICHELS,DOUGLAS |

| Entered by | Assignment | RMS Transfer | Property? | Transit ID | Org Nature of Call |
|---|---|---|---|---|---|
| C86673 | PATROL OFFICER | Successful | None | NONE | AIEDPN |

| CTV | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| County of New York | C86614 | 01/11/2020 | 19:38:07 |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| AID | 1 | I | EL BEY,PRINYAH GODIAH | 844508 | B | F | 04/18/1993 |
| EMS | 1 | G | WARD | 844509 | | | |
| MED | 1 | I | DR PORTER | 844510 | | | |
| MOS | 1 | G | PO MICHELS | | | | |
| MOS | 2 | G | PO CROCILLA | | | | |
| PSV | 1 | G | SGT VOLLAS | | | | |
| PSV | 2 | G | LT CONA | | | | |

## Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|---|
| AMB | 0 | 7C | NY | 2020 | 2020 | *AMB | | | |

## Summary Narrative

Patrol pick up of a female/EDP in front of the ticket windows.  One violent female EDP removed to Bellevue Hospital along with a police escort.

| Report Officer | Printed At | |
|---|---|---|
| C86673/CROCILLA,LEYLAND | 10/14/2020 11:30 | Page 1 of 3 |
| Supervisor Signature | | |

MTA-000007

# Incident Report
## M.T.A. POLICE DEPARTMENT

**20-595**    Supplement No **ORIG**

### AIDED 1: EL BEY, PRINYAH GODIAH

| Involvement | Seq | Type | Name | MNI | Race | Sex |
|---|---|---|---|---|---|---|
| AIDED | 1 | INDIVIDUAL | EL BEY,PRINYAH GODIAH | 844508 | BLACK | FEMALE |

| DOB | Age | Juvenile? |
|---|---|---|
| 04/18/1993 | 26 | No |

| Type | Address | City |
|---|---|---|
| HOME ADDRESS | 40 ANN ST | NEW YORK |

| State | ZIP Code |
|---|---|
| NEW YORK | 10038 |

| Type | ID No |
|---|---|
| OPERATOR LICENSE/STATE ID CARD | 16240839045608 |

| Employer/School |
|---|
| NONE |

#### Medical

| Nature of Illness |
|---|
| VIOLENT EDP |

| Treatment |
|---|
| REMOVED TO BELLEVUE HOSPITAL BY FDNY EMS/POLICE ESCORT |

### EMPLOYEE-SIRTOA 1: WARD

| Involvement | Seq | Type | Name | MNI |
|---|---|---|---|---|
| EMPLOYEE-SIRTOA | 1 | GOVERNMENT | WARD | 844509 |

| Type | ID No |
|---|---|
| EMS/FIRE ID NUMBER (SHIELD-ETC) | 2396 |

| Employer/School | Position/Grade |
|---|---|
| FDNY | EMT |

### MEDICAL PERSONNEL/DOCTOR 1: DR PORTER

| Involvement | Seq | Type | Name |
|---|---|---|---|
| MEDICAL PERSONNEL/DOCTOR | 1 | INDIVIDUAL | DR PORTER |

| MNI |
|---|
| 844510 |

| Employer/School | Position/Grade |
|---|---|
| BELLEVUE HOSPITAL | DOCTOR |

### MEMBER OF SERVICE-MTA 1: PO MICHELS

| Involvement | Seq | Type | Name |
|---|---|---|---|
| MEMBER OF SERVICE-MTA | 1 | GOVERNMENT | PO MICHELS |

| Type | ID No |
|---|---|
| PD SHIELD | 4012 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | P.O. |

### MEMBER OF SERVICE-MTA 2: PO CROCILLA

| Involvement | Seq | Type | Name |
|---|---|---|---|
| MEMBER OF SERVICE-MTA | 2 | GOVERNMENT | PO CROCILLA |

| Type | ID No |
|---|---|
| PD SHIELD | 2477 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | P.O. |

### PATROL SUPERVISOR 1: SGT VOLLAS

| Involvement | Seq | Type | Name |
|---|---|---|---|
| PATROL SUPERVISOR | 1 | GOVERNMENT | SGT VOLLAS |

| Type | ID No |
|---|---|
| PD SHIELD | 414 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | SERGEANT |

### PATROL SUPERVISOR 2: LT CONA

| Involvement | Seq | Type | Name |
|---|---|---|---|
| PATROL SUPERVISOR | 2 | GOVERNMENT | LT CONA |

| Type | ID No |
|---|---|
| PD SHIELD | 63 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT | LIEUTENANT |

| Report Officer | Printed At | |
|---|---|---|
| C86673/CROCILLA,LEYLAND | 10/14/2020 11:30 | Page 2 of 3 |

Supervisor Signature

MTA-000008

# Incident Report
# M.T.A. POLICE DEPARTMENT

20-595

Supplement No
**ORIG**

| Vehicle: 7C | | | | | | |
|---|---|---|---|---|---|---|
| Involvement<br>**AMBULANCE - GENERAL** | Type<br>**AMBULANCE** | License No<br>**7C** | State<br>**NEW YORK** | Lic Year<br>**2020** | Lic Type<br>**AMBULANCE** | Year<br>**2020** |
| Make<br>**AMBULANCE - GENERAL** | | | | | | |

### Narrative

On January 9,2019 at approximately 0241 hours, undersigned officers observed a black female in a wheelchair yelling and screaming for no apparent reason.  The female/EDP stated " you white red neck cops are harassing me, I pray to Allah that you get killed with a rifle, I'm gonna come back and kill you fags and I want an ambulance".
  Upon escorting the female/EDP up to the 34 Street entrance, the female EDP did pick up a cone and attempt to throw it at undersigned officers.  The female EDP did attemtp to scratch undersigned officers and did attempt to strike us with both her hands.  The female/EDP was rear cuffed and escorted into the ambulance for transport along with all of her property.  The female/EDP was lodged at CPEP located at Bellevue Hospital for a psychiatric evaluation.

| Report Officer<br>**C86673/CROCILLA,LEYLAND** | Printed At<br>**10/14/2020 11:30** | **Page 3 of 3** |
|---|---|---|
| Supervisor Signature | | |

MTA-000009