# United States District Court Southern District Of New York

-----------------------------------------------------------------------------------------------X

20-Cv-0524(MKV)

Re-re-Admended-Complaint

Prinyah Godiah NMIAA Payne's El-Bey

**Plaintiff**

-Against-

Crocilla, Cona, Michels, Porter, Vollas, Ward
Metropolitan Authority Police Benevolent Association & Police Benevolent Association Metropolitan Transportation Authority, MTA & MTA 34 precinct @ Penn Station, The City Of New York, Bellevue Hospital & Staff's, et al.,

**Defendant's:**

-----------------------------------------------------------------------------------------------X

### Brief Cover-Page

<u>Racism, Harassment's and Retaliations Police Officers:</u>

   On January 8, 2020 I was attacked by racists Policy-enforcers a.k.a .modern day "Police Officers" the attacked on me and against me was indeed retaliation's and racist attack on someone whom is not blonde-hair/blue-eyes/white male/white-race/(tribe of Esau), but someone whom is Rose-Gold & Yellow-Gold colour with Hazel-Brownish-Gray eyes colour whom is a First Nation Tribal person who is not pale-faces nor a.k.a modern-day so-called white people/person race, but who is First-Nation/First People not Native American as the so-called white-people called my people, were not Native were Indigenous/First People.

As First-Nation that's my nationality inside my/her Ancestor lands that evils tribes-of-Esau a.ka. modern days so-called White-People stole from my Ancestors and renamed the lands after their evil's hearts and from day one when they're had arrived and put their evils non-human's feet into our lands you so called white-people have been evils and remain evil after all evils-dwells and are in your DNA's.

Furthermore, you so-called white-people renames the First Nations Tribes and people lands the so-called {"America" "the America's"} since the so called white-people arrivals have done nothing but evils and wrongdoings, since so called white-people indeed are seeds of Satan's. your owned-histories have Testified-against you/your systems/your people/your cultures/your tribes(Esau) also proving and shown you so-called white people your tribes/your people and your seeds of Satan's by all the evils/your evil-deed you so called White-People done, did and are continued to do to people, to countries and to the rest of the World/Globes, to Tribes, to none-white countries/ people/ cultures/ Religions/tongues, to Animals, to the lands/to Globe/World and to Nature's.

As First Nations whose dealing with none-First Nations Tribals/none-First-Nation's people/individuals/ Tribes/

cultures/languages or systems rather am dealing with Corrupted Evils a.k.a modern-day so-called America/America's Systems/ Modern day so called - white people who are (Esau) who are/is nothing but

<u>Goyim systems/ Goyim people/individual's and just plain-corrupt evils-Goyim's.</u>

As First Nation I must put those statement's and remained myself whom and what am dealing with {evil-Goyim's} because I know Goyim Evil Systems and Goyim people tribes of Esau does not have good in their DNA's nor know what it is to do good/Righteousness.

As First-Nation who also is disable with health issued, who believe and who know Thee Almighty God-Yah is and will one day will give/bring me true-Justice against what's tribes/seeds of Esau and Esau system aka modern America System evildoing against me Yah indeed will bring me Justice, Thee God-Yah Of my Forth Father Avinu Avraham, Yitzhak and Yaakov. Because Yah My Heavenly Avinu remained me one of his Chosen people/individuals his statement's/words when he stated, "Esau I hated Yaakov I love".

Any company whom hired any racist deserved to deal with the consequences: if this Court United States District Court Southern District Of New York refused/denied my case against MTA and MTA's evil workers et,al., I will not stop, I will get True-Justice because Yah Stated Justice is Mind." Isaiah 1:17, Isaiah 1:17,Isaih 33:15, Isaiah 32:1,  Isaiah 11:4  Isaiah 56:1, Proverbs 21:15, Proverbs 1:11 Proverbs 29:6, Proverbs 29:14, proverbs 25:26, Proverbs 24:24-25, Proverbs , Micah 6:8, Proverbs 29:26, Proverbs 31:8-9, Proverbs 2:13, Leviticus 24:17-22, Exodus 21:16, Amos 5:24, Isaiah 61:8-9,  Isaiah 56: 1-12, Proverbs31:9,  Psalm 37:27-29,  Psalm 106:3, Zechariah 7:9, Proverbs 28:5, Leviticus19:15, Isaiah 61:8, Micah 6:8, Ezekiel 33:14-19,

Psalm 50:6: