UNITED STATES DISRTICT COURT SOUTHERNERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------------------------

queen'prinyah Godiah nmiaa payne's el-bey         Index: 20-CV-524 (MKV)

                                                  Letter to Judge Gabriel W. Gorenstein

PLAINTIFF,


-Against-


LEYLAND CROCILLA, MTA, MTA 34-PRECINCT, METROPOLITAN AUTHORITY POLICE BENEVOLENT, POLICE BENEVOLENT ASSOCIATION, BELLEVUE, HOSPTIAL, P.O. MICHELS, VOLLAS, LT. COZA, CIVILIAN COMPLAINT REVIEW BOARD, U.S DEPT. OF JUSTICE, OFFICE OF INTERNAL AFFAIRS, CITY OF NEW YORK


DEFENDANTS,

------------------------------------------------------------------------------------------------------------------------X

Dear Judge Gabriel W. Gorenstein

I hope you bless. Anyway, I dearly appreciate that you allow a conference meeting for March 24, 2022 at 11 A.M.

> I honestly looking forward to voice my complained to Defendants since it seemed they're either ignoring my complained in additional insulting my intelligent and not spelling my name correctly that I take extreme offenses as completely disrespectful from Defendants Attorney. No one would be happy nor please if someone or a party(ies) kept missed-spell s/he names after requested over and over for correct spelling.

Also, if Defendants seriously wants to settle the case my requesting seemed again and again being ignored. I want to know the Defendants especially Crocilla and his parties in crimes to admitted in record they're guilt/ shamed and wrongdoing what they've done to me refused to admitted wrongdoing I will refuse any talk of offering and settling because wrong is wrong. Those so-called Police-Officers are not God and they're not above the laws. I wasn't stealing, committing any crimes nor did I murdered anyone for those officers done what's they've done to me. I simply got off the trained to used the public bathroom since I was on my way to go pick up my medications to a pharmacy since I

had left my doctor office visit that day. I was just mine own my own darned business. Yes, there'll times that whenever I passed at any trained stations whenever I seeing/saw/see wrongdoing whomever is doing police officer or not I called them out and yes, I recorded a lot of wrongdoing at 34 street Penn station the police department there seemed there are extremely biases and prejudices and one hundred percent racists what I have witnesses and saw so far and what I have videos recorded also uploaded into my Youtube channel that I have at those times. I never though So-called Police officer Crocilla not only abused his power and the trust of the "We Thee People" he harassed me in my social media's, threated me both on my Youtube and Instagram's accounts to the very point I had to deleted my Instagram's accounts and make my Youtube private and change the name.

For my safety and fears for those that I loves, cares and respects for I had to leave NYC the City that I love because when those evil-Police Officers did what they've done to me that day they also stole my personal information's. Documents and phone's that I had those individual's information's in and have my private information's in them to this day I want to know where are my stuffs who have it, my personal information's is out there I had to put fraud alert under my credit and other stuffs for safety. Also, with the threatened and the reminder by So-called Police Officer Crocilla that he can have silence/ take out by anyone any times I take people words and threated extremely serious and I approach with cautions that is why I left NYC. Yet, those evil-bastards my own personal opinions refused to admitted wrong-ill evil doing. I do not want to hear anything about settlement when the Parties that is guilty that committed the crime to a First Nation Individual refused to admitted wrongdoing. If Defendants is serious about having any conversations with me about the evil, they've done to me Defendants must admitted evil-ill wrongdoing. No agreements I do not care what I will fight and I will fight for True-Justice and Defendants owed me the truth the Defendant's owned me the reason why he attacked me and the harassed me after to scared me and to silence me of his treated. I will not "shut-the FUCK UP" as Defendants kept repeating to me on that day when I was on the floor bleeding asking why was I being attacking, what did I've done to be brutally attacked especially when am disable in wheelchair. I will never Shute the FUCK-Up as the Defendants wishes death or alive, I will call out wrong, I will call out evil, I will call out corruptions, grave/graveyard or not even when I cross over into the Spiritual; realm I will never "shut The FUCK UP" as Defendants wishes or demanding.

Defendants are All-Racist evil White-men and Defendants used to do evil get away with it but they've will not get away with the evil-ill wrongdoing they've done to me because one of the things My Pure heart and soul hates the most is evil.

