UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

QUEEN PRINYAH GODIAH NMIAA
PAYNES EL BEY

  -v-                                                        No.  20-CV-524-LTS-GWG

LEYLAND CROCILLA et al.,

        Defendants.

--------------------------------------------------------x

ORDER

The Court has received two motions to dismiss pro se Plaintiff's Fourth Amended Complaint (docket entry no. 84), one from Defendant City of New York (docket entry no. 92) and another from Defendant Metropolitan Transportation Authority and several of its employees (together, the "MTA Defendants") (docket entry no. 99).  The time for Plaintiff to respond to these motions is hereby extended to **August 26, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: New York, New York
       August 11, 2022

                                                                             /s/ Laura Taylor Swain
                                                                             LAURA TAYLOR SWAIN
                                                                             Chief United States District Judge

**Copy mailed to:**

Queen Prinyah Godiah NMIAA Paynes El Bey
2130 Harvey Mitchell South
#9226
College Station, TX 77840