# United States District Court Southern District Of New York

## Queen'Prinyah Godiah NMIAA Payne's El-Bey

**Plaintiff:**                                    **Case#: 20-CV-0524(MKV)**

                                                          **20-CIV_524(LTS) (GWG**

          --------V------

**LEYLAND CROCILLA, ET AL...,**

**Defendant(s)**

-------------------------------------------------------------------------------X

Dear, Judge(s), Clerk  & so Forth.

Grievance Notice: I will like to know why the court is continued violated my rights under the proof of mailing rules of the Unified Courts, this court know my correct address that I no-longer resigned in NYC for safety issued, I had done mailed several times change of addressed this court well known so yet this court continued to violated my rights by mailing me letters/courts stuffs at the NYC address 40 Ann St #2BA NYC 10038 that I no-longer resigned there, that my postal office at Texas informed my fiance on Sept 19, 2022 that if it was okay that I can received forward mail from the old addressed from NYC and want signature ask if can signed for it, told my fiance no I will not accepted forward mail from old address from NYC when this court have my updated address on filed rather this court send me mailed in my old addressed so they've can claimed that they've send me, the mailed they send is from old address not new address, so am writing this letter to put in the court docket record if or when this corrupted evil court tried to make any form/kind of ruling against me I

can reminded them of the rules of notified court of proper-served. Mailing a party in an old address/an address party(ies) no longer resigned in its not proper-serving again as I been fighting with this court continued violated my rights by mailing me documents into old address when my current/new address where I received mail is 2130 Harvey Mitchell Parkway, South ~~#9226 College Station Texas 77840 any paperwork need to be mail at 2130 Harvey Mitchell~~ Parkway, South #9226 College Station Texas 77840 not old address that I no longer resigned there. I want to know why is this court continue to violate my legal-rights so y'all can have an excused to dismissed my case(s)?.....

**"If Papers are Not Delivered the Right Way (nycourts.gov)"**