RECEIVED
SDNY
2022 SEP 30  AM 10: 22

United States District Court Souther District Of New York

<u>Queen'Prinyah Godiah NMIAA Payne's El-Bey</u>

case#: 20-CV-524-LTS-GWG

—V—

Leyland Crocilla et al..,

_____X

Dear Court and so-call Judge in this case,
I got this letter that was forward to me from old NYC address to Texas on September 19,2022 in my mailbox am not sure what the heck is this darned-idiot liar-license so-call attorney is talking about. Am ready to appeal any decisions any ruling made against me in this case no joke. I had requested venue change yet this darn-judge denied this case will be appeal. No party(ies) that listed name shall and will not going to be removed any attempt to do so will result in appeal to Supreme Court in Texas.  This case need to move to Texas because this court and this darn judge in the Corrupt evil-sates in NYC is corrupts and I honestly do not expect true justice in this darn corrupts court and in NYC/NY that is why am waiting for whomever make a move to appeal such decisions. This Judge refused to recused s/he self out of my case and the judge refused my venue court change rather hold my case hostage so s/he can have some stupid reason's to closed my case, am ready for appealing are you?...
Transfer my case to Texas venue.

Since y'all love to keep mailing me in my old address again am putting the new address here where I can be mail at:

2130 Harvey Mitchell Parkway South $9226
College Station Texas 77840

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

QUEEN PRINYAH GODIAH NMIAA
PAYNES EL BEY

    -v-                                       No. 20-CV-524-LTS-GWG

LEYLAND CROCILLA et al.,

        Defendants.

-------------------------------------------------------x

## ORDER

The Court has received two motions to dismiss pro se Plaintiff's Fourth Amended Complaint (docket entry no. 84), one from Defendant City of New York (docket entry no. 92) and another from Defendant Metropolitan Transportation Authority and several of its employees (together, the "MTA Defendants") (docket entry no. 99). The time for Plaintiff to respond to these motions is hereby extended to **August 26, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: New York, New York
       August 11, 2022

                                                 /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge

**Copy mailed to:**

Queen Prinyah Godiah NMIAA Paynes El Bey
2130 Harvey Mitchell South
#9226
College Station, TX 77840

EL BEY - ORD EXTENDING OPPOSITION DEADLINE V2.DOCX                 VERSION AUGUST 11, 2022

                                                  1



Miss Andrea Pumar Sodiak
2130 Harvey Mitchell Pky
College Station, TX 77840

Attention Pro-Se Fice
Please file in Case Docket
40 Foley Sq,
NY, NY 10007
Please *** to Defendant(s) Attorneys

U.S. POSTAGE PAID
FCM LETTER
COLLEGE STATION, TX
77840
SEP 23, 22
AMOUNT
$0.60
R2304M112073-54