# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Queen'Prinyah Godiah NMIAA Payne's El-Bey     20:CV-524-(MKV)

**Motion for Conference to dealing with Defendants Letter regarding Pursuant to Rule 68 of the Federal of Civil Procedure**

**Plaintiff**

-----V-----

Leyland Crocilla, MTA, MTA 34 Precinct,
Metropolitan Authority Police Benevolent Association, Police Benevolent Association,
Bellevue Hosital, P.O. Michels, Vollas, Lt. Coza, Civilian Complaint review Board, U.S. Dept. Of Justice, Office Of Internal Affairs City Of New York

**Defendant(s)**

--------------------------------------------------------------------X

**First:** of all why y'all kept Misspelling/Miss-typing my name, indeed I find that complete disrespectful. How would y'all feel/felt if I called or write/wrote y'all name's incorrectly all the times would y'all appreciate that.

**Second:** About this darn letter y'all kept sending me about Pursuant to Rule 68 of the federal Rules of Civil Procedure, I want to know why y'all kept disrespect my intelligence with a lower $$ fiats-offer(s).

**Third:** If y'all was seriously about any form of settlements y'all would stop sending me darn rules 68 Procedures rather schedule a conference since it's seems to me that y'all have no balls to do so or request a conference so I will put this Motion for Conference meeting for sometimes mid-of-November 2022 to schedule a phone conference to find out why and what the heck y'all kept sending me this Rule 68 Procedures and continued to insult my intelligence's with low offers also continued to denied wrong doing to me. For conference call I can be reach at (802)444-1993.

Queen'Prinyah Godiah NMIAA Payne's El-Bey<br>
2130 Harvey Mitchell Parkway South #9226<br>
College Station, Texas 77840<br>
Premdays.inc@protonmail.com<br>
(802)444-1993

2022 NOV 23  AM 10:05
SDNY PRO SE OFFICE
RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
QUEE PRINYAH GODIAH NMIAA Paynes EL-BEY,

                               Plaintiff,

-against-

LEYLAND CROCILLA, MTA, MTA 34 PRECINCT,
METROPOLITAN AUTHORITY POLICE BENEVOLENT
ASSOCIATION, POLICE BENEVOLENT ASSOCIATION,
POLICE BENEVOLENT ASSOCIATION, BELLEVUE
HOSPITAL, P.O. MICHELS, VOLLAS, LT. COZA,
CIVILAN COMPLAINT REVIEW BOARD, U.S. DEPT.
OF JUSTICE, OFFICE OF INTERNAL AFFAIRS,
CITY OF NEW YORK

                               Defendants.
---------------------------------------------------------------X

Index No.:
20-CV-524

OFFER OF
JUDGMENT

TO:   Quee Prinyah Godiah Nmiaa Paynes El-Bey
by e-mail to:  premdays.inc@gmail.com
                    premdays.inc@protonmail.com
by certified and U.S. Mail to:
      2020 West Pensacola Street #21146
      Tallahassee, FL 32316

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Leyland Crocilla, MTA, P.O. Michels, Vollas, and Lt. Coza hereby offer to allow Judgment to be entered against them in this action in the amount of $250,000.00 including all of Plaintiff's claims for relief. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed as either an admission that Defendants are liable in this action, or that the Plaintiff has suffered any damage. This offer of judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Dated: Mineola, New York
       January 24, 2022

                                            Yours, etc.
                                            BEE READY FISHBEIN
                                            HATTER & DONOVAN, LLP

                               By:  _____
                                            Andrew K. Preston
                                            170 Old Country Road – Suite 200
                                            Mineola, New York 11501
                                            (516) 746-5599

RECEIVED
SDNY PRO SE OFFICE
2022 NOV 22  AM 10:05

Cerry Nigel Social Nnuty Payee Clts
2130 Natures Mitchell Park Wgon Sprt NM 88?
11/58 Stratton TX 77840

Attention Pro-Se
Please file
United States Court of Appeals
40 Foly Square
NY NY 10007