UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

QUEEN PRINYAH GODIAH NMIAA
PAYNE'S EL BEY,
         Plaintiff,

  -v-                                              No. 1:20-CV-00524-LTS-GWG

LEYLAND CROCILLA, et al.,

         Defendants.

-------------------------------------------------------x

ORDER

        On November 29, 2022, the Court issued a memorandum order dismissing this action with prejudice (docket entry no. 108), but directing that this action remain open on the docket pending resolution of an appeal filed by Plaintiff (docket entry no. 105 (the "Appeal")), challenging the Court's prior decision denying a transfer of venue to the Southern District of Texas (docket entry no. 72).  Today, the Court of Appeals issued its Mandate dismissing the appeal.  (Docket entry no. 109.)  The Court now respectfully directs the Clerk of Court to enter judgment and close this case, and to mail a copy of this order to the plaintiff.

        SO ORDERED.

Dated: New York, New York
       January 26, 2023

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge

Copy mailed to:
Queen Prinyah Godiah NMIAA Paynes El Bey
2130 Harvey Mitchell Parkway South
#9226
College Station, TX 77840