**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
QUEEN PRINYAH GODIAH NMIAA
PAYNE'S EL BEY,

                  Plaintiff,

  -against-                                  20 **CIVIL** 524 (LTS)(GWG)

**<u>JUDGMENT</u>**

LEYLAND CROCILLA, et al.,

                  Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 26, 2023, the Court issued a memorandum order on November 29, 2022 dismissing this action with prejudice (docket entry no. 108), but directing that this action remain open on the docket pending resolution of an appeal filed by Plaintiff (docket entry no. 105 (the "Appeal")), challenging the Court's prior decision denying a transfer of venue to the Southern District of Texas (docket entry no. 72). Today, the Court of Appeals issued its Mandate dismissing the appeal. (Docket entry no. 109.) Judgment is hereby entered; accordingly, the case is closed.

**Dated:** New York, New York

      January 26, 2023

                                                                **RUBY J. KRAJICK**

                                                                _____
                                                                  **Clerk of Court**

                                           **BY:**       *K. Mango*

                                                                  _____
                                                                  **Deputy Clerk**