I have to spend the rest of my earthly and spiritual life with that horrible day when they've attacked me Judge, and Judge no amounts of monies can take the nightmares of remembering that horrible day, yet Defendants lies in paperwork's to cover his White-Derrière

Just in case if this Court refused me True Justice, I also file this case in several other courts, that's just showing how serious I'm about getting true-Justice.

When Defendants get to be serious about this case and admitted they're evil-wrong doing on record, must admitted wrong-doing here are my demands:

I wishes I could have the systems honestly arrested those evil-bastards officers put them in a prison surrounding by fire and alligators for them to spend the rest of they're lives there being torture both in this lifetime and next one's they've to come, but since I cannot get such a big wish: those will be my demands and I will make this demands one hundred clears there will not be no negotiations I am ready to take this case all the way to trial if or when I must:

1.) If Defendants is serious about settling this case Defendants must admitted evil-ill-wrongdoing they've done to me on record this is none- negotiable no if nor but.

2.) Since Defendants have to have insurances, part of Unions and part of the City of NY/NYC: If Defendants are seriously wants to settle this case, please know this Judge every pennies in this case will be donated to Saint-Luke Child Departments to fight Cancer, the Cancer Association since my own birth mom had fought cancer and I had watched her suffered from that evil-illness and I want everyone that cannot afford to get this evil treated to have a change to fight and get the treatment's needs and deserved I honestly do not care races, colour or religious life is life. And since I was born with WPW stage 4 a horrible heart conditions I will have the funds split into those 4 organization's that I already reach out to them and spoke to whom/departments needs to, I gather my research and contact because I will not and cannot used any funds that wrong-ill-evil was done to me rather I wants to used every single pennies and dollars to helps others that will bring me peace knowing the evil-wrongdoing that was done to me the payments will be getting out of it I can donates biggest amounts of monies to those 4 organizations that I donated too every month I wants to see and make bigger impact saving other lives in the hope that Allah will help me find peace whenever I remember the horror that was done to me that day. Please note's my Investor Mr. Michael already prepare a special funds account for me when that day come to make these dreams wishes of mine to come true helping those are deeply in needs and fighting horrible diseases that's no-fault of their own.

3.) Those will be the brake down of my settlements as follows please note there'll be no-negotiables in the price if Defendants are seriously about settle and don't want me to dragged them to trial by juries or dragged them to other courts that included international courts

## LEYLAND CROCILLA:

The big-mafia bosses whom committed the crimes then lies, harassed and manipulate to cover its evil-ill-wrongdoing. To settle this case am demanding you admitted your wrong-evil-ill doing and one-hundred fifty million dollars. Pay now or pay later it's your choice.

## MTA:

MTA, I used to think was a good company and should have stopped Crocilla and others officers from continuing doing/attacking "We the People" since MTA failed to protect the publics from those monsters and still allowed them a paycheck to continued doing evil. I am demanding MTA to fired those officers that've done me wrong if MTA refused to do so I will also demand same amounts settlement as a demand from Crocilla after all MTA is guilty by passed, current and maybe future associations. one-hundred fifty million dollars

## MTA 34-PRECINCT:

since the 34 th Police Precinct deside hired racist evil officers to harassed, humiliates and/hurts the public I am demanding of that precinct to have a better policer in place especially when any officers have several complaints against s/he from the public Strick polices must be set in place to protect the publics from abuser officers like Crocilla whom used the systems, his power to harassed a victim after wrongdoing to the victims. If that precinct did care deeply for safety of the public, I would never been attacking by Crocilla after all Crocilla had several complaints and several lawsuits against him. Yet over and over again this precinct failed to protect black, brown and Native Americans people from racist cop like Crocilla you indeed are also guilty by association Demanding one-hundred fifty million dollars

## METROPOLITAN AUTHORITY POLICE BENEVOLENT

## &

## POLICE BENEVOLENT ASSOCIATION:

Indeed, both of your organizations are the mothers of all of abusers, yea still fighting/stand for those abusers whom have victimized they're victims ya are nothing but an evil organization in my eyes whom allowed abusers continued to be part of your associations, ya showing ya selves with innocents and victims and those wrong-doing done to me blood, shame on you for allowing evil-officers and for protecting them under your association's/organization's. SHAME ON YOU.

Because of lack of not giving a darn F for safety of "We the People" nor the victims I am demanding three-hundred fifty million dollars from each of your organizations. That price stills not fair nor right nor good enough in behaves of passed. Present and futures victims that your organizations allowed by having those evil officers in your click-club. You should have a policy to protects the publics from evil officers like Crocilla.

### BELLEVUE HOSPTIAL:

Since your organization decided to part-taking covering those officers wrong-doing rather listening to the victims when the victims first arrived you also guilty by associations, I have no hard feeling against your organization some of your departments does do some good to the public because of that am I will be demanding fifty million dollars that money I will be using it to find cancer research to other forms of cancers that have no cures yet, I will make sure some of the public good your organization doing and had-done to continue to move-forward

**P.O. MICHELS**: Shame on you as P.O. I asked myself what kind of P.O are you to allowed those evil-wrong doing under your watch?

**VOLLAS, LT**. Shame of you as LT you indeed gave every good LT out there by name by allowed and part taking of Crocilla and his partners in crimes wrong doing

**COZA:** I have one word to say "SHAME ON YOU"

Because all three are guilty by association all three I will demand same amount from each one of you as I demanding from Crocilla. one-hundred fifty million dollars each

### CIVILIAN COMPLAINT REVIEW BOARD:

You should change your organizations name because you supposed to protect Civilian but indeed you fail badly at your job of protecting and reviewing because of that you indeed owed the Public an Apologize for lousy work. Your board review make Satan looks like a baby-saint. Because lake of give a darn of your work I demanding Eighty-Eight Million dollars

## U.S DEPT. OF JUSTICE:

Now the biggest lies-lying joke in and or around the global-world, the U.S. Dept Of Justice. Your organization is a joke and is indeed corrupted. Justice indeed is blind when it comes to the innocents, to the victims, to lesser-being, to the little people, to the poor/to the homeless and to the "We the People." As a First Nation inside my Ancestors lands your organization indeed is nothing but embarrassment into our lands around the World-Globes of Indigenous tribes. Your organizations as I see it only bring or listen to justice to those whom are empower, wealthy, connecting and or the top elites for any average Joe/Jane your organizations just fart on their faces. No amounts of monies can ask can bring true-justice to the victims. No amounts of monies can bring true justice to any victims so my demands are as follows demanding one-hundred fifty million dollars times thirty

## OFFICE OF INTERNAL AFFIARS:

You should change your organization to the office of lying affair or office not give a-rat-darn-derriere affair or sleeping-don't care office one of those names seemed fits your organizations the most. Because you don't give a darn-Derriere of doing your job and protecting the publics, protecting "We the People" protecting the victims I am demanding and seven-hundred fifty million dollars

## CITY OF NEW YORK & NYC:

The State and the City that I once failed in love with, The State and the city that I though cares about justice for the lesser, justices for the victims yet you indeed my ex-lover are nothing but harlotries in my eyes, you put your hands in your ears denying true-justices to victims that are being victims you indeed have broken my heart. I honestly though I was going to have a family there, get old there and died old age there

in my bed surrounded by those whom I love in the State and the City that I once was deeply in loves with, you indeed are cheaters because you denied victims true justice and I pray that Allah hear all of those victims' prayers and one days pay you for what you've refused to do and that is bring true justice to the victims. When I said Goodbye to you is not because I hates you but because you denied victims true-justice rather allowed the abusers accessed to data to information's so those abusers can continue abused their powers by continued victimized their victims and because of such great sins my heart broke within me for you and against you. What I desires is for you to stands for Justice, to stands for rights, to stand for righteousness but I rather not hold my breath because if I do, I will die from a peach-brown face. Because of evil, because of allowing and continued to allowed evil against the innocents, against the poor's, the homeless, against the lesser-beings no amounts of funds can wipe away the evils that was done/done/ continued and will in the present/future will be done in your present because of such my pure heart broke within me and I had to give you **"Gittins גט"** AKA "gɛt" Modern day **Divorce.** Because of your failure am demanding 3 billion dollars that I still see its no monies at all on behaves of all of those victims that you allowed victims and continued to be victimized over and over again

## In conclusion:

Judge you stated for all parties to put whatever need to put by the 17th 2022.So am sending this to give you an idea where I stand and what I will not stand for. I honestly pray to Allah to you've be a true justice and true-fair Judge.